AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| Michel DeGraff | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:26-cv-11488 |
| Massachusetts Institute of Technology et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Michel DeGraff                                                                                                              .

Date:       04/04/2026                                              /s/ Jonathan Wallace
                                                                        *Attorney's signature*


                                                                        Jonathan Wallace JW6563
                                                                        *Printed name and bar number*
                                                                        PO #728
                                                                        Amagansett NY 11930


                                                                        *Address*

                                                                        jonathan.wallace80@gmail.com
                                                                        *E-mail address*

                                                                        (917) 359-6234
                                                                        *Telephone number*


                                                                        *FAX number*