UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Michel DeGraff,
_____

Plaintiff

v.                                                      Civil Action No. 1:26-cv-11488-PGL
_____

Massachusetts Institute of Technology, et al.,
_____

Defendant

**CONSENT TO OR DECLINATION OF THE EXERCISE
OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

This case has been assigned to Magistrate Judge Paul G. Levenson _____ for all purposes.
Exercise of jurisdiction by the Magistrate Judge assigned is permitted only if all parties voluntarily
consent. You may, without adverse substantive consequences, withhold your consent.

**You must file this document with the Court within 30 days after the date of service on the last
party regardless of whether or not you are consenting to the exercise of jurisdiction of the
Magistrate Judge.**

**CHECK ONE**

☐ All parties in this civil action CONSENT to have the assigned Magistrate Judge conduct all
proceedings in this civil action, including trial, and to order the entry of final judgment in accordance
with 28 U.S.C. § 636(c) and Rule 73(b) of the Federal Rules of Civil Procedure.

**OR**

☒ At least one party in this civil action DOES NOT CONSENT to have the assigned Magistrate
Judge conduct all proceedings, including trial, and to order the entry of final judgment. This case will be
randomly assigned to a U.S. District Judge for further proceedings. If you elect to have the case proceed
before a U.S. District Judge, the above named Magistrate Judge shall continue to be assigned to this case
to hear matters referred by the District Judge, in accordance with 28 U.S.C. § 636(b) and Rule 72 of the
Federal Rules of Civil Procedure.

| *Parties' printed names* | *Signature of parties or attorneys* | *Dates* |
|---|---|---|
| Michel DeGraff | __/s/ Jonathan Wallace_____ | 5/13/2026_____ |
| Massachusetts Institute of Technology | ___/s/ Ishan Bhabha_____ | 5/11/2026_____ |

(If additional space is needed, additional forms may be attached)

SEE ATTACHED ADDENDUM WITH ADDITIONAL PARTIES

*DeGraff v. Massachusetts Institute of Technology, et al.*, **Case No. 1:26-cv-11488-PGL**

**Addendum to Consent to or Declination of the
Exercise of Jurisdiction by a United States Magistrate Judge**

| *Parties' Printed Names* | *Signature of Parties or Attorneys* | *Dates* |
|---|---|---|
| Tim Walberg in his official capacity as the Chairman of the House Committee on Education & Workforce | /s/ Andy T. Wang | 5/11/2026 |
| The House Committee on Education & Workforce | /s/ Andy T. Wang | 5/11/2026 |