**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| |
|---|
| Michel DeGraff,<br><br>               *Plaintiff*<br><br>  v.<br><br>Massachusetts Institute of Technology; Tim Walberg, in his official capacity as the Chairman of the House Committee on Education & Workforce; and The House Committee on Education & Workforce,<br>               *Defendants*. |

Case No. 1:26-cv-11488-ADB

**MASSACHUSETTS INSTITUTE OF TECHNOLOGY'S**
**UNOPPOSED MOTION TO BIFURCATE BRIEFING**

Defendant Massachusetts Institute of Technology ("MIT") hereby moves for an order bifurcating the briefing of MIT's forthcoming motion to dismiss the Complaint filed by Plaintiff Michel DeGraff, ECF No. 1. Specifically, MIT requests that the Court order that motions to dismiss Plaintiff's First Amendment claim (Count I) be briefed and resolved first, according to the existing briefing schedule, without MIT waiving any arguments it may have under Rule 12 as to the state-law counts (Counts II-IV) and without prejudice to the filing of a motion to dismiss Counts II-IV at a later date if necessary. MIT further requests that the Court defer setting a briefing schedule on any such motion to dismiss Counts II-IV, pending the Court's determination of whether Count I must be dismissed as to MIT. Plaintiff consents to this request, and Defendants The House Committee on Education & Workforce and Chairman Tim Walberg do not oppose.

In support of this motion, MIT submits the accompanying Memorandum of Law, which sets forth the legal bases for bifurcation and demonstrates that bifurcated briefing will promote the orderly and efficient resolution of this action and conserve party and judicial resources.

WHEREFORE, MIT respectfully requests that the Court grant this motion and enter an order bifurcating motion-to-dismiss briefing, direct briefing of motions to dismiss with respect to Count I of the Complaint to proceed according to the existing schedule, and defer the setting of a briefing schedule with respect to any motion to dismiss with respect to Counts II-IV until after the Court determines whether Count I must be dismissed as to MIT.

Date: May 18, 2026

Respectfully submitted,

MASSACHUSETTS INSTITUTE OF TECHNOLOGY

Daniel J. Cloherty (BBO# 565772)
dcloherty@clohertysteinberg.com
617.481.0610
CLOHERTY & STEINBERG LLP
One Financial Center
  Suite 1120
Boston, MA 02111

 /s/ Ishan K. Bhabha
Ishan K. Bhabha (*pro hac vice*)
  IBhabha@jenner.com
  202.637.6327
Lauren J. Hartz (*pro hac vice*)
  LHartz@jenner.com
  202.637.6363
Elizabeth Henthorne (*pro hac vice*)
  BHenthorne@jenner.com
  202.637.6367
JENNER & BLOCK LLP
1099 New York Avenue, N.W.,
  Suite 900
Washington, DC 20001

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of May, 2026, I caused the foregoing to be electronically filed with the clerk of the court for the U.S. District Court for the District of Massachusetts, by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, a true and correct copy of the foregoing instrument and all attachments.


Dated: May 18, 2026                                 */s/ Ishan K. Bhabha*
                                                      Ishan K. Bhabha

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(a), I hereby certify that counsel for MIT has conferred with counsel of record for all parties about the filing of this motion. As set forth above, Plaintiff consents to and the Congressional Defendants do not oppose the relief requested herein.

Dated: May 18, 2026                                    */s/ Ishan K. Bhabha*
                                                        Ishan K. Bhabha