**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Michel DeGraff, <br><br> *Plaintiff* <br><br> v. <br><br> Massachusetts Institute of Technology; Tim Walberg, in his official capacity as the Chairman of the House Committee on Education & Workforce; and The House Committee on Education & Workforce, <br><br> *Defendants*. | Case No. 1:26-cv-11488-ADB |

**ORDER GRANTING MASSACHUSETTS INSTITUTE OF TECHNOLOGY'S UNOPPOSED MOTION TO BIFURCATE BRIEFING**

The Court hereby grants Defendant Massachusetts Institute of Technology's unopposed motion to bifurcate motion-to-dismiss briefing of Plaintiff's federal and state-law claims. Briefing shall proceed according to the existing schedule with respect to Count I of the Complaint only, without MIT waiving any arguments for dismissal of Plaintiffs' state-law claims (Counts II-IV) under Rule 12 and without prejudice to the filing of a motion to dismiss Counts II-IV at a later date if necessary. Briefing on any such motion with respect to Plaintiff's state-law claims will be deferred pending the Court's determination of whether Count I must be dismissed as to MIT.

/s/ *Allison D. Burroughs*
Hon. Allison D. Burroughs
U.S. District Judge