**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

Michel DeGraff,

     *Plaintiff*,

v.

Massachusetts Institute of Technology;
Tim Walberg in his official capacity as
the Chairman of the House Committee
on Education & Workforce; and
The House Committee on Education
& Workforce,

     *Defendants*.

Case No. 1:26-cv-11488-ADB

**DEFENDANT MASSACHUSETTS INSTITUTE OF TECHNOLOGY'S
UNOPPOSED MOTION TO ALLOW MEMORANDUM IN SUPPORT OF
<u>MOTION TO DISMISS OF UP TO TWENTY-FIVE PAGES</u>**

Defendant Massachusetts Institute of Technology ("MIT") hereby requests leave to file an opening memorandum of no more than 25 pages in support of its forthcoming motion to dismiss Count I of Plaintiff's Complaint. Counsel for MIT has conferred with counsel for the other parties, none of whom oppose this request. On May 7, 2026, this Court granted the Congressional Defendants' request to file a 25-page memorandum in support of their anticipated motion to dismiss.

MIT respectfully submits that permitting a memorandum of up to 25 pages is warranted given the substantial number of allegations and issues the moving papers will need to address. The Complaint contains 170 paragraphs of factual allegations across approximately 55 pages, the vast majority of which relate to DeGraff's First Amendment claim against MIT and the Committee (Count I). MIT intends to raise multiple distinct bases for dismissal of that claim. Under these circumstances, a modest expansion of the usual page limit, from 20 to 25 pages, is warranted to

ensure that MIT can clearly and comprehensively present its arguments to this Court, so as to aid the Court in its resolution of the motion to dismiss.

WHEREFORE, MIT requests that the Court enter an order allowing MIT to submit a memorandum of up to 25 pages in support of its forthcoming motion to dismiss Count I of the Complaint.

Date: June 2, 2026

Respectfully submitted,

MASSACHUSETTS INSTITUTE OF TECHNOLOGY

 */s/ Ishan K. Bhabha*

Daniel J. Cloherty (BBO# 565772)
Email: dcloherty@clohertysteinberg.com
Telephone: (617) 481-0610
Alexandra Arnold (BBO# 706208)
Email: aarnold@clohertysteinberg.com
Telephone: (617) 481-0610
CLOHERTY & STEINBERG LLP
One Financial Center, Suite 1120
Boston, MA 02111

Ishan K. Bhabha (*pro hac vice*)
Email: IBhabha@jenner.com
Telephone: (202) 637-6327
Lauren J. Hartz (*pro hac vice*)
Email: LHartz@jenner.com
Telephone: (202) 637-6363
Elizabeth Henthorne (*pro hac vice*)
Email: BHenthorne@jenner.com
Telephone: (202) 637-6367
JENNER & BLOCK LLP
1099 New York Avenue, N.W., Suite 900
Washington, DC 20001

**CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(a), I hereby certify that counsel for MIT has conferred with counsel of record for all parties about the filing of this motion. As set forth above, counsel for Plaintiff and counsel for the Congressional Defendants indicated they do not oppose the relief sought.

*/s/ Ishan K. Bhabha*
Ishan K. Bhabha

**CERTIFICATE OF SERVICE**

I, Ishan Bhabha, hereby certify that a true copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 2, 2026.

*/s/ Ishan K. Bhabha*
Ishan K. Bhabha