# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHEL DEGRAFF,<br><br>          *Plaintiff,*<br><br>   v.<br><br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY, *et al.*,<br><br>          *Defendants.* | Case No. 1:26-cv-11488-ADB |

## NOTICE OF APPEARANCE

I, Alicia Garten, hereby enter my appearance as counsel in this case for the Honorable Tim Walberg, Chairman of the Committee on Education and Workforce of the U.S. House of Representatives, and the Committee on Education and Workforce of the U.S. House of Representatives (the "Congressional Defendants").  Please send all future notices in this matter to me.

Respectfully submitted,

*/s/ Alicia Garten*
ALICIA GARTEN (IL Bar No. 6342068)
  *Assistant General Counsel*
OFFICE OF GENERAL COUNSEL[1]
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515
(202) 225-9700 (telephone)
Alicia.Garten@mail.house.gov

June 5, 2026                               *Counsel for Congressional Defendants*

---

[1] Attorneys for the Office of General Counsel for the U.S. House of Representatives are "entitled, for the purpose of performing the counsel's functions, to enter an appearance in any proceeding before any court of the United States or of any State or political subdivision thereof without compliance with any requirements for admission to practice before such court."  2 U.S.C. § 5571(a).

**CERTIFICATE OF SERVICE**

I, Alicia Garten, hereby certify that on June 5, 2026, I caused the foregoing document to be filed via this Court's CM/ECF system, which I understand caused service on all registered parties as identified on the Notice of Electronic Filing (NEF).


/s/ *Alicia Garten*
Alicia Garten