**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| MICHEL DEGRAFF,<br><br>        *Plaintiff,*<br><br>  v.<br><br>MASSACHUSETTS INSTITUTE OF<br>TECHNOLOGY, *et al.*,<br><br>        *Defendants.* | Case No. 1:26-cv-11488-ADB |

**NOTICE OF APPEARANCE**

I, Todd B. Tatelman, hereby enter my appearance as counsel in this case for the

Honorable Tim Walberg, Chairman of the Committee on Education and Workforce of the U.S.

House of Representatives, and the Committee on Education and Workforce of the U.S. House of

Representatives (the "Congressional Defendants").  Please send all future notices in this matter

to me.

                Respectfully submitted,

                */s/ Todd B. Tatelman*
                TODD B. TATELMAN (VA Bar No. 66008)
                  *Deputy General Counsel*
                OFFICE OF GENERAL COUNSEL[1]
                U.S. HOUSE OF REPRESENTATIVES
                5140 O'Neill House Office Building
                Washington, D.C. 20515
                (202) 225-9700 (telephone)
                Todd.Tatelman@mail.house.gov

June 5, 2026                *Counsel for Congressional Defendants*

---

[1] Attorneys for the Office of General Counsel for the U.S. House of Representatives are "entitled, for the purpose of performing the counsel's functions, to enter an appearance in any proceeding before any court of the United States or of any State or political subdivision thereof without compliance with any requirements for admission to practice before such court."  2 U.S.C. § 5571(a).

**CERTIFICATE OF SERVICE**

I, Todd B. Tatelman, hereby certify that on June 5, 2026, I caused the foregoing

document to be filed via this Court's CM/ECF system, which I understand caused service on all

registered parties as identified on the Notice of Electronic Filing (NEF).


/s/ *Todd B. Tatelman*
Todd B. Tatelman