**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

MICHEL DEGRAFF,

                   *Plaintiff*,

   v.

MASSACHUSETTS INSTITUTE OF
TECHNOLOGY, *et al.,*

                 *Defendants.*

Case No. 1:26-cv-11488-ADB

## CONGRESSIONAL DEFENDANTS' MOTION TO DISMISS

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 12(b)(1) and (6), and for the reasons set forth in the accompanying Memorandum of Points and Authorities, Congressional Defendants, the Committee on Education and Workforce of the U.S. House of Representatives and its Chairman Tim Walberg, move for an Order dismissing Count I of the Complaint, ECF 1.

Respectfully submitted,

*/s/ Matthew Berry*
MATTHEW B. BERRY
   *General Counsel*
TODD B. TATELMAN
   *Deputy General Counsel*
ANDY T. WANG
   *Associate General Counsel*
ALICIA GARTEN
   *Assistant General Counsel*

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515
(202) 225-9700 (telephone)
matthew.berry@mail.house.gov

*Counsel for Congressional Defendants*

June 5, 2026

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

I certify that counsel for the parties have conferred in a good-faith effort to narrow or resolve the issues raised in this Motion.

/s/ *Matthew Berry*
Matthew Berry

**CERTIFICATE OF SERVICE**

I certify that on June 5, 2026, I caused the foregoing document to be filed via this Court's CM/ECF system, which I understand caused service on all registered parties.

/s/ *Matthew Berry*
Matthew Berry