**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

MICHEL DEGRAFF,

*Plaintiff,*

v.

MASSACHUSETTS INSTITUTE OF
TECHNOLOGY, *et al.,*

*Defendants.*

Case No. 1:26-cv-11488-ADB

**DECLARATION OF TODD B. TATELMAN IN SUPPORT OF
CONGRESSIONAL DEFENDANTS' MOTION TO DISMISS**

I, Todd B. Tatelman, pursuant to the provisions of 28 U.S.C. § 1746 declare and say:

1.    I am the Deputy General Counsel in the Office of General Counsel of the U.S. House of Representatives. I have served in this capacity since 2018 and have served in the Office of General Counsel since 2011. I represent the Honorable Tim Walberg and the Committee on Education and Workforce of the U.S. House of Representatives in this matter.

2.    Attached as Exhibit A is a true and correct copy of Letter from Rep. Virginia Foxx, Chairwoman, H. Comm. on Educ. and the Workforce, to Dr. Sally Kornbluth, President, Mass. Inst. of Tech., et al. (Mar. 8, 2024).

3.    Attached as Exhibit B is a true and correct copy of Letter from Rep. Tim Walberg, Chairman, H. Comm. on Educ. and Workforce, to Dr. Sally Kornbluth, President, Mass. Inst. of Tech. (Dec. 11, 2025).

4.    Attached as Exhibit C is a true and correct copy of Letter from Rep. Tim

2

Walberg, Chairman, H. Comm. on Educ. and Workforce, to Dr. Sally Kornbluth, President, Mass. Inst. of Tech. (Mar. 17, 2026)

I declare under penalty of perjury that the foregoing is true and correct.  Executed on June 5, 2026, in Washington, D.C.

 */s/ Todd B. Tatelman*
Todd B. Tatelman

# Exhibit A



MAJORITY MEMBERS:

VIRGINIA FOXX, NORTH CAROLINA,
*Chairwoman*

JOE WILSON, SOUTH CAROLINA
GLENN THOMPSON, PENNSYLVANIA
TIM WALBERG, MICHIGAN
GLENN GROTHMAN, WISCONSIN
ELISE M. STEFANIK, NEW YORK
RICK W. ALLEN, GEORGIA
JIM BANKS, INDIANA
JAMES COMER, KENTUCKY
LLOYD SMUCKER, PENNSYLVANIA
BURGESS OWENS, UTAH
BOB GOOD, VIRGINIA
LISA C. MCCLAIN, MICHIGAN
MARY E. MILLER, ILLINOIS
MICHELLE STEEL, CALIFORNIA
RON ESTES, KANSAS
JULIA LETLOW, LOUISIANA
KEVIN KILEY, CALIFORNIA
AARON BEAN, FLORIDA
ERIC BURLISON, MISSOURI
NATHANIEL MORAN, TEXAS
JOHN JAMES, MICHIGAN
LORI CHAVEZ-DEREMER, OREGON
BRANDON WILLIAMS, NEW YORK
ERIN HOUCHIN, INDIANA

MINORITY MEMBERS:

ROBERT C. "BOBBY" SCOTT, VIRGINIA,
*Ranking Member*

RAÚL M. GRIJALVA, ARIZONA
JOE COURTNEY, CONNECTICUT
GREGORIO KILILI CAMACHO SABLAN,
NORTHERN MARIANA ISLANDS
FREDERICA S. WILSON, FLORIDA
SUZANNE BONAMICI, OREGON
MARK TAKANO, CALIFORNIA
ALMA S. ADAMS, NORTH CAROLINA
MARK DESAULNIER, CALIFORNIA
DONALD NORCROSS, NEW JERSEY
PRAMILA JAYAPAL, WASHINGTON
SUSAN WILD, PENNSYLVANIA
LUCY MCBATH, GEORGIA
JAHANA HAYES, CONNECTICUT
ILHAN OMAR, MINNESOTA
HALEY M. STEVENS, MICHIGAN
TERESA LEGER FERNÁNDEZ,
NEW MEXICO
KATHY E. MANNING, NORTH CAROLINA
FRANK J. MRVAN, INDIANA
JAMAAL BOWMAN, NEW YORK

# COMMITTEE ON
# EDUCATION AND THE WORKFORCE
U.S. HOUSE OF REPRESENTATIVES
2176 RAYBURN HOUSE OFFICE BUILDING

WASHINGTON, DC 20515-6100

March 8, 2024

Dr. Sally Kornbluth
President
Massachusetts Institute of Technology
77 Massachusetts Avenue
Room 3-208
Cambridge, MA 02139

Mr. Mark P. Gorenberg
Chair of the Corporation
The MIT Corporation
77 Massachusetts Avenue
Room 7-203
Cambridge, MA 02139

Dear Dr. Kornbluth and Mr. Gorenberg:

The Committee on Education and the Workforce (the Committee) is investigating the Massachusetts Institute of Technology's (MIT or the Institute) response to antisemitism and its failure to protect Jewish students. We have grave concerns regarding the inadequacy of MIT's response to antisemitism on its campus.

In testimony before the Committee on December 5, 2023, Dr. Kornbluth made numerous statements that further called into question the Institute's willingness to address antisemitism seriously, including failing to state unequivocally that calling for the genocide of Jews would violate MIT's code of conduct and community standards.[1] Despite widespread public criticism of Dr. Kornbluth's testimony, the MIT Corporation issued an endorsement, writing that Dr. Kornbluth "has done excellent work in leading our community, including in addressing

---

[1] *Holding Campus Leaders Accountable and Confronting Antisemitism: Hearing Before the H. Comm. on Education. and the Workforce*, 118th Cong. (2023) (statement of Sally Kornbluth, President, Mass. Inst. Tech).

Dr. Sally Kornbluth and Mr. Mark Gorenberg
March 8, 2024
Page 2 of 12

antisemitism, Islamophobia, and other forms of hate, all of which we reject utterly at MIT. She has our full and unreserved support."[2]

The MIT Corporation's assessment stands at odds with the experiences of many Jewish MIT students. A survey of 75 Jewish students found that 59 percent had experienced antisemitism since October 7, and 73 percent did not feel comfortable publicly being Jewish, Israeli, or supportive of Israel on MIT's campus.[3] Further, 70 percent had changed their behavior (such as no longer wearing a kippah or Star of David) to minimize attention from antisemitic and anti-Israel individuals.[4] While 89 percent of Jewish MIT students surveyed felt "very safe" on campus pre-October 7, only 11 percent did following the attacks.[5] When asked to rate whether "the MIT administration's actions have been adequate to help you feel safer on MIT's campus" on a scale of one (not at all) to five (completely), 74 percent of students chose one or two.[6]

In a December 2023 statement to the Committee, MIT Israel Alliance President Talia Khan decried the MIT administration's response to campus antisemitism, writing, "President Kornbluth has watched as violent hatred infects, in broad daylight, an institution which is looked to as a beacon of enlightenment. This failure by the MIT administration to protect Jewish students must not be regarded simply as inaction, but rather as a feckless, cowardly, hypocritical, and entirely deliberate choice to remain silent."[7] Khan further stated that Kornbluth told her directly in a private meeting that she could not apply MIT's rules equally due to fears of losing faculty support.[8] That same month, MIT Lecturer Mauricio Karchmer, who taught over 65 percent of each annual MIT undergraduate class in his Introduction to Algorithms course, resigned because he "could no longer deal with the pervasive antisemitism on MIT's campus," also citing the failure of MIT's leadership to address this epidemic of hatred and protect Jewish students, faculty, and staff.[9]

This pervasive antisemitism is exemplified by numerous deeply troubling incidents and developments at MIT, including the following:

- MIT's leadership has failed to condemn anti-Israel campus groups' endorsement of Hamas' terrorism against Israel. The day after the October 7, 2023, terrorist attack, Palestine @ MIT and MIT Coalition Against Apartheid (CAA) issued a statement that they "hold the Israeli regime responsible for all unfolding violence" and "affirm the right

---

[2] Letter from Mark Gorenberg, Chair, MIT Corp., to MIT Community (Dec. 7, 2023), https://orgchart.mit.edu/letters/our-support-our-president.

