# EXHIBIT B



MAJORITY MEMBERS:

VIRGINIA FOXX, NORTH CAROLINA,
*Chairwoman*

JOE WILSON, SOUTH CAROLINA
GLENN THOMPSON, PENNSYLVANIA
TIM WALBERG, MICHIGAN
GLENN GROTHMAN, WISCONSIN
ELISE M. STEFANIK, NEW YORK
RICK W. ALLEN, GEORGIA
JIM BANKS, INDIANA
JAMES COMER, KENTUCKY
LLOYD SMUCKER, PENNSYLVANIA
BURGESS OWENS, UTAH
BOB GOOD, VIRGINIA
LISA C. MCCLAIN, MICHIGAN
MARY E. MILLER, ILLINOIS
MICHELLE STEEL, CALIFORNIA
RON ESTES, KANSAS
JULIA LETLOW, LOUISIANA
KEVIN KILEY, CALIFORNIA
AARON BEAN, FLORIDA
ERIC BURLISON, MISSOURI
NATHANIEL MORAN, TEXAS
JOHN JAMES, MICHIGAN
LORI CHAVEZ-DEREMER, OREGON
BRANDON WILLIAMS, NEW YORK
ERIN HOUCHIN, INDIANA

MINORITY MEMBERS:

ROBERT C. "BOBBY" SCOTT, VIRGINIA,
*Ranking Member*

RAÚL M. GRIJALVA, ARIZONA
JOE COURTNEY, CONNECTICUT
GREGORIO KILILI CAMACHO SABLAN,
NORTHERN MARIANA ISLANDS
FREDERICA S. WILSON, FLORIDA
SUZANNE BONAMICI, OREGON
MARK TAKANO, CALIFORNIA
ALMA S. ADAMS, NORTH CAROLINA
MARK DESAULNIER, CALIFORNIA
DONALD NORCROSS, NEW JERSEY
PRAMILA JAYAPAL, WASHINGTON
SUSAN WILD, PENNSYLVANIA
LUCY MCBATH, GEORGIA
JAHANA HAYES, CONNECTICUT
ILHAN OMAR, MINNESOTA
HALEY M. STEVENS, MICHIGAN
TERESA LEGER FERNÁNDEZ,
NEW MEXICO
KATHY E. MANNING, NORTH CAROLINA
FRANK J. MRVAN, INDIANA
JAMAAL BOWMAN, NEW YORK

# COMMITTEE ON
# EDUCATION AND THE WORKFORCE
## U.S. HOUSE OF REPRESENTATIVES
### 2176 RAYBURN HOUSE OFFICE BUILDING

### WASHINGTON, DC 20515-6100

March 8, 2024

Dr. Sally Kornbluth
President
Massachusetts Institute of Technology
77 Massachusetts Avenue
Room 3-208
Cambridge, MA 02139

Mr. Mark P. Gorenberg
Chair of the Corporation
The MIT Corporation
77 Massachusetts Avenue
Room 7-203
Cambridge, MA 02139

Dear Dr. Kornbluth and Mr. Gorenberg:

The Committee on Education and the Workforce (the Committee) is investigating the Massachusetts Institute of Technology's (MIT or the Institute) response to antisemitism and its failure to protect Jewish students. We have grave concerns regarding the inadequacy of MIT's response to antisemitism on its campus.

In testimony before the Committee on December 5, 2023, Dr. Kornbluth made numerous statements that further called into question the Institute's willingness to address antisemitism seriously, including failing to state unequivocally that calling for the genocide of Jews would violate MIT's code of conduct and community standards.[1] Despite widespread public criticism of Dr. Kornbluth's testimony, the MIT Corporation issued an endorsement, writing that Dr. Kornbluth "has done excellent work in leading our community, including in addressing

---

[1] *Holding Campus Leaders Accountable and Confronting Antisemitism: Hearing Before the H. Comm. on Education. and the Workforce*, 118th Cong. (2023) (statement of Sally Kornbluth, President, Mass. Inst. Tech).

