# EXHIBIT C



MAJORITY MEMBERS:

TIM WALBERG, MICHIGAN, *Chairman*

JOE WILSON, SOUTH CAROLINA
VIRGINIA FOXX, NORTH CAROLINA
GLENN THOMPSON, PENNSYLVANIA
GLENN GROTHMAN, WISCONSIN
ELISE M. STEFANIK, NEW YORK
RICK W. ALLEN, GEORGIA
JAMES COMER, KENTUCKY
BURGESS OWENS, UTAH
LISA C. MCCLAIN, MICHIGAN
MARY E. MILLER, ILLINOIS
JULIA LETLOW, LOUISIANA
KEVIN KILEY, CALIFORNIA
MICHAEL RULLI, OHIO
JAMES C. MOYLAN, GUAM
ROBERT F. ONDER, JR., MISSOURI
RYAN MACKENZIE, PENNSYLVANIA
MICHAEL BAUMGARTNER, WASHINGTON
MARK HARRIS, NORTH CAROLINA
MARK B. MESSMER, INDIANA
RANDY FINE, FLORIDA

## COMMITTEE ON
## EDUCATION AND WORKFORCE
U.S. HOUSE OF REPRESENTATIVES
2176 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-6100

MINORITY MEMBERS:

ROBERT C. "BOBBY" SCOTT, VIRGINIA,
*Ranking Member*

JOE COURTNEY, CONNECTICUT
FREDERICA S. WILSON, FLORIDA
SUZANNE BONAMICI, OREGON
MARK TAKANO, CALIFORNIA
ALMA S. ADAMS, NORTH CAROLINA
MARK DESAULNIER, CALIFORNIA
DONALD NORCROSS, NEW JERSEY
LUCY MCBATH, GEORGIA
JAHANA HAYES, CONNECTICUT
ILHAN OMAR, MINNESOTA
HALEY STEVENS, MICHIGAN
GREG CASAR, TEXAS
SUMMER L. LEE, PENNSYLVANIA
JOHN MANNION, NEW YORK
ADELITA GRIJALVA, ARIZONA

December 11, 2025

Dr. Sally Kornbluth
President
Massachusetts Institute of Technology
77 Massachusetts Avenue
Room 3-208
Cambridge, MA 02139

Dear Dr. Kornbluth:

The Committee on Education and Workforce (Committee) continues to investigate antisemitism at the Massachusetts Institute of Technology (MIT),[1] including whether there was or is a hostile environment against Jewish students on MIT's campus and whether the university is fulfilling its obligation under Title VI of the *Civil Rights Act of 1964* (Title VI) to end any harassment, eliminate any hostile environment and its effects, and prevent any harassment from recurring. This investigation will aid the Committee in considering whether potential legislative changes, including legislation to specifically address antisemitic discrimination, are needed.

In its March 8, 2024, letter to MIT the Committee documented a series of deeply troubling antisemitic incidents at the university. Unfortunately, this hostility appears to have continued throughout 2025.[2] For example, in 2025, students have allegedly continued to distribute "terror maps" demarcating campus buildings linked to Jews and Israelis; in May, MIT students vandalized campus property and threatened Israelis and Jews; and in July, yet another MIT building was vandalized—this time by an aggressive and radical group that also threatened an MIT researcher.[3] Furthermore, an MIT professor allegedly cancelled a research grant from Israel

---

[1] Committee on Education and Workforce, *Oversight Letter to Massachusetts Institute of Technology,* H. COMM. ON EDUCATION AND WORKFORCE, 118th Congress (2024); *Holding Campus Leaders Accountable and Confronting Antisemitism: Hearing Before H. Comm. On Education and Workforce,* 118th Congress 31 (2023).

[2] *See, e.g.*, Am. Compl., *William Sussman, Lior Alon, John Doe and The Louis D. Brandeis Center Coalition to Combat Anti-Semitism v. Massachusetts Institute of Technology and Michel DeGraff*, No. 1:25-cv-11826-RGS (D. Mass. Sept. 17, 2025), ECF No. 17.

[3] *Id.* MIT Coalition for Palestine, which includes MIT Faculty and Staff for Palestine, allegedly distributed these maps. *See* AMCHA Initiative, *Incident Details*, https://amchainitiative.org/search-by-university#university/name2/campus-monitor2/5b4bd8b12d7f5f28788b16b5/view-incident-details5/6806a68017832e02d6270b65/.

in response to pressure from student activists who have pushed the university to support the Boycott, Divestment, and Sanctions (BDS) movement.[4]

The Committee also remains deeply concerned about incidents that occurred in 2023 and 2024, including the harassment of a Jewish PhD student by an MIT professor—a case that MIT's anti-discrimination office allegedly refused to investigate.[5] The same MIT professor made numerous antisemitic online posts, including referring to "mind infections" among Jews.[6] In another deeply concerning incident, an Israeli postdoctoral associate was cornered and harassed by a group chanting death to Israel on MIT grounds.[7] The same individual was allegedly tormented for weeks on end by not only students but also his professor.[8]

As you know, postsecondary institutions that receive federal funds must maintain a safe learning environment and fulfill all obligations under Title VI. Under Title VI, even speech that is protected by the First Amendment may contribute to a hostile environment.[9] Title VI requires colleges to promptly address and eliminate a hostile environment, which could include investigating the incident; condemning the statements made; implementing policy changes such as time, place, and manner restrictions; providing training to combat antisemitism; and other measures.