[3] MIT Israel Alliance, Antisemitism at MIT at 25, https://docs.google.com/presentation/d/1ajHwIdMaSbTKtXOgQAgagVtHzvajhkqPt307GbHnUak/edit#slide=id.g2a0e7a894d0_2_8.

[4] Id.

[5] Id. at 24.

[6] MIT Israel Alliance, supra note 3.

[7] Statement, Talia Khan, President, MIT Israel Alliance (Dec. 5, 2023), https://www.congress.gov/118/meeting/house/116625/documents/HHRG-118-ED00-20231205-SD003.pdf.

[8] Id.

[9] Mauricio Karchmer, Why I Quit My Dream Job at MIT, THE FREE PRESS (JAN. 9, 2024), https://www.thefp.com/p/resigned-mit-october-7-antisemitism.

Dr. Sally Kornbluth and Mr. Mark Gorenberg
March 8, 2024
Page 3 of 12

of all occupied peoples to resist oppression and colonization." [10]

- An advisory group of Jewish faculty members for MIT's Standing Together Against Hate (STAH) initiative disbanded following STAH's announcement of a lecture series including an antisemitic speaker, noting in a statement that they "had no input to the published program" and were not given the opportunity to review it in advance.[11] MIT launched STAH, led by Chancellor Melissa Nobles, with the stated aim of addressing antisemitism and other forms of hate.[12] As part of a STAH Dialogue Across Differences speaker series, MIT invited Dalia Mogahed, who has endorsed Hamas' terrorist attack on Israel, to lecture on Islamophobia. Mogahed wrote that "resistance, including struggle against a colonial occupation force, is not only acknowledged under international law but explicitly endorsed" and that [a]s an occupied population, Palestinians inherently possess the right to resist."[13] The four-lecture series consists of two lectures on Islamophobia and anti-Palestinian racism respectively, but only one on antisemitism.

- CAA has disrupted classes, harassed Jewish students, promoted violence, and violated other MIT rules in the course of conducting anti-Israel demonstrations and other activities including:

  o On October 23, 2023, CAA staged a class walkout in which members disrupted multiple courses, including Linear Algebra and Introduction to Solid-State Chemistry among others, with chants of "Free Palestine" inside classrooms mid-lecture.[14]

  o On November 2, 2023, CAA entered the MIT International Science and Technology Initiatives (MISTI) office to protest the MISTI-Israel program, harassing staff and using a megaphone to chant hateful slogans, including "from the river to the sea."[15]

---

[10] Statement, MIT Coalition Against Apartheid (Oct. 8, 2023), https://caa.mit.edu/blog/2023/10/8/statement/.
[11] Alec Schemmel, *MIT Leaders Assembled a Faculty Advisory Group on Campus Anti-Semitism. Then They Ignored It.,* THE WASHINGTON FREE BEACON (Feb. 14, 2024), https://freebeacon.com/campus/mit-leaders-assembled-a-faculty-advisory-group-on-campus-anti-semitism-then-they-ignored-it/.
[12] Press Release, MIT News, 3 Questions: Melissa Nobles on combating antisemitism and Islamophobia (Dec. 4, 2023), https://news.mit.edu/2023/3q-melissa-nobles-combating-antisemitism-and-islamophobia-1204.
[13] Alec Schemmel, *Speaker at MIT's 'Standing Together Against Hate' Event Endorsed Hamas Terrorism as Lawful 'Resistance,'* THE WASHINGTON FREE BEACON (FEB. 5, 2024), https://freebeacon.com/campus/speaker-at-mits-standing-together-against-hate-event-endorsed-hamas-terrorism-as-lawful-resistance/.
[14] Video: 3.091 Lecture Interruption (2023), https://drive.google.com/file/d/1rQOO59PALPjlKH6Nst6joafbJs1M1Civ; Video: 18.06 Lecture Interruption (2023), https://drive.google.com/file/d/1Rvk_gLmR04UwsUZPWZeIC0b6QpBKQFlf.
[15] Video: Antisemitism at MIT (2023), https://docs.google.com/presentation/d/1ajHwIdMaSbTKtXOgQAgagVtHzvajhkqPt307GbHnUak/edit#slide=id.g29e4ba5bf69_0_61.

Dr. Sally Kornbluth and Mr. Mark Gorenberg
March 8, 2024
Page 4 of 12

- o On November 9, 2023, the 85th anniversary of the Kristallnacht pogrom, CAA conducted a blockade of Lobby 7, the lobby of MIT's main entrance, physically preventing students from attending classes.[16] MIT Hillel described the protest as being "in clear violation of MIT policy against indoor protesting and actively prevent[ing] students from having a safe and peaceful learning environment on campus" and recommended Jewish students avoid engaging protestors for their own "physical safety and wellbeing."[17] Indeed, an anti-Israel protestor shoved a Jewish student during the blockade.[18] While MIT officials warned student protestors they would be suspended if they did not disperse, offending students ultimately received only "non-academic suspensions" that allowed them to continue their studies, with President Kornbluth citing potential visa consequences for foreign students as a reason for the weaker punishment.[19] After the incident, a social media post, tagging MIT, offered an $800 bounty for identifying a Jewish student labeled as a "Zionist extremist" who was involved in an altercation at the blockade.[20]

- o On November 12, 2023, CAA co-sponsored a protest which blocked Massachusetts Avenue, a primary route to MIT on which its main entrance is located, and entrances to Lobby 7, while the protestors were chanting hateful slogans such as "there is only one solution: Intifada" and making statements including "we have to shake history with our own two hands" and "resistance requires sacrifice."[21]

- o On February 12, 2024, CAA conducted another protest in Lobby 7 in violation of multiple MIT rules, engaging in hateful chants including "from the river to the sea."[22]

---

[16] Patrick Reilly, *Jewish students at MIT blocked from attending classes by 'hostile' anti-Israel protesters,* N.Y. POST (Nov. 10, 2023), https://nypost.com/2023/11/10/news/jewish-students-at-mit-blocked-from-attending-classes-by-hostile-anti-israel-protesters/.

[17] CAA Timeline, at 5 (2023), https://docs.google.com/document/d/1k9jb5KSSZbzpAui5QdeUm9CM2bO_zMZNdDr1i7gG_3I/edit

[18] Video: CAA Blockade (2023), https://drive.google.com/file/d/1GurWhicLPH1RWU2tA7oc3Z4p_RiCOHjh/view?usp=drive_link.