Dr. Sally Kornbluth and Mr. Mark Gorenberg
March 8, 2024
Page 2 of 12

antisemitism, Islamophobia, and other forms of hate, all of which we reject utterly at MIT. She has our full and unreserved support."[2]

The MIT Corporation's assessment stands at odds with the experiences of many Jewish MIT students. A survey of 75 Jewish students found that 59 percent had experienced antisemitism since October 7, and 73 percent did not feel comfortable publicly being Jewish, Israeli, or supportive of Israel on MIT's campus.[3] Further, 70 percent had changed their behavior (such as no longer wearing a kippah or Star of David) to minimize attention from antisemitic and anti-Israel individuals.[4] While 89 percent of Jewish MIT students surveyed felt "very safe" on campus pre-October 7, only 11 percent did following the attacks.[5] When asked to rate whether "the MIT administration's actions have been adequate to help you feel safer on MIT's campus" on a scale of one (not at all) to five (completely), 74 percent of students chose one or two.[6]

In a December 2023 statement to the Committee, MIT Israel Alliance President Talia Khan decried the MIT administration's response to campus antisemitism, writing, "President Kornbluth has watched as violent hatred infects, in broad daylight, an institution which is looked to as a beacon of enlightenment. This failure by the MIT administration to protect Jewish students must not be regarded simply as inaction, but rather as a feckless, cowardly, hypocritical, and entirely deliberate choice to remain silent."[7] Khan further stated that Kornbluth told her directly in a private meeting that she could not apply MIT's rules equally due to fears of losing faculty support.[8] That same month, MIT Lecturer Mauricio Karchmer, who taught over 65 percent of each annual MIT undergraduate class in his Introduction to Algorithms course, resigned because he "could no longer deal with the pervasive antisemitism on MIT's campus," also citing the failure of MIT's leadership to address this epidemic of hatred and protect Jewish students, faculty, and staff.[9]

This pervasive antisemitism is exemplified by numerous deeply troubling incidents and developments at MIT, including the following:

- MIT's leadership has failed to condemn anti-Israel campus groups' endorsement of Hamas' terrorism against Israel. The day after the October 7, 2023, terrorist attack, Palestine @ MIT and MIT Coalition Against Apartheid (CAA) issued a statement that they "hold the Israeli regime responsible for all unfolding violence" and "affirm the right

---

[2] Letter from Mark Gorenberg, Chair, MIT Corp., to MIT Community (Dec. 7, 2023), https://orgchart.mit.edu/letters/our-support-our-president.
[3] MIT Israel Alliance, Antisemitism at MIT at 25, https://docs.google.com/presentation/d/1ajHwIdMaSbTKtXOgQAgagVtHzvajhkqPt307GbHnUak/edit#slide=id.g2a0e7a894d0_2_8.
[4] Id.
[5] Id. at 24.
[6] MIT Israel Alliance, supra note 3.
[7] Statement, Talia Khan, President, MIT Israel Alliance (Dec. 5, 2023), https://www.congress.gov/118/meeting/house/116625/documents/HHRG-118-ED00-20231205-SD003.pdf.
[8] Id.
[9] Mauricio Karchmer, Why I Quit My Dream Job at MIT, THE FREE PRESS (JAN. 9, 2024), https://www.thefp.com/p/resigned-mit-october-7-antisemitism.

Dr. Sally Kornbluth and Mr. Mark Gorenberg
March 8, 2024
Page 3 of 12

of all occupied peoples to resist oppression and colonization." [10]

- An advisory group of Jewish faculty members for MIT's Standing Together Against Hate (STAH) initiative disbanded following STAH's announcement of a lecture series including an antisemitic speaker, noting in a statement that they "had no input to the published program" and were not given the opportunity to review it in advance.[11] MIT launched STAH, led by Chancellor Melissa Nobles, with the stated aim of addressing antisemitism and other forms of hate.[12] As part of a STAH Dialogue Across Differences speaker series, MIT invited Dalia Mogahed, who has endorsed Hamas' terrorist attack on Israel, to lecture on Islamophobia. Mogahed wrote that "resistance, including struggle against a colonial occupation force, is not only acknowledged under international law but explicitly endorsed" and that [a]s an occupied population, Palestinians inherently possess the right to resist."[13] The four-lecture series consists of two lectures on Islamophobia and anti-Palestinian racism respectively, but only one on antisemitism.

- CAA has disrupted classes, harassed Jewish students, promoted violence, and violated other MIT rules in the course of conducting anti-Israel demonstrations and other activities including:

  o On October 23, 2023, CAA staged a class walkout in which members disrupted multiple courses, including Linear Algebra and Introduction to Solid-State Chemistry among others, with chants of "Free Palestine" inside classrooms mid-lecture.[14]

  o On November 2, 2023, CAA entered the MIT International Science and Technology Initiatives (MISTI) office to protest the MISTI-Israel program, harassing staff and using a megaphone to chant hateful slogans, including "from the river to the sea."[15]

---

[10] Statement, MIT Coalition Against Apartheid (Oct. 8, 2023), https://caa.mit.edu/blog/2023/10/8/statement/.