The below-requested records are critical to the Committee's oversight. Please produce these items no later than December 22, 2025:[10]

1. All documents and communications since October 7, 2023, referring or relating to "antisemitism," "Jews," "Judaism," "Israel," "Palestine," or "Zionism" in the possession of MIT, including the Office of the President, Office of the Provost, Division of Student Life, Institute Community and Equity Office, Office of Human Resources, the Institute Discrimination and Harassment Response Office, or the MIT Corporation.

2. All documents and communications since October 7, 2023, referring or relating to research collaboration with Israel in the possession of MIT.

---

[4] On file with Committee. The cancellation aligns with the BDS movement, which seeks to demonize and delegitimize Israel. *See The Boycott, Divestment and Sanctions Campaign (BDS)*, ADL (2022), https://www.adl.org/resources/backgrounder/boycott-divestment-and-sanctions-campaign-bds; JNS and Israel Hayom Staff, *BDS co-founder says goal of movement is end of Israel,* ISRAEL HAYOM (2020), https://www.israelhayom.com/2020/06/02/bds-co-founder-says-goal-of-movement-is-end-of-israel/.

[5] Compl., *supra* note 2.

[6] *See* Rikki Schlott, *MIT prof accused of harassing Jewish student over Zionist 'mind infection' claim revealed, still listed on staff*, FOX NEWS (July 2, 2025), https://nypost.com/2025/07/02/us-news/mit-prof-accused-of-harassing-jewish-student-over-mind-infection-claim-revealed/.

[7] Compl., *supra* note 2.

[8] *Id.* More broadly, faculty and staff at MIT have issued a "statement blaming Israel for the attack against it by Hamas," posted "photos glorifying Hamas' attack used in social media posts against Israel," and have "supported the rallies on October 13 and November 9; respectively, the "day of action" called for by Hamas, and the anniversary of the Nazi Kristallnacht (The Night of Broken Glass)." *See* David Etlin, *Is Antisemitism One of MIT's Values?*, MIT FACULTY NEWSLETTER (Apr. 2024), https://fnl.mit.edu/april-2024/is-antisemitism-one-of-mits-values/.

[9] *See, e.g.*, Andrea Jane Martin, *Balancing Freedom of Expression and Equality on College Campuses in the Wake of Intensified Antisemitism,* 90 BROOK. L. REV. 67 (2024), https://brooklynworks.brooklaw.edu/blr/vol90/iss1/2/.

[10] Please note that we are requesting only those documents that have not been previously provided to the Committee.

3. An updated anonymized chart of all complaints against students, faculty, or staff related to potential antisemitic incidents[11] since October 7, 2023. Please include the date, a description of the incident, the undergraduate or graduate status and school of the alleged perpetrator, the entity or entities responsible for reviewing the case, the disciplinary process or processes being used to review the case, case status, actions taken by MIT to date (including any modification of proposed or imposed discipline), and the standing of the alleged perpetrator (including good standing, suspended, or expelled). Please also identify all instances in which alleged perpetrators were involved in previous disciplinary incidents.

Congress's oversight powers are derived from the U.S. Constitution and have been repeatedly affirmed by the United States Supreme Court. Under House Rule X, the Committee's legislative and oversight jurisdiction is broad, extending to "education . . . generally" and "laws, programs, and Government activities relating to domestic educational programs and institutions and programs of student assistance within the jurisdiction of other committees."[12] This includes enforcement of Title VI and other antidiscrimination laws by the Department of Education.

Should you have any questions please contact Jenna Berger at jenna.berger@mail.house.gov or at 202.225.4527.

Sincerely,

Tim Walberg
Chairman
House Education and Workforce Committee

---

[11] The term "potential antisemitic incidents" should be understood to include any incidents involving the targeting of Jews, Judaism, Israel, Israelis, Zionism, or Zionists, or incidents otherwise identified as antisemitic.
[12] RULES OF THE HOUSE OF REPRESENTATIVES, 119th Cong. at 7, 10 (Jan. 16, 2025), https://rules.house.gov/sites/evo-subsites/rules.house.gov/files/documents/houserules119thupdated.pdf.