[19] Joseph Simonson, *Wary of Deportation, Elite Colleges Won't Expel Anti-Semitic Foreign Students,* THE WASHINGTON FREE BEACON (Nov. 27, 2023), https://freebeacon.com/campus/wary-of-deportation-elite-colleges-wont-expel-anti-semitic-foreign-students/.

[20] SZH (@StopZionistHate), TWITTER (Nov. 10, 2023, 7:30 PM), https://twitter.com/StopZionistHate/status/1723136107905208681.

[21] CAA Timeline, at 4 (2023), https://docs.google.com/document/d/1k9jb5KSSZbzpAui5QdeUm9CM2bO_zMZNdDr1i7gG_3I; CAA Timeline, at 12 (2023), Detailed description of key events affecting the Jewish and Israeli Community at MIT, at 12 (2024), https://mit.co1.qualtrics.com/CP/File.php?F=F_3dEKqVIfYlDJ5um.

[22] Stop Antisemitism (@StopAntisemites), TWITTER (Feb. 13, 2024, 9:01 AM), https://x.com/stopantisemites/status/1757404628591739027; Retsef Levi (@RetsefL), TWITTER (Feb. 12, 2024, 8:11 PM), https://x.com/retsefl/status/1757210823225725119.

Dr. Sally Kornbluth and Mr. Mark Gorenberg
March 8, 2024
Page 5 of 12

- According to MIT Hillel, the Institute's Jewish campus center, on December 4, 2023, "an individual from outside the MIT community gained entry to [the MIT Hillel building] and verbally yelled at students in the Hillel Lounge, accusing them of being Mossad and electronically removing data from his phone; after he left the building he stuck up his middle finger from outside the window." [23] The individual returned to MIT Hillel on December 6 and, "while unable to enter the building, he then proceeded to urinate at the window; one of the students present confronted him outside and again unclear claims about the Mossad were made."[24]

- Multiple MIT faculty and staff have made antisemitic remarks and justified Palestinian terrorism, including:

  o MIT Postdoctoral Associate Afif Aqrawabi has made numerous virulently antisemitic statements on social media, including: "Zionism is a mental illness,"[25] "[d]ear ZioNazis of Israel, particularly those supporting this genocide, I hope you never find peace and comfort in life…You are all barbaric lunatics…Yes, this is hateful language"[26]; "it is more clear than ever that Israel has no future in this world"[27]; "Zionists not only steal our lands, food, and culture, but our dead bodies as well for organ harvesting"[28]; "[t]here's no need for such evil to infect our world, for what?! So that Israeli's [sic] can continue to consider themselves God's chosen people, supreme to the rest, and deserving of your tax money to fund their lifestyle?!"[29]; "[d]on't be afraid of these Zionist cucks! They bark loudly but are the weakest among us"[30]; "ironically, here I am believing that Zionist Israelis are Jewish fundamentalists who want to enslave the world in a global Apartheid system"[31]; and "[e]ven the richest man in the world was seen bending his knee to their prime minister just yesterday. Sorry, am I sounding antisemitic?"[32] He has also denied well-documented reports of sexual violence by Hamas terrorists against Israeli women, dismissing them as "perverted rape fantasies."[33]

  o The MIT faculty member serving as Associate Department Head for Diversity, Equity, Inclusion, and Justice (DEIJ) for Aqrabawi's department responded to a

---

[23] MIT Israel Alliance, *supra* note 3 at 20.

[24] *Id.*

[25] Afif Aqrabawi (@AjAqrabawi), TWITTER (Nov. 18, 2023, 12:31 PM), https://x.com/ajaqrabawi/status/1725929763166973967.

[26] *Afif Aqrabawi,* CANARY MISSION, https://canarymission.org/professor/Afif_Aqrabawi.

[27] *Id.*

[28] Daniel Cohen (@DanielTheCohen), TWITTER (Jan. 13, 2024, 4:21 PM), https://x.com/captain_bluesky/status/1746281246127526048.

[29] Afif Aqrabawi (@AjAqrabawi), TWITTER (Nov. 1, 2023, 10:34 PM), https://twitter.com/AjAqrabawi/status/1719905827711025341.

[30] *Id.*

[31] Afif Aqrabawi (@AjAqrabawi), TWITTER (Nov. 28, 2023, 6:44 AM), https://twitter.com/AjAqrabawi/status/1729466215029002601.

[32] *Id.*

[33] Zev Ben Meir (@ZevBenMeirBC), TWITTER (Feb. 3, 2024, 3:52 PM), https://twitter.com/zevbenmeirbc/status/1753884212682539455.

Dr. Sally Kornbluth and Mr. Mark Gorenberg
March 8, 2024
Page 6 of 12

complaint regarding Aqrawabi's antisemitic social media posts by denying their blatantly antisemitic nature. The DEIJ representative warned the complainant, "I would be very cautious before accusing any one of our colleagues, staff, or trainees of hate speech" and chastised the complainant for identifying it as a classic blood libel trope.[34]

o   MIT Professor of Linguistics Michel DeGraff made multiple antisemitic, anti-Israel social media posts, writing, "[h]ere's the historical context of GENOCIDE in [Palestine]: Zionism [Israel] is a racist anti-Judaism movement fueling antisemitism from the river to the sea, from Gaza to @MIT"[35] and "Baby Jesus (a Palestinian Jew) is under the rubble of Israel's Zionist violence, so Christmas in Bethlehem has been cancelled."[36] DeGraff also authored an anti-Israel MIT Faculty Newsletter titled, "Standing Together Against Hate: From the River to the Sea, From Gaza to MIT."[37]

o   MIT's Women and Gender Studies Program, Libraries, Center for International Studies, and Anthropology Department co-hosted an event called "Allyship, Art, and Apartheid: A Conversation with Palestinian Activists," in which one of the speakers was the notorious antisemitic writer Mohammed El-Kurd, who has accused Zionists of having "an unquenchable thirst for Palestinian blood."[38]

o   MIT's Women and Gender Studies Program co-hosted an Independent Activities Period book club with MIT's Coalition for Palestine, reading "They Called Me a Lioness" by Ahed Tamimi, a radical Palestinian activist who threatened Jewish settlers in a social media post, writing, "[w]e will slaughter you and you will say that what Hitler did to you was a joke, we will drink your blood and eat your

---

[34] MIT Israel Alliance, *supra* note 3 at 15; ; *Unfounded Claims of "Organ Harvesting" Reignite Embers of Decades-Old Hospital Scandal and Centuries-Old Trope*, ANTI-DEFAMATION LEAGUE (Dec. 29, 2023), https://www.adl.org/resources/blog/unfounded-claims-organ-harvesting-reignite-embers-decades-old-hospital-scandal-and ("[l]ongstanding accusations of Israeli organ harvesting have reemerged in the aftermath of the October 7 massacres. This conspiracy theory plays on the blood libel trope, which dates to the Middle Ages and alleges that Jews use the blood of Christian children to bake their Passover bread. In the current Israeli-Palestinian context, organs are substituted for blood, and in some cases, activists are alleging that Israel purposefully kills Palestinians to harvest their organs.").