[11] Alec Schemmel, *MIT Leaders Assembled a Faculty Advisory Group on Campus Anti-Semitism. Then They Ignored It.,* THE WASHINGTON FREE BEACON (Feb. 14, 2024), https://freebeacon.com/campus/mit-leaders-assembled-a-faculty-advisory-group-on-campus-anti-semitism-then-they-ignored-it/.

[12] Press Release, MIT News, 3 Questions: Melissa Nobles on combating antisemitism and Islamophobia (Dec. 4, 2023), https://news.mit.edu/2023/3q-melissa-nobles-combating-antisemitism-and-islamophobia-1204.

[13] Alec Schemmel, *Speaker at MIT's 'Standing Together Against Hate' Event Endorsed Hamas Terrorism as Lawful 'Resistance,'* THE WASHINGTON FREE BEACON (FEB. 5, 2024), https://freebeacon.com/campus/speaker-at-mits-standing-together-against-hate-event-endorsed-hamas-terrorism-as-lawful-resistance/.

[14] Video: 3.091 Lecture Interruption (2023), https://drive.google.com/file/d/1rQOO59PALPjIKH6Nst6joafbJs1M1Civ; Video: 18.06 Lecture Interruption (2023), https://drive.google.com/file/d/1Rvk_gLmR04UwsUZPWZeIC0b6QpBKQFlf.

[15] Video: Antisemitism at MIT (2023), https://docs.google.com/presentation/d/1ajHwIdMaSbTKtXOgQAgagVtHzvajhkqPt307GbHnUak/edit#slide=id.g29e4ba5bf69_0_61.

Dr. Sally Kornbluth and Mr. Mark Gorenberg
March 8, 2024
Page 4 of 12

- o On November 9, 2023, the 85th anniversary of the Kristallnacht pogrom, CAA conducted a blockade of Lobby 7, the lobby of MIT's main entrance, physically preventing students from attending classes.[16] MIT Hillel described the protest as being "in clear violation of MIT policy against indoor protesting and actively prevent[ing] students from having a safe and peaceful learning environment on campus" and recommended Jewish students avoid engaging protestors for their own "physical safety and wellbeing."[17] Indeed, an anti-Israel protestor shoved a Jewish student during the blockade.[18] While MIT officials warned student protestors they would be suspended if they did not disperse, offending students ultimately received only "non-academic suspensions" that allowed them to continue their studies, with President Kornbluth citing potential visa consequences for foreign students as a reason for the weaker punishment.[19] After the incident, a social media post, tagging MIT, offered an $800 bounty for identifying a Jewish student labeled as a "Zionist extremist" who was involved in an altercation at the blockade.[20]

- o On November 12, 2023, CAA co-sponsored a protest which blocked Massachusetts Avenue, a primary route to MIT on which its main entrance is located, and entrances to Lobby 7, while the protestors were chanting hateful slogans such as "there is only one solution: Intifada" and making statements including "we have to shake history with our own two hands" and "resistance requires sacrifice."[21]

- o On February 12, 2024, CAA conducted another protest in Lobby 7 in violation of multiple MIT rules, engaging in hateful chants including "from the river to the sea."[22]

---

[16] Patrick Reilly, *Jewish students at MIT blocked from attending classes by 'hostile' anti-Israel protesters,* N.Y. POST (Nov. 10, 2023), https://nypost.com/2023/11/10/news/jewish-students-at-mit-blocked-from-attending-classes-by-hostile-anti-israel-protesters/.

[17] CAA Timeline, at 5 (2023), https://docs.google.com/document/d/1k9jb5KSSZbzpAui5QdeUm9CM2bO_zMZNdDr1i7gG_3I/edit

[18] Video: CAA Blockade (2023), https://drive.google.com/file/d/1GurWhicLPH1RWU2tA7oc3Z4p_RiCOHjh/view?usp=drive_link.

[19] Joseph Simonson, *Wary of Deportation, Elite Colleges Won't Expel Anti-Semitic Foreign Students,* THE WASHINGTON FREE BEACON (Nov. 27, 2023), https://freebeacon.com/campus/wary-of-deportation-elite-colleges-wont-expel-anti-semitic-foreign-students/.