[35] Michel DeGraff (@MichelDeGraff), TWITTER (Nov. 25, 2023, 11:27 AM), https://twitter.com/micheldegraff/status/1728450397122048472.

[36] Michel DeGraff (@MichelDeGraff), TWITTER (Dec. 26, 2023, 1:20 PM). https://x.com/micheldegraff/status/1739712736269885944.

[37] Michel DeGraff, *Standing Together Against Hate,* MIT FACULTY NEWSLETTER (Nov. 2023), https://fnl.mit.edu/november-december-2023/standing-together-against-hate-from-the-river-to-the-sea-from-gaza-to-mit/.

[38] *Mohammed El-Kurd*, ANTI-DEFAMATION LEAGUE (Dec. 16, 2021), https://www.adl.org/resources/backgrounder/mohammed-el-kurd.

Dr. Sally Kornbluth and Mr. Mark Gorenberg
March 8, 2024
Page 7 of 12

> skulls" and was separately jailed for assaulting an Israeli soldier.[39]
>
> o According to the MIT Israel Alliance, at a November 15, 2023, event titled "Planetary Health: Indigenous Land, Peoples, and Bodies," MIT Interfaith Chaplain Nina Lytton repeatedly stated that Palestinians are being "wrongfully subjugated and oppressed by racist white European colonizers."[40]
>
> o MIT Diversity, Equity, Inclusion, and Belonging officer Sophia Hasenfus liked extreme anti-Israel social media posts, including one stating "Israel doesn't have a right to exist, it's an illegitimate settler-colony like the US."[41]

Amid heightened scrutiny of the proliferation of antisemitism on its campus, MIT eventually suspended CAA for violating the Institute's rules on February 13, 2024.[42] However, MIT appears not to be enforcing this suspension. CAA has continued to staff a table in campus areas designated for student organizations in violation of its suspension.[43] Moreover, MIT honored a CAA student activist who had publicly supported Hamas' October 7 attack with a speaking role at a February 17 MLK Celebration Gala. The CAA student activist then used his speech to invite attendees to the stage and conduct an anti-Israel protest at the Gala as President Kornbluth looked on in silence.[44] On March 3, CAA members and supporters again staged a protest blocking MIT's main entrance and chanting hateful slogans including, "long live the Intifada."[45]

MIT has cited its supposed commitment to free speech as limiting its ability to take action against antisemitism on its campus.[46] However, the Institute has demonstrated a clear double standard in how it has tolerated antisemitic harassment and intimidation by acting to suppress and penalize expression it deemed problematic. In October 2021, MIT's Earth and Planetary Sciences Department cancelled University of Chicago geophysicist Dorian Abbott's planned John Carlson Lecture over Abbott's views on diversity, equity, and inclusion.[47] Former U.S. Secretary of State Mike Pompeo has alleged that MIT also cancelled a planned speech on China

---

[39] TOI Staff & Jeremy Sharon, *Palestinian protest icon Ahed Tamimi arrested for calling to 'slaughter' settlers,* THE TIMES OF ISRAEL (Nov. 6, 2023), https://www.timesofisrael.com/palestinian-protest-icon-ahed-tamimi-arrested-for-calling-to-slaughter-settlers/.

[40] Khan, *supra* note 7; MIT Israel Alliance, *supra* note 3 at 16.

[41] Bethany S. Mandel (@Bethanyshondark), TWITTER (Oct. 24, 2023, 10:57 AM), https://x.com/bethanyshondark/status/1716831271178117599.

[42] Sally Kornbluth, Video transcript: Actions related to a student organization (Feb. 13, 2024), https://president.mit.edu/writing-speeches/video-transcript-actions-related-student-organization.

[43] Retsef Levi (@RetsefL), TWITTER (Mar. 1, 2024, 12:59 PM), https://x.com/retsefl/status/1763625245494456775?s=46.

[44] Retsef Levi (@RetsefL), TWITTER (Feb. 23, 2024, 5:05 PM), https://twitter.com/retsefl/status/1761150246674215243?s=48&t=11_MeBFvcZ3hej-awq9qdg; Michel DeGraff (@micheldegraff), INSTAGRAM (Feb. 20, 2024),https://www.instagram.com/reel/C3l8bQpN5JA/; Black Alliance for Peace, *BAP's Austin Cole at "Stop the Genocide: MIT Emergency Rally,"* YOUTUBE (Nov. 10, 2023), https://www.youtube.com/watch?v=8hvH_7WTlAA&t=332s.

[45] StopZionistHate, *supra* note 20.

[46] Kornbluth, *supra* note 1.

[47] Kylee Carden, *EAPS department annual Carlson Lecture canceled over speaker Dorian Abbot's comments on DEI,* THE TECH (Oct. 14, 2021), https://thetech.com/2021/10/14/carlson-lecture-cancellation.

Dr. Sally Kornbluth and Mr. Mark Gorenberg
March 8, 2024
Page 8 of 12

when he was Secretary. Pompeo states that MIT's then-President told him directly that the speech could not proceed due to the risk of offending Chinese students.[48]

MIT students have reported similar double standards in the enforcement of Institute rules. Khan states that six days after she placed Israeli flags and posters that said "No Excuse for Hate" and "We Stand With Israel" in her office, the Institute created a new banner rule and she was forced to take them down. However, other banners in office windows, including ones stating "Black Lives Matter," have been allowed to remain.[49]

MIT's hypocrisy and selective enforcement of Institute rules, as outlined above, exposes the intellectual and moral bankruptcy of its leadership's rationalizations for their inaction towards antisemitism on campus.

To assist the Committee in understanding antisemitism at MIT and its response, please produce the following items no later than 5:00 PM EST on March 22, 2024:

1. All reports of antisemitic acts or incidents and related documents and communications since January 1, 2021, including but not limited to all reports of antisemitic acts, incidents, or discrimination made to the following:

    a. The Office of the President;

    b. The Office of the General Counsel;

    c. The Office of the Provost;

    d. The Division of Student Life;

    e. The Institute Discrimination & Harassment Response Office (IDHR);

    f. Any MIT offices focused on diversity, equity, and inclusion, including but not limited to the Institute Community and Equity Office; MIT Sloan Office of Diversity, Equity, and Inclusion;  Office of Graduate Education GradDiversity; Office of Minority Education, and any departmental DEI components;

    g. MIT Police;

    h. Any hotlines, inboxes, or other mechanisms that collect reports of bias, discrimination, and harassment; and

---

[48] Douglas Murray, *The Mike Pompeo speech on China's influence on US universities that MIT killed*, N.Y. POST (Jan. 26, 2023), https://nypost.com/2023/01/26/the-mike-pompeo-speech-on-chinas-influence-on-us-universities-that-mit-killed/.

[49] Khan, *supra* note 7.

Dr. Sally Kornbluth and Mr. Mark Gorenberg
March 8, 2024
Page 9 of 12

    i.  MIT Human Resources.