[20] SZH (@StopZionistHate), TWITTER (Nov. 10, 2023, 7:30 PM), https://twitter.com/StopZionistHate/status/1723136107905208681.

[21] CAA Timeline, at 4 (2023), https://docs.google.com/document/d/1k9jb5KSSZbzpAui5QdeUm9CM2bO_zMZNdDr1i7gG_3I; CAA Timeline, at 12 (2023), Detailed description of key events affecting the Jewish and Israeli Community at MIT, at 12 (2024), https://mit.co1.qualtrics.com/CP/File.php?F=F_3dEKqVIfYlDJ5um.

[22] Stop Antisemitism (@StopAntisemites), TWITTER (Feb. 13, 2024, 9:01 AM), https://x.com/stopantisemites/status/1757404628591739027; Retsef Levi (@RetsefL), TWITTER (Feb. 12, 2024, 8:11 PM), https://x.com/retsefl/status/1757210823225725119.

Dr. Sally Kornbluth and Mr. Mark Gorenberg
March 8, 2024
Page 5 of 12

- According to MIT Hillel, the Institute's Jewish campus center, on December 4, 2023, "an individual from outside the MIT community gained entry to [the MIT Hillel building] and verbally yelled at students in the Hillel Lounge, accusing them of being Mossad and electronically removing data from his phone; after he left the building he stuck up his middle finger from outside the window." [23] The individual returned to MIT Hillel on December 6 and, "while unable to enter the building, he then proceeded to urinate at the window; one of the students present confronted him outside and again unclear claims about the Mossad were made."[24]

- Multiple MIT faculty and staff have made antisemitic remarks and justified Palestinian terrorism, including:

  o MIT Postdoctoral Associate Afif Aqrawabi has made numerous virulently antisemitic statements on social media, including: "Zionism is a mental illness,"[25] "[d]ear ZioNazis of Israel, particularly those supporting this genocide, I hope you never find peace and comfort in life…You are all barbaric lunatics…Yes, this is hateful language"[26]; "it is more clear than ever that Israel has no future in this world"[27]; "Zionists not only steal our lands, food, and culture, but our dead bodies as well for organ harvesting"[28]; "[t]here's no need for such evil to infect our world, for what?! So that Israeli's [sic] can continue to consider themselves God's chosen people, supreme to the rest, and deserving of your tax money to fund their lifestyle?!"[29]; "[d]on't be afraid of these Zionist cucks! They bark loudly but are the weakest among us"[30]; "ironically, here I am believing that Zionist Israelis are Jewish fundamentalists who want to enslave the world in a global Apartheid system"[31]; and "[e]ven the richest man in the world was seen bending his knee to their prime minister just yesterday. Sorry, am I sounding antisemitic?"[32] He has also denied well-documented reports of sexual violence by Hamas terrorists against Israeli women, dismissing them as "perverted rape fantasies."[33]

  o The MIT faculty member serving as Associate Department Head for Diversity, Equity, Inclusion, and Justice (DEIJ) for Aqrabawi's department responded to a

---

[23] MIT Israel Alliance, *supra* note 3 at 20.
[24] *Id.*
[25] Afif Aqrabawi (@AjAqrabawi), TWITTER (Nov. 18, 2023, 12:31 PM), https://x.com/ajaqrabawi/status/1725929763166973967.
[26] *Afif Aqrabawi,* CANARY MISSION, https://canarymission.org/professor/Afif_Aqrabawi.
[27] *Id.*
[28] Daniel Cohen (@DanielTheCohen), TWITTER (Jan. 13, 2024, 4:21 PM), https://x.com/captain_bluesky/status/1746281246127526048.
[29] Afif Aqrabawi (@AjAqrabawi), TWITTER (Nov. 1, 2023, 10:34 PM), https://twitter.com/AjAqrabawi/status/1719905827711025341.
[30] *Id.*
[31] Afif Aqrabawi (@AjAqrabawi), TWITTER (Nov. 28, 2023, 6:44 AM), https://twitter.com/AjAqrabawi/status/1729466215029002601.
[32] *Id.*
[33] Zev Ben Meir (@ZevBenMeirBC), TWITTER (Feb. 3, 2024, 3:52 PM), https://twitter.com/zevbenmeirbc/status/1753884212682539455.