2. All documents containing MIT disciplinary, academic, personnel, administrative, or other processes through which allegations of hate crimes, discrimination, bias, or harassment are responded to, including but not limited to, any written policies, procedures, guidance, handbooks, rubrics, and/or tables of penalties. Please also identify the offices, individuals, boards, and/or bodies that are responsible for evaluating and/or determining such responses, including the composition of any offices, boards, or bodies;

3. Documents sufficient to show MIT's policies and procedures that ensure and preserve access to safe and uninterrupted learning environments and respond to and address reported violations, including through law enforcement, investigative, and disciplinary processes. Please also identify the offices, individuals, boards, and/or bodies that are responsible for evaluating and/or determining such responses, including the composition of any offices, boards, or bodies;

4. All documents referring or relating to the findings and results of any disciplinary processes, changes in academic status, or personnel actions by MIT toward MIT students, faculty, staff, and other MIT affiliates related to conduct involving the targeting of Jews, Israelis, Israel, Zionists, or Zionism since January 1, 2021;

5. All documents referring or relating to the findings and results of any disciplinary processes or changes in status by MIT toward MIT student organizations related to conduct involving Jews, Israelis, Israel, Zionists, or Zionism since January 1, 2021, including but not limited to the MIT Coalition Against Apartheid, MIT Coalition for Palestine, Palestine @ MIT, and Reading for Revolution;

6. All documents and communications relating to or reflecting sources of funding for MIT Coalition Against Apartheid, MIT Coalition for Palestine, Palestine @ MIT, and Reading for Revolution, including but not limited to university, departmental, faculty, and student organization funds, as well as foreign donations;

7. All findings and results of any disciplinary processes, changes in academic status, or personnel actions by MIT toward MIT students, faculty, staff, student organizations, and other MIT affiliates as a result of the following:

    a.  Allegations of hate crimes, discrimination, bias, or harassment on the basis of religion, race, ethnicity, national origin, sex, sexual orientation, gender identity, and disability at MIT since January 1, 2021; and

    b.  Reports of denial or disruption of access to safe and uninterrupted learning environments at MIT since January 1, 2021.

8. All documents and communications since January 1, 2021, referring and relating to antisemitism, involving the Office of the President, Office of the Provost, Division of

Dr. Sally Kornbluth and Mr. Mark Gorenberg
March 8, 2024
Page 10 of 12

Student Life, Institute Community and Equity Office, and/or MIT Police;

9. All MIT Corporation meeting minutes and/or summaries, whether formal or informal, including minutes of meetings of any components, such as committees, executive committees, subcommittees, and/or task forces, since October 7, 2023;

10. All documents and communications since January 1, 2021, referring and relating to antisemitism and/or Israel involving the MIT Corporation (including all members and/or officers);

11. All documents and communications referring and relating to Standing Together Against Hate;

12. All documents and communications, including, but not limited to those involving the Office of the President, Office of the Provost, Department of Public Safety, MIT's undergraduate and graduate/professional schools, MIT Human Resources, and/or any other entities responsible for investigating and determining consequences for misconduct and violations of university standards, referring and relating to:

    a. The activities of the MIT Coalition Against Apartheid, MIT Coalition for Palestine, and Palestine @ MIT since October 7, 2023;

    b. Posts by MIT students, faculty, staff, and other MIT affiliates on social media platforms targeting Jews, Israelis, Israel, Zionists, or Zionism;

    c. Anti-Israel protests at MIT since October 7, 2023, and any assaults, harassment, and other disruptions to education and student life related to them, including but not limited to the October 23, 2023; November 2, 2023; November 9, 2023; November 12, 2023; and February 12, 2024 protests;

    d. The December 4 and December 6, 2023, incidents in which an individual harassed students at MIT Hillel and urinated on the Hillel building; and

    e. Allegations of antisemitic conduct and/or discrimination against Jewish or Israeli MIT students since October 7, 2023.

13. All documents and communications, including but not limited to those involving the Office of the President, Office of the Provost, undergraduate and graduate/professional school administrations, and/or any academic departments, programs, and centers, referring or relating to any efforts by MIT students (including the MIT Graduate Student Union), faculty, and staff to engage in the Boycott, Divestment, and Sanctions movement against Israel since January 1, 2021, and communications by MIT administrators relating to such efforts;

Dr. Sally Kornbluth and Mr. Mark Gorenberg
March 8, 2024
Page 11 of 12

14. All products of diversity, equity, and inclusion offices and programs, and similar offices and programs from any MIT components, since January 1, 2023, relating to Jews and/or antisemitism, including but not limited to reports, publications, presentations, personal or professional development materials, guidance, and other related materials;

15. Documents sufficient to show the mandate, size, budget, agenda, and performance metrics of all diversity, equity, and inclusion offices and programs, IDHR, and/or any similar offices and programs from any MIT components, including documents sufficient to show any updates to the mandate, size, budget, agenda, or performance metrics of such offices since October 7, 2023;

16. All MIT policies concerning the acceptance and rejection of donations from foreign sources, including MIT policies concerning:

    a. faculty and staff receiving and disclosing donations and funding from foreign sources; and

    b. donations and funding from foreign sources being directed toward academic departments, programs, and centers.

17. Documents sufficient to show:

    a. The annual total amount of foreign donations and funding (including but not limited to governmental bodies, nongovernmental organizations, and private individuals) to MIT since January 1, 2021, by country;

    b. All foreign donations and funding (including but not limited to governmental bodies, nongovernmental organizations, and private individuals) to MIT of $50,000 or more since January 1, 2021. Please identify the amount, donor, and use;

    c. All donations and funding to MIT from Qatari sources (including but not limited to the Qatar Foundation, governmental bodies, nongovernmental organizations whether incorporated in Qatar or elsewhere, and private individuals) since January 1, 2021, including the amount, donor, and use; and

    d. All MIT faculty positions or programs/centers as of October 7, 2023, endowed by foreign governments and entities, including the faculty position or program/center, foreign government/entity, and amount donated.

18. All documents and communications involving the Office of the President, the Office of the Provost, dean's offices at each of MIT's undergraduate and graduate/professional schools, MIT's undergraduate Office of Admissions and each admissions unit of MIT's graduate/professional schools, and the MIT Board of Trustees since January 1, 2013,

Dr. Sally Kornbluth and Mr. Mark Gorenberg
March 8, 2024
Page 12 of 12

relating to recruitment, admission, enrollment, and retention of Jewish students.[50]

Congress' oversight powers are derived from the U.S. Constitution and have been repeatedly affirmed by the United States Supreme Court.[51] Under House Rule X, the Committee has legislative and oversight jurisdiction over "education or labor generally."[52]

Please see the attached instructions for relevant definitions and other directions for the production of documents. This request encompasses responsive materials in the possession of not only MIT faculty, staff, students, and other affiliates, but also individual members of the MIT Corporation. The request also extends to any informal communications such as text or other electronic messages. We expect that this request will be conveyed promptly to all parties who would be reasonably expected to have responsive materials.

If you have any questions about this request, please contact Ari Wisch of the Committee staff at 202-225-4527 or ari.wisch@mail.house.gov.

Sincerely,

Virginia Foxx
Virginia Foxx
Chairwoman
Committee on Education and the Workforce

---

[50] For the avoidance of doubt, the Committee is not seeking the application materials of individual applicants and students.

[51] *See generally* U.S. CONST. art. I, § 8, cl. 8; McGrain v. Daugherty, 273 U.S. 135, 174 (1927) (holding that "the power of inquiry—with process to enforce it—is an essential and appropriate auxiliary to the legislative function"); Eastland v. U.S. Servicemen's Fund, 421 U.S. 491, 504 (1975) (holding that "the power to investigate is inherent in the power to make laws"); Barenblatt v. United States, 360 U.S. 109, 111 (1959) (holding that "the scope of power of inquiry … is as penetrating and far-reaching as the potential power to enact and appropriate under the Constitution.").