Dr. Sally Kornbluth and Mr. Mark Gorenberg
March 8, 2024
Page 6 of 12

> complaint regarding Aqrawabi's antisemitic social media posts by denying their blatantly antisemitic nature. The DEIJ representative warned the complainant, "I would be very cautious before accusing any one of our colleagues, staff, or trainees of hate speech" and chastised the complainant for identifying it as a classic blood libel trope.[34]
>
> o   MIT Professor of Linguistics Michel DeGraff made multiple antisemitic, anti-Israel social media posts, writing, "[h]ere's the historical context of GENOCIDE in [Palestine]: Zionism [Israel] is a racist anti-Judaism movement fueling antisemitism from the river to the sea, from Gaza to @MIT"[35] and "Baby Jesus (a Palestinian Jew) is under the rubble of Israel's Zionist violence, so Christmas in Bethlehem has been cancelled."[36] DeGraff also authored an anti-Israel MIT Faculty Newsletter titled, "Standing Together Against Hate: From the River to the Sea, From Gaza to MIT."[37]
>
> o   MIT's Women and Gender Studies Program, Libraries, Center for International Studies, and Anthropology Department co-hosted an event called "Allyship, Art, and Apartheid: A Conversation with Palestinian Activists," in which one of the speakers was the notorious antisemitic writer Mohammed El-Kurd, who has accused Zionists of having "an unquenchable thirst for Palestinian blood."[38]
>
> o   MIT's Women and Gender Studies Program co-hosted an Independent Activities Period book club with MIT's Coalition for Palestine, reading "They Called Me a Lioness" by Ahed Tamimi, a radical Palestinian activist who threatened Jewish settlers in a social media post, writing, "[w]e will slaughter you and you will say that what Hitler did to you was a joke, we will drink your blood and eat your

---

[34] MIT Israel Alliance, *supra* note 3 at 15; ; *Unfounded Claims of "Organ Harvesting" Reignite Embers of Decades-Old Hospital Scandal and Centuries-Old Trope*, ANTI-DEFAMATION LEAGUE (Dec. 29, 2023), https://www.adl.org/resources/blog/unfounded-claims-organ-harvesting-reignite-embers-decades-old-hospital-scandal-and ("[l]ongstanding accusations of Israeli organ harvesting have reemerged in the aftermath of the October 7 massacres. This conspiracy theory plays on the blood libel trope, which dates to the Middle Ages and alleges that Jews use the blood of Christian children to bake their Passover bread. In the current Israeli-Palestinian context, organs are substituted for blood, and in some cases, activists are alleging that Israel purposefully kills Palestinians to harvest their organs.").

[35] Michel DeGraff (@MichelDeGraff), TWITTER (Nov. 25, 2023, 11:27 AM), https://twitter.com/micheldegraff/status/1728450397122048472.

[36] Michel DeGraff (@MichelDeGraff), TWITTER (Dec. 26, 2023, 1:20 PM). https://x.com/micheldegraff/status/1739712736269885944.

[37] Michel DeGraff, *Standing Together Against Hate,* MIT FACULTY NEWSLETTER (Nov. 2023), https://fnl.mit.edu/november-december-2023/standing-together-against-hate-from-the-river-to-the-sea-from-gaza-to-mit/.

[38] *Mohammed El-Kurd*, ANTI-DEFAMATION LEAGUE (Dec. 16, 2021), https://www.adl.org/resources/backgrounder/mohammed-el-kurd.

Dr. Sally Kornbluth and Mr. Mark Gorenberg
March 8, 2024
Page 7 of 12

skulls" and was separately jailed for assaulting an Israeli soldier.[39]

- o According to the MIT Israel Alliance, at a November 15, 2023, event titled "Planetary Health: Indigenous Land, Peoples, and Bodies," MIT Interfaith Chaplain Nina Lytton repeatedly stated that Palestinians are being "wrongfully subjugated and oppressed by racist white European colonizers."[40]

- o MIT Diversity, Equity, Inclusion, and Belonging officer Sophia Hasenfus liked extreme anti-Israel social media posts, including one stating "Israel doesn't have a right to exist, it's an illegitimate settler-colony like the US."[41]

Amid heightened scrutiny of the proliferation of antisemitism on its campus, MIT eventually suspended CAA for violating the Institute's rules on February 13, 2024.[42] However, MIT appears not to be enforcing this suspension. CAA has continued to staff a table in campus areas designated for student organizations in violation of its suspension.[43] Moreover, MIT honored a CAA student activist who had publicly supported Hamas' October 7 attack with a speaking role at a February 17 MLK Celebration Gala. The CAA student activist then used his speech to invite attendees to the stage and conduct an anti-Israel protest at the Gala as President Kornbluth looked on in silence.[44] On March 3, CAA members and supporters again staged a protest blocking MIT's main entrance and chanting hateful slogans including, "long live the Intifada."[45]