[52] *Rules of the House of Representatives: One Hundred Eighteenth Congress*, U.S. HOUSE OF REP. 7 (Jan. 10, 2023), https://rules.house.gov/sites/republicans.rules118.house.gov/files/documents/Rules%20and%20Resources/118-House-Rules-Clerk.pdf.

# Exhibit B



MAJORITY MEMBERS:

TIM WALBERG, MICHIGAN, *Chairman*

JOE WILSON, SOUTH CAROLINA
VIRGINIA FOXX, NORTH CAROLINA
GLENN THOMPSON, PENNSYLVANIA
GLENN GROTHMAN, WISCONSIN
ELISE M. STEFANIK, NEW YORK
RICK W. ALLEN, GEORGIA
JAMES COMER, KENTUCKY
BURGESS OWENS, UTAH
LISA C. MCCLAIN, MICHIGAN
MARY E. MILLER, ILLINOIS
JULIA LETLOW, LOUISIANA
KEVIN KILEY, CALIFORNIA
MICHAEL RULLI, OHIO
JAMES C. MOYLAN, GUAM
ROBERT F. ONDER, JR., MISSOURI
RYAN MACKENZIE, PENNSYLVANIA
MICHAEL BAUMGARTNER, WASHINGTON
MARK HARRIS, NORTH CAROLINA
MARK B. MESSMER, INDIANA
RANDY FINE, FLORIDA

## COMMITTEE ON EDUCATION AND WORKFORCE

U.S. HOUSE OF REPRESENTATIVES
2176 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-6100

MINORITY MEMBERS:

ROBERT C. "BOBBY" SCOTT, VIRGINIA, *Ranking Member*

JOE COURTNEY, CONNECTICUT
FREDERICA S. WILSON, FLORIDA
SUZANNE BONAMICI, OREGON
MARK TAKANO, CALIFORNIA
ALMA S. ADAMS, NORTH CAROLINA
MARK DESAULNIER, CALIFORNIA
DONALD NORCROSS, NEW JERSEY
LUCY MCBATH, GEORGIA
JAHANA HAYES, CONNECTICUT
ILHAN OMAR, MINNESOTA
HALEY STEVENS, MICHIGAN
GREG CASAR, TEXAS
SUMMER L. LEE, PENNSYLVANIA
JOHN MANNION, NEW YORK
ADELITA GRIJALVA, ARIZONA

December 11, 2025

Dr. Sally Kornbluth
President
Massachusetts Institute of Technology
77 Massachusetts Avenue
Room 3-208
Cambridge, MA 02139

Dear Dr. Kornbluth:

The Committee on Education and Workforce (Committee) continues to investigate antisemitism at the Massachusetts Institute of Technology (MIT),[1] including whether there was or is a hostile environment against Jewish students on MIT's campus and whether the university is fulfilling its obligation under Title VI of the *Civil Rights Act of 1964* (Title VI) to end any harassment, eliminate any hostile environment and its effects, and prevent any harassment from recurring. This investigation will aid the Committee in considering whether potential legislative changes, including legislation to specifically address antisemitic discrimination, are needed.

In its March 8, 2024, letter to MIT the Committee documented a series of deeply troubling antisemitic incidents at the university. Unfortunately, this hostility appears to have continued throughout 2025.[2] For example, in 2025, students have allegedly continued to distribute "terror maps" demarcating campus buildings linked to Jews and Israelis; in May, MIT students vandalized campus property and threatened Israelis and Jews; and in July, yet another MIT building was vandalized—this time by an aggressive and radical group that also threatened an MIT researcher.[3] Furthermore, an MIT professor allegedly cancelled a research grant from Israel

---

[1] Committee on Education and Workforce, *Oversight Letter to Massachusetts Institute of Technology,* H. COMM. ON EDUCATION AND WORKFORCE, 118th Congress (2024); *Holding Campus Leaders Accountable and Confronting Antisemitism: Hearing Before H. Comm. On Education and Workforce,* 118th Congress 31 (2023).

[2] *See, e.g.*, Am. Compl., *William Sussman, Lior Alon, John Doe and The Louis D. Brandeis Center Coalition to Combat Anti-Semitism v. Massachusetts Institute of Technology and Michel DeGraff*, No. 1:25-cv-11826-RGS (D. Mass. Sept. 17, 2025), ECF No. 17.

[3] *Id.* MIT Coalition for Palestine, which includes MIT Faculty and Staff for Palestine, allegedly distributed these maps. *See* AMCHA Initiative, *Incident Details*, https://amchainitiative.org/search-by-university#university/name2/campus-monitor2/5b4bd8b12d7f5f28788b16b5/view-incident-details5/6806a68017832e02d6270b65/.

in response to pressure from student activists who have pushed the university to support the Boycott, Divestment, and Sanctions (BDS) movement.[4]

The Committee also remains deeply concerned about incidents that occurred in 2023 and 2024, including the harassment of a Jewish PhD student by an MIT professor—a case that MIT's anti-discrimination office allegedly refused to investigate.[5] The same MIT professor made numerous antisemitic online posts, including referring to "mind infections" among Jews.[6] In another deeply concerning incident, an Israeli postdoctoral associate was cornered and harassed by a group chanting death to Israel on MIT grounds.[7] The same individual was allegedly tormented for weeks on end by not only students but also his professor.[8]

As you know, postsecondary institutions that receive federal funds must maintain a safe learning environment and fulfill all obligations under Title VI. Under Title VI, even speech that is protected by the First Amendment may contribute to a hostile environment.[9] Title VI requires colleges to promptly address and eliminate a hostile environment, which could include investigating the incident; condemning the statements made; implementing policy changes such as time, place, and manner restrictions; providing training to combat antisemitism; and other measures.

The below-requested records are critical to the Committee's oversight. Please produce these items no later than December 22, 2025:[10]

1. All documents and communications since October 7, 2023, referring or relating to "antisemitism," "Jews," "Judaism," "Israel," "Palestine," or "Zionism" in the possession of MIT, including the Office of the President, Office of the Provost, Division of Student Life, Institute Community and Equity Office, Office of Human Resources, the Institute Discrimination and Harassment Response Office, or the MIT Corporation.

2. All documents and communications since October 7, 2023, referring or relating to research collaboration with Israel in the possession of MIT.

---

[4] On file with Committee. The cancellation aligns with the BDS movement, which seeks to demonize and delegitimize Israel. *See The Boycott, Divestment and Sanctions Campaign (BDS)*, ADL (2022), https://www.adl.org/resources/backgrounder/boycott-divestment-and-sanctions-campaign-bds; JNS and Israel Hayom Staff, *BDS co-founder says goal of movement is end of Israel,* ISRAEL HAYOM (2020), https://www.israelhayom.com/2020/06/02/bds-co-founder-says-goal-of-movement-is-end-of-israel/.

[5] Compl., *supra* note 2.