MIT has cited its supposed commitment to free speech as limiting its ability to take action against antisemitism on its campus.[46] However, the Institute has demonstrated a clear double standard in how it has tolerated antisemitic harassment and intimidation by acting to suppress and penalize expression it deemed problematic. In October 2021, MIT's Earth and Planetary Sciences Department cancelled University of Chicago geophysicist Dorian Abbott's planned John Carlson Lecture over Abbott's views on diversity, equity, and inclusion.[47] Former U.S. Secretary of State Mike Pompeo has alleged that MIT also cancelled a planned speech on China

---

[39] TOI Staff & Jeremy Sharon, *Palestinian protest icon Ahed Tamimi arrested for calling to 'slaughter' settlers,* THE TIMES OF ISRAEL (Nov. 6, 2023), https://www.timesofisrael.com/palestinian-protest-icon-ahed-tamimi-arrested-for-calling-to-slaughter-settlers/.

[40] Khan, *supra* note 7; MIT Israel Alliance, *supra* note 3 at 16.

[41] Bethany S. Mandel (@Bethanyshondark), TWITTER (Oct. 24, 2023, 10:57 AM), https://x.com/bethanyshondark/status/1716831271178117599.

[42] Sally Kornbluth, Video transcript: Actions related to a student organization (Feb. 13, 2024), https://president.mit.edu/writing-speeches/video-transcript-actions-related-student-organization.

[43] Retsef Levi (@RetsefL), TWITTER (Mar. 1, 2024, 12:59 PM), https://x.com/retsefl/status/1763625245494456775?s=46.

[44] Retsef Levi (@RetsefL), TWITTER (Feb. 23, 2024, 5:05 PM), https://twitter.com/retsefl/status/1761150246674215243?s=48&t=1I_MeBFvcZ3hej-awq9qdg; Michel DeGraff (@micheldegraff), INSTAGRAM (Feb. 20, 2024),https://www.instagram.com/reel/C3l8bQpN5JA/; Black Alliance for Peace, *BAP's Austin Cole at "Stop the Genocide: MIT Emergency Rally,"* YOUTUBE (Nov. 10, 2023), https://www.youtube.com/watch?v=8hvH_7WTlAA&t=332s.

[45] StopZionistHate, *supra* note 20.

[46] Kornbluth, *supra* note 1.

[47] Kylee Carden, *EAPS department annual Carlson Lecture canceled over speaker Dorian Abbot's comments on DEI,* THE TECH (Oct. 14, 2021), https://thetech.com/2021/10/14/carlson-lecture-cancellation.

Dr. Sally Kornbluth and Mr. Mark Gorenberg
March 8, 2024
Page 8 of 12

when he was Secretary. Pompeo states that MIT's then-President told him directly that the speech could not proceed due to the risk of offending Chinese students.[48]

MIT students have reported similar double standards in the enforcement of Institute rules. Khan states that six days after she placed Israeli flags and posters that said "No Excuse for Hate" and "We Stand With Israel" in her office, the Institute created a new banner rule and she was forced to take them down. However, other banners in office windows, including ones stating "Black Lives Matter," have been allowed to remain.[49]

MIT's hypocrisy and selective enforcement of Institute rules, as outlined above, exposes the intellectual and moral bankruptcy of its leadership's rationalizations for their inaction towards antisemitism on campus.

To assist the Committee in understanding antisemitism at MIT and its response, please produce the following items no later than 5:00 PM EST on March 22, 2024:

1. All reports of antisemitic acts or incidents and related documents and communications since January 1, 2021, including but not limited to all reports of antisemitic acts, incidents, or discrimination made to the following:

   a. The Office of the President;

   b. The Office of the General Counsel;

   c. The Office of the Provost;

   d. The Division of Student Life;

   e. The Institute Discrimination & Harassment Response Office (IDHR);

   f. Any MIT offices focused on diversity, equity, and inclusion, including but not limited to the Institute Community and Equity Office; MIT Sloan Office of Diversity, Equity, and Inclusion; Office of Graduate Education GradDiversity; Office of Minority Education, and any departmental DEI components;

   g. MIT Police;

   h. Any hotlines, inboxes, or other mechanisms that collect reports of bias, discrimination, and harassment; and

---

[48] Douglas Murray, *The Mike Pompeo speech on China's influence on US universities that MIT killed*, N.Y. POST (Jan. 26, 2023), https://nypost.com/2023/01/26/the-mike-pompeo-speech-on-chinas-influence-on-us-universities-that-mit-killed/.