[6] *See* Rikki Schlott, *MIT prof accused of harassing Jewish student over Zionist 'mind infection' claim revealed, still listed on staff*, FOX NEWS (July 2, 2025), https://nypost.com/2025/07/02/us-news/mit-prof-accused-of-harassing-jewish-student-over-mind-infection-claim-revealed/.

[7] Compl., *supra* note 2.

[8] *Id.* More broadly, faculty and staff at MIT have issued a "statement blaming Israel for the attack against it by Hamas," posted "photos glorifying Hamas' attack used in social media posts against Israel," and have "supported the rallies on October 13 and November 9; respectively, the "day of action" called for by Hamas, and the anniversary of the Nazi Kristallnacht (The Night of Broken Glass)." *See* David Etlin, *Is Antisemitism One of MIT's Values?*, MIT FACULTY NEWSLETTER (Apr. 2024), https://fnl.mit.edu/april-2024/is-antisemitism-one-of-mits-values/.

[9] *See*, *e.g.*, Andrea Jane Martin, *Balancing Freedom of Expression and Equality on College Campuses in the Wake of Intensified Antisemitism,* 90 BROOK. L. REV. 67 (2024), https://brooklynworks.brooklaw.edu/blr/vol90/iss1/2/.

[10] Please note that we are requesting only those documents that have not been previously provided to the Committee.

3. An updated anonymized chart of all complaints against students, faculty, or staff related to potential antisemitic incidents[11] since October 7, 2023. Please include the date, a description of the incident, the undergraduate or graduate status and school of the alleged perpetrator, the entity or entities responsible for reviewing the case, the disciplinary process or processes being used to review the case, case status, actions taken by MIT to date (including any modification of proposed or imposed discipline), and the standing of the alleged perpetrator (including good standing, suspended, or expelled). Please also identify all instances in which alleged perpetrators were involved in previous disciplinary incidents.

Congress's oversight powers are derived from the U.S. Constitution and have been repeatedly affirmed by the United States Supreme Court. Under House Rule X, the Committee's legislative and oversight jurisdiction is broad, extending to "education . . . generally" and "laws, programs, and Government activities relating to domestic educational programs and institutions and programs of student assistance within the jurisdiction of other committees."[12] This includes enforcement of Title VI and other antidiscrimination laws by the Department of Education.

Should you have any questions please contact Jenna Berger at jenna.berger@mail.house.gov or at 202.225.4527.

Sincerely,

Tim Walberg
Chairman
House Education and Workforce Committee

---

[11] The term "potential antisemitic incidents" should be understood to include any incidents involving the targeting of Jews, Judaism, Israel, Israelis, Zionism, or Zionists, or incidents otherwise identified as antisemitic.
[12] RULES OF THE HOUSE OF REPRESENTATIVES, 119th Cong. at 7, 10 (Jan. 16, 2025), https://rules.house.gov/sites/evo-subsites/rules.house.gov/files/documents/houserules119thupdated.pdf.

# Exhibit C



MAJORITY MEMBERS:

TIM WALBERG, MICHIGAN, *Chairman*

JOE WILSON, SOUTH CAROLINA
VIRGINIA FOXX, NORTH CAROLINA
GLENN THOMPSON, PENNSYLVANIA
GLENN GROTHMAN, WISCONSIN
ELISE M. STEFANIK, NEW YORK
RICK W. ALLEN, GEORGIA
JAMES COMER, KENTUCKY
BURGESS OWENS, UTAH
LISA C. MCCLAIN, MICHIGAN
MARY E. MILLER, ILLINOIS
JULIA LETLOW, LOUISIANA
KEVIN KILEY, CALIFORNIA
MICHAEL RULLI, OHIO
JAMES C. MOYLAN, GUAM
ROBERT F. ONDER, JR., MISSOURI
RYAN MACKENZIE, PENNSYLVANIA
MICHAEL BAUMGARTNER, WASHINGTON
MARK HARRIS, NORTH CAROLINA
MARK B. MESSMER, INDIANA
RANDY FINE, FLORIDA

MINORITY MEMBERS:

ROBERT C. "BOBBY" SCOTT, VIRGINIA,
*Ranking Member*

JOE COURTNEY, CONNECTICUT
FREDERICA S. WILSON, FLORIDA
SUZANNE BONAMICI, OREGON
MARK TAKANO, CALIFORNIA
ALMA S. ADAMS, NORTH CAROLINA
MARK DESAULNIER, CALIFORNIA
DONALD NORCROSS, NEW JERSEY
LUCY MCBATH, GEORGIA
JAHANA HAYES, CONNECTICUT
ILHAN OMAR, MINNESOTA
HALEY STEVENS, MICHIGAN
GREG CASAR, TEXAS
SUMMER L. LEE, PENNSYLVANIA
JOHN MANNION, NEW YORK
ADELITA GRIJALVA, ARIZONA

## COMMITTEE ON EDUCATION AND WORKFORCE
### U.S. HOUSE OF REPRESENTATIVES
2176 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-6100

March 17, 2026

Dr. Sally Kornbluth
President
Massachusetts Institute of Technology
77 Massachusetts Avenue
Room 3-208
Cambridge, MA 02139

Dear President Kornbluth,

The Committee on Education and Workforce (Committee) continues to investigate antisemitism at the Massachusetts Institute of Technology (MIT or Institute). MIT's repeated refusal to adequately respond to the Committee's requests is unacceptable and obstructs Committee oversight and legislative efforts. Therefore, I write to reiterate the Committee's request for certain documents pertaining to antisemitism at the Institute.

On March 8, 2024, then-Committee Chair Virginia Foxx opened an investigation into antisemitism at MIT and requested documents related to certain administrators, faculty, and programs.[1] The Committee cited, among other incidents, alleged antisemitic online activity by MIT Professor of Linguistics Michel DeGraff.[2] Several months later, DeGraff allegedly harassed a Jewish student online and over email, threatening to use the student as a "case study" of what he described as a Zionist "mind infection."[3] In response to the student complaint, MIT's Institute Discrimination and Harassment Response Office (IDHR) concluded that there was not a "sufficient basis to conclude that Prof. DeGraff's decision to use [the student's] social media/email exchanges as a case study was based on [the student's] Jewish identity."[4] The office further stated that DeGraff's claims "relate[] to his views of the Israeli government[.]"[5]

---

[1] Letter from the Hon. Virginia Foxx, Chairwoman, H. Comm. on Educ. & the Workforce, to Dr. Sally Kornbluth, President, Massachusetts Institute of Technology et al. (March 8, 2024) (on file with Comm.).

[2] *Id.*

[3] Kassy Akiva, *'Mind Infection': Meet The MIT Linguistics Professor Who Begged To Teach An Anti-Israel Seminar*, THE DAILY WIRE (November 18, 2024), https://www.dailywire.com/news/mind-infection-meet-the-mit-linguistics-professor-who-begged-to-teach-an-anti-israel-seminar.

[4] *Sussman v. Massachusetts Institute of Technology*, 1:25-cv-11826, (D. Mass. 2025).

[5] *Id.*

As the Committee has repeatedly stated, understanding how and why entities, such as IDHR, make these determinations, and how the Institute's leaders deliberate about and respond to the harassment of Jewish students, is critical to the Committee's legislative efforts related to antisemitism, including potential reforms related to Title VI of the *Civil Rights Act of 1964*. Institutions of higher education are grappling with how to define and respond to antisemitism, including incidents in which Jewish students are targeted or harassed under the guise of antizionism. Nowhere is this clearer than IDHR's determination in the DeGraff case. The documents on this matter that the Committee has received thus far—all of which are publicly available, despite Committee requests—are grossly insufficient for assessing legislative reforms to address antisemitism.