[49] Khan, *supra* note 7.

Dr. Sally Kornbluth and Mr. Mark Gorenberg
March 8, 2024
Page 9 of 12

      i.  MIT Human Resources.

2. All documents containing MIT disciplinary, academic, personnel, administrative, or other processes through which allegations of hate crimes, discrimination, bias, or harassment are responded to, including but not limited to, any written policies, procedures, guidance, handbooks, rubrics, and/or tables of penalties. Please also identify the offices, individuals, boards, and/or bodies that are responsible for evaluating and/or determining such responses, including the composition of any offices, boards, or bodies;

3. Documents sufficient to show MIT's policies and procedures that ensure and preserve access to safe and uninterrupted learning environments and respond to and address reported violations, including through law enforcement, investigative, and disciplinary processes. Please also identify the offices, individuals, boards, and/or bodies that are responsible for evaluating and/or determining such responses, including the composition of any offices, boards, or bodies;

4. All documents referring or relating to the findings and results of any disciplinary processes, changes in academic status, or personnel actions by MIT toward MIT students, faculty, staff, and other MIT affiliates related to conduct involving the targeting of Jews, Israelis, Israel, Zionists, or Zionism since January 1, 2021;

5. All documents referring or relating to the findings and results of any disciplinary processes or changes in status by MIT toward MIT student organizations related to conduct involving Jews, Israelis, Israel, Zionists, or Zionism since January 1, 2021, including but not limited to the MIT Coalition Against Apartheid, MIT Coalition for Palestine, Palestine @ MIT, and Reading for Revolution;

6. All documents and communications relating to or reflecting sources of funding for MIT Coalition Against Apartheid, MIT Coalition for Palestine, Palestine @ MIT, and Reading for Revolution, including but not limited to university, departmental, faculty, and student organization funds, as well as foreign donations;

7. All findings and results of any disciplinary processes, changes in academic status, or personnel actions by MIT toward MIT students, faculty, staff, student organizations, and other MIT affiliates as a result of the following:

    a.  Allegations of hate crimes, discrimination, bias, or harassment on the basis of religion, race, ethnicity, national origin, sex, sexual orientation, gender identity, and disability at MIT since January 1, 2021; and

    b.  Reports of denial or disruption of access to safe and uninterrupted learning environments at MIT since January 1, 2021.

8. All documents and communications since January 1, 2021, referring and relating to antisemitism, involving the Office of the President, Office of the Provost, Division of

Dr. Sally Kornbluth and Mr. Mark Gorenberg
March 8, 2024
Page 10 of 12

Student Life, Institute Community and Equity Office, and/or MIT Police;

9. All MIT Corporation meeting minutes and/or summaries, whether formal or informal, including minutes of meetings of any components, such as committees, executive committees, subcommittees, and/or task forces, since October 7, 2023;

10. All documents and communications since January 1, 2021, referring and relating to antisemitism and/or Israel involving the MIT Corporation (including all members and/or officers);

11. All documents and communications referring and relating to Standing Together Against Hate;

12. All documents and communications, including, but not limited to those involving the Office of the President, Office of the Provost, Department of Public Safety, MIT's undergraduate and graduate/professional schools, MIT Human Resources, and/or any other entities responsible for investigating and determining consequences for misconduct and violations of university standards, referring and relating to:

    a. The activities of the MIT Coalition Against Apartheid, MIT Coalition for Palestine, and Palestine @ MIT since October 7, 2023;

    b. Posts by MIT students, faculty, staff, and other MIT affiliates on social media platforms targeting Jews, Israelis, Israel, Zionists, or Zionism;

    c. Anti-Israel protests at MIT since October 7, 2023, and any assaults, harassment, and other disruptions to education and student life related to them, including but not limited to the October 23, 2023; November 2, 2023; November 9, 2023; November 12, 2023; and February 12, 2024 protests;

    d. The December 4 and December 6, 2023, incidents in which an individual harassed students at MIT Hillel and urinated on the Hillel building; and

    e. Allegations of antisemitic conduct and/or discrimination against Jewish or Israeli MIT students since October 7, 2023.