On November 17, 2025, Committee staff emailed MIT following up on the March 8, 2024, letter and subsequent developments. Specifically, the Committee requested the production of "documents and communications referring or relating to these individuals or programs and antisemitism (this could include keywords such as Israel, Palestine, Zionism, etc.) in the possession of the Office of the President, Office of the Provost, Division of Student Life, Institute Community and Equity Office, MIT Human Resources, or IDHR, as per requests #1 and #8."[6] The Committee requested MIT begin by providing "[d]eterminations or decisions by IDHR, MIT Human Resources, or other adjudicative bodies at MIT pertaining to antisemitism complaints against Michel DeGraff," among other documents.[7]

Since that time, MIT has refused to provide the Committee with documents or communications meaningfully responsive to Committee requests. On December 9, 2025, MIT sent the Committee an unhelpful email narrative that shed no light on the Committee's requests instead of providing meaningful documentation.[8] To underscore the importance and urgency of its requests, the Committee sent the Institute a letter and accompanying email on December 11, 2025, specifically requesting "[a]ll documents and communications in the possession of IDHR since October 7, 2023, referring or relating to Michel DeGraff and antisemitism, Jews, Judaism, Israel, Palestine, or Zionism."[9]

Three weeks after the letter's production deadline, the Institute produced three publicly available documents on the matter to the Committee on January 9, 2025.[10] This failure to materially respond raises serious concern about MIT's good faith compliance with the Committee's investigation.[11] Despite this failure, the Committee has repeatedly explained its rationale for its requests to MIT.[12] On January 26, 2026, the Committee further specified its requests to obtain

---

[6] Email from Jenna Berger, Investigative Counsel of the H. Comm. on Educ. & Workforce (Nov 17, 2025, 02:48 PM EST) (on file with the Comm.).

[7] Email from Jenna Berger, Investigative Counsel, H. Comm. on Educ. & Workforce, to Jonathan J. Skladany, Partner, Jenner & Block (Nov 17, 2025, 02:48 PM EST) (on file with the Comm.).

[8] Email from Jonathan J. Skladany, Partner, Jenner & Block, to Jenna Berger, Investigative Counsel, H. Comm. on Educ. & Workforce (Dec 9, 2025 05:13 PM EST) (on file with the Comm.).

[9] Letter from the Hon. Tim Walberg, Chairman, H. Comm. on Educ. & Workforce, to Dr. Sally Kornbluth, President, Massachusetts Institute of Technology (December 11, 2025) (on file with Comm.).

[10] *Sussman v. Massachusetts Institute of Technology*, 1:25-cv-11826, (D. Mass. 2025).

[11] *See* Letter from the Hon. Tim Walberg, Chairman, H. Comm. on Educ. & Workforce, to Dr. Sally Kornbluth, President, Massachusetts Institute of Technology (December 11, 2025) (on file with Comm.).

[12] *E.g.*, Teleconference between Jenna Berger, Investigative Counsel, H. Comm. on Educ. & Workforce, and Jonathan J. Skladany, Partner, Jenner & Block (January 23, 2026 & January 26, 2026).

responsive documents to no avail.[13]

Even as the Committee repeatedly stated it was not seeking publicly available documents, MIT produced selections on February 13, 2026 from publicly available school policies and the IDHR Investigation Guide that did not shed light on the Committee's requests.

MIT has sought to excuse its failure to cooperate by pointing to ongoing litigation against the Institute on the DeGraff matter. However, the Committee is not seeking to adjudicate or participate in disputes between MIT and plaintiffs. Instead, the Committee is seeking to inform legislative efforts to protect Jewish students. The Committee has made clear that it will not share documentation received through the investigation directly with the litigants.[14] The Committee will not wait for litigation against MIT to conclude before receiving crucial information to evaluate potential legislation.[15] Your arguments that Committee oversight will disrupt litigation lack merit and are unsupported by any statutory basis or judicial opinion. Unfortunately, MIT's situation is not unique. Antisemitism at universities has led to significant litigation; failure to vigorously investigate this situation, among many others, would be a serious dereliction of the Committee's oversight duty.

The Committee is reiterating its request for the following non-public documents and communications. If MIT fails to provide these documents, the Committee will pursue the use of compulsory process.

- Documents and communications referring or relating IDHR's determination that there is not "sufficient basis to conclude that Prof. DeGraff's decision to use your social media/email exchanges as a case study was based on your Jewish identity so as to warrant an investigation into protected class discrimination."

- Documents and communications referring or relating to antisemitism and Prof. DeGraff in the possession of IDHR since October 7, 2023, including complaints, email communications about how to proceed, communications with complainants, and any investigative material.

- Documents sufficient to show whether Prof. DeGraff has faced disciplinary action from MIT related to antisemitism since October 7, 2023, and if so, how.

- Documents and communications in the possession of MIT, including the offices of the President, Chancellor, Vice Chancellor for Student Life, Dean of Student Life, Director of IDHR, Provost, Vice Provost for Faculty, and Human Resources, referring or relating to

---

[13] Email from Jenna Berger, Investigative Counsel, H. Comm. on Educ. & Workforce, to Jonathan J. Skladany, Partner, Jenner & Block (Jan 26, 2026, 05:41 PM EST) (on file with the Comm.).

[14] Teleconference between Jenna Berger, Investigative Counsel, H. Comm. on Educ. & Workforce, and Jonathan J. Skladany, Partner, Jenner & Block (January 23, 2026).

[15] *See Hutcheson v. United States,* 369 U.S. 599, 613 (1962) ("'It may be conceded that Congress is without authority to compel disclosures for the purpose of aiding the prosecution of pending suits; but the authority of that body, directly or through its committees, to require pertinent disclosures in aid of its own constitutional power is not abridged because the information sought to be elicited may also be of use in such suits.' ...The pertinency of the observation in *Sinclair* is not lessened by the circumstance that in this instance the state proceeding involved was criminal, rather than civil." (quoting *Sinclair v. United States*, 279 U.S. 263, 295 (1929)).

Prof. DeGraff's emails or tweets (posts on X.com) to or about a Jewish student in November 2024.

Congress's oversight powers are derived from the U.S. Constitution and have been repeatedly affirmed by the United States Supreme Court. Under House Rule X, the Committee's legislative and oversight jurisdiction is broad, extending to "education . . . generally" and "laws, programs, and Government activities relating to domestic educational programs and institutions and programs of student assistance within the jurisdiction of other committees."[16] This includes enforcement of Title VI and other antidiscrimination laws by the Department of Education.

Should you have any questions please contact Jenna Berger at jenna.berger@mail.house.gov or at 202.225.4527.

Sincerely,

Tim Walberg
Chairman
House Education and Workforce Committee

---

[16] RULES OF THE HOUSE OF REPRESENTATIVES, 119th Cong. (2025), at 7, 10, https://rules.house.gov/sites/evo-subsites/rules.house.gov/files/documents/houserules119thupdated.pdf.