13. All documents and communications, including but not limited to those involving the Office of the President, Office of the Provost, undergraduate and graduate/professional school administrations, and/or any academic departments, programs, and centers, referring or relating to any efforts by MIT students (including the MIT Graduate Student Union), faculty, and staff to engage in the Boycott, Divestment, and Sanctions movement against Israel since January 1, 2021, and communications by MIT administrators relating to such efforts;

Dr. Sally Kornbluth and Mr. Mark Gorenberg
March 8, 2024
Page 11 of 12

14. All products of diversity, equity, and inclusion offices and programs, and similar offices and programs from any MIT components, since January 1, 2023, relating to Jews and/or antisemitism, including but not limited to reports, publications, presentations, personal or professional development materials, guidance, and other related materials;

15. Documents sufficient to show the mandate, size, budget, agenda, and performance metrics of all diversity, equity, and inclusion offices and programs, IDHR, and/or any similar offices and programs from any MIT components, including documents sufficient to show any updates to the mandate, size, budget, agenda, or performance metrics of such offices since October 7, 2023;

16. All MIT policies concerning the acceptance and rejection of donations from foreign sources, including MIT policies concerning:

    a.  faculty and staff receiving and disclosing donations and funding from foreign sources; and

    b.  donations and funding from foreign sources being directed toward academic departments, programs, and centers.

17. Documents sufficient to show:

    a.  The annual total amount of foreign donations and funding (including but not limited to governmental bodies, nongovernmental organizations, and private individuals) to MIT since January 1, 2021, by country;

    b.  All foreign donations and funding (including but not limited to governmental bodies, nongovernmental organizations, and private individuals) to MIT of $50,000 or more since January 1, 2021. Please identify the amount, donor, and use;

    c.  All donations and funding to MIT from Qatari sources (including but not limited to the Qatar Foundation, governmental bodies, nongovernmental organizations whether incorporated in Qatar or elsewhere, and private individuals) since January 1, 2021, including the amount, donor, and use; and

    d.  All MIT faculty positions or programs/centers as of October 7, 2023, endowed by foreign governments and entities, including the faculty position or program/center, foreign government/entity, and amount donated.

18. All documents and communications involving the Office of the President, the Office of the Provost, dean's offices at each of MIT's undergraduate and graduate/professional schools, MIT's undergraduate Office of Admissions and each admissions unit of MIT's graduate/professional schools, and the MIT Board of Trustees since January 1, 2013,

Dr. Sally Kornbluth and Mr. Mark Gorenberg
March 8, 2024
Page 12 of 12

relating to recruitment, admission, enrollment, and retention of Jewish students.[50]

Congress' oversight powers are derived from the U.S. Constitution and have been repeatedly affirmed by the United States Supreme Court.[51] Under House Rule X, the Committee has legislative and oversight jurisdiction over "education or labor generally."[52]

Please see the attached instructions for relevant definitions and other directions for the production of documents. This request encompasses responsive materials in the possession of not only MIT faculty, staff, students, and other affiliates, but also individual members of the MIT Corporation. The request also extends to any informal communications such as text or other electronic messages. We expect that this request will be conveyed promptly to all parties who would be reasonably expected to have responsive materials.

If you have any questions about this request, please contact Ari Wisch of the Committee staff at 202-225-4527 or ari.wisch@mail.house.gov.

Sincerely,

Virginia Foxx
Chairwoman
Committee on Education and the Workforce

---

[50] For the avoidance of doubt, the Committee is not seeking the application materials of individual applicants and students.

[51] *See generally* U.S. CONST. art. I, § 8, cl. 8; McGrain v. Daugherty, 273 U.S. 135, 174 (1927) (holding that "the power of inquiry—with process to enforce it—is an essential and appropriate auxiliary to the legislative function"); Eastland v. U.S. Servicemen's Fund, 421 U.S. 491, 504 (1975) (holding that "the power to investigate is inherent in the power to make laws"); Barenblatt v. United States, 360 U.S. 109, 111 (1959) (holding that "the scope of power of inquiry … is as penetrating and far-reaching as the potential power to enact and appropriate under the Constitution.").

[52] *Rules of the House of Representatives: One Hundred Eighteenth Congress*, U.S. HOUSE OF REP. 7 (Jan. 10, 2023), https://rules.house.gov/sites/republicans.rules118.house.gov/files/documents/Rules%20and%20Resources/118-House-Rules-Clerk.pdf.