# EXHIBIT D



**MAJORITY** STAFF REPORT

# HOW CAMPUSES BECAME HOTBEDS:

## THE RISE OF RADICAL ANTISEMITISM ON COLLEGE CAMPUSES

COMMITTEE ON
EDUCATION & WORKFORCE
CHAIRMAN TIM WALBERG

# TABLE OF CONTENTS

I.   EXECUTIVE SUMMARY......................................1

II.  CASE STUDIES............................................4
     A. LEADERSHIP..........................................4
     B. FACULTY..............................................6
     C. STUDENT GROUPS....................................20
     D. FOREIGN FUNDING....................................27

III. SUGGESTED BEST PRACTICES AND
     LEGISLATIVE ACTIONS....................................39

IV.  CONCLUSION............................................43

V.   ENDNOTES..............................................44

# I. EXECUTIVE SUMMARY

Last Congress, the Committee on Education and Workforce (the Committee) conducted vital oversight of the antisemitic violence that spiraled out of control on college campuses after the October 7, 2023, terrorist attacks against Israel. Specifically, the Committee focused on the weeks-long violent encampments that engulfed campuses across the country and whether universities were holding those involved accountable.





This Congress, under Chairman Tim Walberg's leadership, the Committee examined the institutional, ideological, and financial forces fueling this pervasive antisemitism. In May 2025, the Committee held a hearing with the presidents of Haverford College, California Polytechnic State University, San Luis Obispo, and DePaul University. This hearing featured a broad cross-section of institutions of American higher education — public and private, large and small, from the West Coast to the East Coast — revealing that antisemitism has impacted schools across all sectors of higher education.

In July 2025, Chairman Walberg brought the leaders of Georgetown University; the University of California, Berkeley; and the City University of New York to testify before the Committee. This hearing focused on common factors driving antisemitism at these varied campuses, such as student and faculty groups. In addition to rigorous examinations of these schools, the Committee has also investigated Harvard University, Columbia University, the Massachusetts Institute of Technology, Northwestern University, Barnard College, Sarah Lawrence College, Pomona College, and Bowdoin College over the course of this Congress. Many of these colleges and universities are included as case studies in this report, but all of them have exhibited failures in grappling with the scourge of antisemitism on their campuses.

Under Title VI of the *Civil Rights Act of 1964* (Title VI), universities receiving federal funds must end antisemitic harassment and prevent it from recurring. The Committee examined whether schools are meeting their obligations under Title VI and whether existing statutes are sufficient to protect Jewish students from discrimination. In addition, the Committee investigated antisemitism at overseas satellite campuses, building on the Trump administration's unprecedented work to increase transparency in foreign funding and to combat antisemitism in higher education.

During its investigation, the Committee unearthed and examined several factors driving antisemitism on campus. The Committee found the following:

1. **Decisive, strong leadership by university presidents is critical for preventing and correcting a hostile antisemitic environment on campus, as is apparent from every case study in this report.** Strong leaders consistently enforce policies that protect Jewish students; they publicly condemn antisemitism fomented by students, faculty, or staff; they investigate and punish antisemitic harassment and violence; they are responsive to stakeholders such as boards of trustees and alumni; they cultivate a campus culture opposed to employing and admitting faculty, administrators, and students who discriminate on the basis of race, national origin, or shared ancestry; they seek to hire faculty who are committed to scholarship rather than activism; they are proactive about enacting policies before incidents occur; and they foster civil discourse among students and faculty. Institutions without such leadership allowed antisemitism to proliferate unchecked.

2. **Faculty members have played a significant role in legitimizing and amplifying antisemitism on college campuses.** At the universities investigated by the Committee, some faculty sought to strip Jewish students of protections, incited antisemitic protests that turned violent, taught antisemitic content in their courses, and hosted programming that isolated Jewish students and demonized Israel.

3. **Student groups, most prominently Students for Justice in Palestine (SJP), have consistently acted as ringleaders for the antisemitic harassment faced by Jewish students on campus.** Colleges and universities across the country failed to meaningfully discipline students for this violence and even acceded to their antisemitic demands, thereby incentivizing further misconduct.

4. **Northwestern and Georgetown's satellite campuses in Qatar are failing in critical ways to fulfill their stated goal of promoting Western values and liberal education abroad,** including with respect to their commitment to Title VI principles. These campuses host faculty, students, and programming that perpetuate antisemitism without apparent consequence, in addition to struggling to uphold free speech principles.

# II. CASE STUDIES


## A. LEADERSHIP

**FINDING:** Decisive, strong leadership by university presidents is critical for preventing and correcting a hostile antisemitic environment on campus, as is apparent from every case study in this report. Strong leaders consistently enforce policies that protect Jewish students; they publicly condemn antisemitism fomented by students, faculty, or staff; they investigate and punish antisemitic harassment and violence; they are responsive to stakeholders such as boards of trustees and alumni; they cultivate a campus culture opposed to employing and admitting faculty, administrators, and students who discriminate on the basis of race, national origin, or shared ancestry; they seek to hire faculty who are committed to scholarship rather than activism; they are proactive about enacting policies before incidents occur; and they foster civil discourse among students and faculty. Institutions without such leadership allowed antisemitism to proliferate unchecked.

Incidents like those detailed in this report occurred because of leadership failures at the most basic level. This finding is underscored by a draft report by the Antisemitism Working Group at Harvard Business School (HBS), which is generally considered to have suffered less antisemitism than other schools at Harvard.[1] As the draft working group report makes clear, leadership failures from the top down at Harvard deeply affected students, faculty, and staff at HBS in the wake of October 7th.

As stated in the draft report, after October 7th, "despite the stereotype of our students as living entirely in an HBS bubble, they were profoundly embarrassed, disappointed and angry about what they observed at the University level[.]"[2] An HBS staff member told the working group that it "[f]eels like the School is teaching leadership, and yet we have so dropped the ball in crisis management."[3] The staff member added, "[s]hortly after October 7, [I] received an email from management asking if they expect a reduction in revenue."[4]

In December 2023, then-President Claudine Gay's testimony before the Committee "eroded trust in the institution for many Jewish staff," with some questioning "what they were doing here at HBS."[5] Another staff member felt "[h]urt by the fact that these are supposed to be leaders," while still another "[h]eard from co-workers that they thought it was the result of rich and powerful Jews that led to Claudine being ousted."[6] These individuals apparently "really wanted to push content out with that theme[.]"[7]



MORE BROADLY, THE DRAFT REPORT DESCRIBES A "SCHOOL CULTURE OF SILENCE AND ANTI-INTELLECTUAL TENDENCIES" WHERE STUDENTS FEAR BEING OSTRACIZED FOR THEIR VIEWS... STUDENTS ALSO SAID THAT PROFESSORS OFFERED "LITTLE PUSHBACK TO OFFENSIVE COMMENTS" AND "ARE NOT EQUIPPED TO HANDLE DIFFICULT CONVERSATIONS."

More broadly, the draft report describes a "[s]chool culture of silence and anti-intellectual tendencies" where students fear being ostracized for their views.[8] In one incident, a student reported becoming friends with a classmate only to learn "that person thinks Jews are part of a conspiracy."[9] Meanwhile, one staff member observed that some faculty reflect an "institutional arrogance" because they are at Harvard and "believe they know everything."[10] Students also said that professors offered "little pushback to offensive comments" and "are not equipped to handle difficult conversations."[11]

In the wake of significant criticism from Congress and the Trump administration, Harvard—under different leadership —has taken some steps to address antisemitism at some of its schools.[12] For example, the university has dismissed the leaders of the Center for Middle Eastern Studies, the Religion and Public Life Program, and the François-Xavier Bagnoud Center for Health and Human Rights Center, three programs known for inciting antisemitism.[13] Such changes are some of many needed to root out the institutionalized antisemitism within these and other programs.



Indeed, as is apparent from the HBS draft report, antisemitism permeates even Harvard schools not commonly linked to such concerns.[14] Notably, the most widely reported antisemitic assault to occur at Harvard after October 7th was directed at an HBS student—and Harvard's Faculty of Arts and Sciences hired one of the attackers, Elom Tettey-Tamaklo, as a teaching assistant for two courses in the fall of 2025.[15] Tettey-Tamaklo was hired to teach a course alongside Professor Cemal Kafadar, the former director of Harvard's oft-criticized Center for Middle Eastern Studies.[16]

Cognizant of the activism and anti-intellectual tendencies pervading academia, some universities have created or increased efforts to foster civil discourse between students and faculty with opposing views in the wake of October 7th. Those that have sincerely applied themselves to this goal—under the direction of university leadership and with the support of the school's trustees—although not perfect, are succeeding in fostering a culture opposite from that described by HBS students.[17]

As further outlined throughout this report, decisive leadership is critical to protecting Jewish faculty, students, and staff—not only at Harvard, but at colleges and universities nationwide.



## B. FACULTY

**FINDING:** Faculty members have played a significant role in legitimizing and amplifying antisemitism on college campuses. At the universities investigated by the Committee, some faculty sought to strip Jewish students of protections, incited antisemitic protests that turned violent, taught antisemitic content in their courses, and hosted programming that isolated Jewish students and demonized Israel.

Many of the faculty members who foment antisemitism on college campuses are affiliated with the group Faculty and Staff for Justice in Palestine (FSJP). According to a 2024 study, campuses with an FSJP group are roughly seven times more likely to experience physical violence against Jews.[18] Since October 7, 2023, dozens of chapters of the group have cropped up at universities across the United States.[19]



*Source: AMCHA Initiative*

One of FSJP's central goals is to purge all ties to and support for Israel from academia.[20] Accordingly, FSJP chapters pressure their institutions to boycott Israel.[21] They also pressure administrators to reject the International Holocaust Remembrance Alliance (IHRA) definition of antisemitism, which protects Jewish students against modern manifestations of antisemitism.[22] Meanwhile, online, FSJP chapters have regularly circulated antisemitic statements and justified violence against Israel.[23] On campus, FSJP—often in partnership with academic departments—hosts events that foment antisemitism, lending these narratives institutional and academic legitimacy.[24]

Faculty members also perpetuate antisemitism through university centers, such as Middle East studies centers, that offer a one-sided view of Israel as a "settler colonialist" enterprise.[25] This race-centric paradigm vilifies Israel and denies the legitimate existence of the Jewish state.[26] It also views Jews as white and the privileged "oppressor," rather than a diverse minority that has been persecuted for thousands of years.[27] Such teachings about Jews and Israel play on historically antisemitic themes such as "greed, appropriation, unmerited privilege, and hidden power" and fuel antisemitism on college campuses.[28]

### 1. Sarah Lawrence College and Haverford College Side with FSJP on Antisemitism Definition

Days after October 7th, a top local Hillel official emailed Sarah Lawrence College (SLC) president Cristle Collins Judd pleading with her to speak out for Jewish students on campus.[29] Soon thereafter, SLC's Vice President and Dean of Students Dave Stanfield internally advised President Judd that the Hillel official's emails were "exaggerated and alarmist."[30] "She is reaching out to anyone who will listen," he added. "I've now heard at least three people tell me that [she] is 'fanning the flame.'"[31] SLC's president responded, "[a]greed on [her] alarmism."[32] A few weeks later, the Hillel official sent Judd a letter on behalf of the Hillels of Westchester Board of Directors demanding that the school act against antisemitism.[33] Stanfield then wrote to Judd, "I suppose she will recommend … that we disband SJP. Yeah, not gonna happen."[34]

SLC's hostility to antisemitism concerns raised by Hillel stands in stark contrast to its accommodating response to its FSJP chapter on related issues. SLC FSJP has a track record of fomenting antisemitism; for example, the group publicly denied October 7th rape allegations, posting a quote from an article in February 2024 that said, "[n]ot one of the rape accusations from the October 7th attacks came from a survivor, and there seems to be no reliable evidence to document any of the alleged crimes."[35] Rather than distancing itself from the group, in the summer of 2024 SLC embraced FSJP's request to remove the IHRA definition of antisemitism from the school's orientation materials.[36] The IHRA definition is the leading internationally accepted definition of antisemitism; it captures manifestations of antisemitism that are the most common on college campuses today, such as claiming Israel is a "racist endeavor" or comparing Israelis to Nazis.[37] It is also consistent with the perspective of most American Jews, who view Israel and Jewish self-determination as a central part of their identity.[38]

In a July 2024 email to SLC administrators, FSJP's faculty member representative claimed that IHRA "is being used all over the country to fire faculty and staff, censure and expel students, and shut down classroom and community discussion."[39] She also expressed concern that "antisemitism" appears before the word "racism" in the college's orientation materials, because this order "sends a message to incoming students about whose oppression matters."[40] One week later, SLC's vice president and dean of students wrote back, praising FSJP for "raising the problematic nature of the IHRA definition of antisemitism."[41] He continued: "we have decided to use the Jerusalem Declaration definition moving forward […] [it] seems more in-line with our community values."[42]

> **"BEFORE THE WORD 'RACISM' APPEARS IN THE TWO-DAY ORIENTATION CURRICULUM, THE WORD 'ANTISEMITISM' DOES—WHICH WE'RE WORRIED SENDS A MESSAGE TO INCOMING STUDENTS ABOUT WHOSE OPPRESSION MATTERS."**
> **— SARAH LAWRENCE COLLEGE FSJP**

The Jerusalem Declaration on Antisemitism (JDA)—which was created in response to the IHRA definition—describes boycott, divestment, and sanctions (BDS) efforts against Israel as "not, in and of themselves, antisemitic."[43] The BDS movement singles out and demonizes Israel, in addition to seeking to undermine Jewish self-determination.[44] As a result, 38 states across America have passed measures intended to deter anti-Israel boycotts.[45] SLC's 2025 orientation training cites the JDA.[46]

Similarly, at Haverford College, Professor Tarik Aougab—a member of Haverford Faculty for Justice in Palestine—emailed the college's Vice President for Institutional Equity and Access Nikki Young in spring 2024 urging her against using the IHRA definition.[47] "The so-called 'IHRA' definition … is extremely problematic[,]" he wrote, adding, "the IHRA definition conflates anti-semitism [sic] and anti-zionism [sic]." He urged her to adopt the JDA definition instead, to which Young responded, "yes, I have been using the JDA's definition - to no avail - for months now."[48] In another parallel to SLC, when the director of Haverford's Chabad emailed President Raymond with grave concern about the antisemitism faced by students, Young said his description of antisemitism was "[h]yperbolic and overly generalized[.]" President Raymond agreed.[49]

### 2. Haverford College Thanks Professor Making Antisemitic Statements for "Being Brave and Honest"

Haverford has repeatedly offered comfort and support to faculty members who spread antisemitism online after the October 7th attacks.[50] Most prominently, in October 2023, Haverford mathematics professor Tarik Aougab posted online describing students who were counter-protesting at an anti-Israel protest as "racist genocidaires." Days after the terrorist attack, Aougab shared a post describing the attack as "imprisoned people breaking free from their chains."[51] The post also stated, "[t]his was a historic moment to be recorded in the history books."[52]

Instead of publicly distancing the college from this rhetoric, Haverford President Wendy Raymond met with Aougab in November 2023 to foster "dialogue and mutual understanding."[53] After the meeting, Aougab shared several links with President Raymond "that got mentioned in [their] conversation," including a campaign to "DropTheADL [the Anti-Defamation League]." President Raymond responded expressing thanks.[54] That January, Raymond rejected convening a committee to examine antisemitism on campus, claiming that she was not "'there yet[,]'" according to a member of the school's board.[55] In April 2024, Aougab was elected to the Haverford College Corporation, which "plays a key role in shaping the institution by nurturing its Quaker heritage and character."[56] Also that month, Haverford's Vice President for Institutional Equity and Access Nikki Young thanked Aougab for "being brave and honest here at the College."[57] She continued, "I know your students and so many of us appreciate what you bring to our school."[58]

Conversely, when an Israeli professor at Haverford criticized the school's handling of antisemitism online and students responded by attacking him, Haverford administrators condemned the professor internally and launched an investigation.[59] "He's really going over the line[,]" wrote Dean John McKnight of the professor's response to students.[60] "[S]o unprofessional!" responded the school's Senior Provost for Academic Affairs Benjamin Le.[61] The Israeli professor's office has since been vandalized.[62]

Aougab is not the only Haverford faculty member who has perpetuated antisemitism without adequate consequence or response. On the eve of Passover in April 2024, Haverford's FSJP chapter sent a campus-wide email that described Hamas and Palestinian Islamic Jihad, both U.S. designated terrorist groups, as "militant resistance groups" and used Hamas' name for the October 7th terrorist attacks, "al Aqsa Flood."[63] The document purported to "give context to colleagues who may not be aware of the tensions brewing on and off campus."[64]





Haverford did not publicly condemn FSJP's missive. Nor has Haverford publicly condemned the many antisemitic posts by Haverford and Bryn Mawr College's joint FSJP chapter, including multiple posts glorifying terrorists.[65] Instead, in May 2024 Haverford hosted a "Restorative Practices" (RP) session with FSJP faculty during which participants handled a "plush unicorn" and were able to "speak their truth."[66] RP is led by Haverford professor Jill Stauffer, who has expressed "solidarity" with FSJP.[67] After the May session, participants compiled a spreadsheet of "materials for teaching to faculty interested in helping students approach this and other crises with nuance."[68] The spreadsheet consisted of one-sided resources including a book titled, "But I'm Not Racist!: Tools for Well Meaning Whites."[69]

### 3. University of California, Berkeley Says Professor Who Defends Antisemitic Incitement is "Fine Scholar"

Berkeley history professor Ussama Makdisi has normalized antisemitic violence online, in the classroom, and with administrators.[70] Despite his track record, Berkeley promoted Makdisi in 2024, making him the chair of a newly created program on Palestinian and Arab Studies.[71] Testifying before the Committee in July 2025, Berkeley's president likewise defended Makdisi, describing him as a "fine scholar."[72]

On October 7, 2023, Makdisi posted online describing Hamas' attack against Israel as "resistance."[73] He then allegedly canceled class and encouraged students to come to his "teach-in" sponsored by the student group Bears for Palestine.[74] A few months later, Makdisi circulated an article online that praised Hamas terrorists' "determination and courage" and stated that they "heroically defended [their] homeland."[75] The article also described Hamas' sexual violence against Israeli women as "entirely false."[76]

That spring, Makdisi appeared to normalize violence against civilians in his history course. One session assigned a documentary titled "'terrorist' vs. guerilla" about Leila Khaled, a leading member of the U.S. designated terrorist organization the Popular Front for the Liberation of Palestine.[77] Makdisi directed students to consider

"[w]hat avenues for Palestinian resistance / mobilization / solidarity after the Nakba were there?" He also pointed to "various plans to disperse Palestinians after 1948, including to Paraguay," and asked, "[i]n this context what does [sic] Leila Khaled's actions mean?"[78] "What does 'armed struggle' mean?"[79]

Also that spring, after the student group Bears for Palestine incited a violent protest that resulted in a Jewish student being choked, others injured, and campus property destroyed, Makdisi defended the group.[80] In an email to Berkeley administrators roughly a week later, he argued for Bears for Palestine's ability to engage in "activism" by "protesting the presence on campus of an Israeli soldier propagandist."[81] Similarly, that May, Makdisi urged then-Chancellor Carol Christ to keep Berkeley's encampment "free of police or other escalatory measures"—on the same day that violence broke out there.[82]

In September 2024, Berkeley announced Makdisi as the inaugural chair of a newly created program in Palestinian and Arab Studies to which Berkeley pledged $500,000 in support.[83]



**Ussama Makdisi** ✔
@UssamaMakdisi

I could have been one of those who broke through the siege on October 7



I could have been one of those who broke through the siege on October 7

From mondoweiss.net

9:26 AM · Feb 5, 2024 · **10.6K** Views

Some Berkeley administrators internally described this pledge as resulting from then-Chancellor Christ's negotiations in the spring of 2024 with students who set up the weeks-long encampment on campus.[84]

During the Palestinian and Arab Studies program's public rollout, Berkeley administrators celebrated their "success[]" in "framing" the program, with one administrator stating, "[a] great example of what happens when we get in front of the news and manage the narrative."[85] Soon thereafter, the program held its inaugural event, during which Chancellor Rich Lyons delivered remarks expressing his belief that "all that will arise and emanate from the Palestinian and Arab Studies program … will support … our shared desire for justice and peace."[86] Chancellor Lyons' remarks were followed by the evening's keynote speaker, Nadera Shalhoub-Kevorkian, who has previously reportedly claimed that Israel is testing weapons systems on Palestinian children, has called to "abolish Zionism," and has denied Hamas' atrocities on October 7th.[87]

Other speakers at the event included a writer who has proclaimed, "F*** Israel, and f*** all those who support it. Nazi criminals[]" and who, responding to a tweet describing antisemitic death threats as a downside of being Jewish, asked, "[w]hat are the upsides of being Jewish?"; prominent BDS activists; and a professor who applauded the October 7th attacks and has claimed that "[t]he only people who stand with Israel today are fascists, imperialists, racists, orientalists, colonialists, tyrants, compradors, xenophobes, Zionists, normalizers, collaborators and possibly idiots."[88]

### 4. Georgetown Centers Exemplify Antisemitic Bent of Modern-Day Middle East Studies

Georgetown's Middle East Studies Centers, like many across the country, have become beachheads for activist faculty who foment antisemitism. These centers—the Center for Contemporary Arab Studies (CCAS) and the Alwaleed Bin Talal Center for Muslim-Christian Understanding (ACMCU)—lend institutional legitimacy to narratives that demonize Israel and justify violence.

**Palestinian studies at Georgetown**

Palestinian studies have always been a core component of CCAS' work and its faculty expertise. The center's professors have published extensively on Palestine and the Palestinian people over the past five decades, including contributions from leading scholars such as Hisham Sharabi, Halim Barakat, Michael Hudson, Judith Tucker, John Ruedy, and Irfan Shahid.

The leaders of both CCAS and ACMCU have committed to using their classrooms to promote the boycott of Israel and to advance a "decolonization" agenda.[89] The narratives advanced by these centers mirror those that have infiltrated other universities and have been roundly criticized as perpetuating antisemitism.[90] For example, speakers at center events have said that October 7th "cannot but be seen as a response to Israel's relentless and interminable provocation," have claimed that Israel is driven by an "angry, sadistic need to obliterate everything," have stated that Zionism is "based on racism," have defended Hamas as "people who do resistance for the purpose of triggering a political resolution," and have claimed that "Palestinian resistance is … not fueled by hate, it's the natural resistance that any occupied people, any colonized people would undertake."[91]

Against this backdrop, Georgetown ramped up fundraising for a multi-million-dollar endowment to support an endowed chair in Palestinian studies at CCAS.[92] To date, the Center has received almost $5 million for the establishment of the chair.[93] Notably, the one-sided narratives that dominate the Center's events also appear to guide the Center's academic instruction, judging by a summer 2024 reading list by CCAS faculty that is made up of works that demonize Israel.[94]

In addition, CCAS and ACMCU host affiliates that perpetuate antisemitism. In December 2023, CCAS signed an agreement for Georgetown to host the Middle East Studies Association (MESA), an organization for Middle East scholars founded in 1966.[95] Today, MESA effectively functions as an anti-Israel advocacy group that in recent years adopted a resolution endorsing BDS.[96] Many Jewish members have left the association due to its unceasing hostility towards Israel.[97] One Jewish scholar told the Anti-Defamation League, "MESA hates us. We don't have any space we can speak there."[98] CCAS' contract with MESA says that the two "intend to explore areas of mutually beneficial academic collaboration."[99] Under the agreement, CCAS granted MESA space on its main campus at no cost.[100]

Meanwhile, ACMCU sponsors a program at Georgetown known as the Bridge Initiative that purports to be a "multi-year research project on Islamophobia" but that in practice has sought to malign those who are opposed to political Islam.[101] The Bridge Initiative has also defended groups instrumental to antisemitic terrorism, such as the Holy Land Foundation and Hamas.[102] In March 2024, Qatar committed $630,000 to the Bridge Initiative.[103] Kuwait made an early donation of nearly $1 million in 2013 as well.[104]

### 5. Harvard Center Executive Director Says Antisemitism Report is Racist for Saying "Terrorism"

In April 2025, Harvard released a damning report detailing antisemitism across the university.[105] In particular, the report highlighted the François-Xavier Bagnoud (FXB) Center for Health and Human Rights, housed in Harvard's School of Public Health, as a hotbed of antisemitism.[106] FXB leaders not only rejected these claims but also circulated an internal document claiming that the antisemitism report was racist.[107]

Harvard's antisemitism report describes FXB's Palestine Program as presenting a one-sided hateful narrative that vilifies Israel, including by perpetuating misinformation and disinformation.[108] In addition to events held by the Center, the report points to a course taught by a director of FXB's Palestine Program titled "Settler Colonial Determinants of Health" that perpetuated a "single, highly politicized approach to the question of Jewish origins."[109] In addition to the issues outlined in the report, the Center houses individuals who have spread antisemitism, including a fellow who tweeted, "Down with Israel[]" and a faculty affiliate who has described Israelis as "the most invasive species on the planet[.]"[110]

---

**Anti-Palestinian Racism in the ASAIB Task Force Report**

The ASAIB task force report exhibits all **six elements of anti-Palestinian racism:**[1]

1. **Nakba denial** ("denying Palestinian history or rejecting the rights of Palestinian refugees"): the report contains a single reference to the Nakba, only mentioning it as part of HDS RPL's programming, which the report considers the "most problematic." Meanwhile, the Nakba as an ongoing reality for Palestinians is silenced. When 1948 is mentioned, it is referred to as "the founding of Israel" without mention of the mass expulsion and massacres of the Palestinian people by Zionist militias. Elsewhere in the report, a cursory reference to "the suffering of Palestinians in [1948]" is qualified as how pro-Palestinian students "saw" this reality (already two decades ago).

---

5. **Excluding Palestinians** ("or expressions of solidarity with Palestinians"): while the report is not about the treatment of Palestinians at Harvard (a matter the AMAAAPB task force was entrusted with), the ASAIB task force nevertheless provides a decontextualized narrative in which Palestinians appear at best as bystanders in the midst of the Israeli-US genocide against them, a reality the report refuses to recognize as the context of Palestine solidarity demonstrations on US campuses.

6. **Denying, distorting, or silencing Palestinian narratives:** The Nakba and rights of the Palestinian people are denied, the ongoing 24/7 live-streamed genocide is distorted as the "Gaza crisis," while Palestinians' lived experiences are silenced.

A month before the release of the antisemitism report, then-director Mary Bassett wrote a draft op-ed describing the report's claims as "astonishing" and "unsubstantiated."[111] Shortly thereafter, FXB Executive Director Jehane Sedky shared with Bassett a document titled "Places at Harvard University That Offer Students the Israeli Perspective."[112] The list consisted of Hillel and Chabad.[113] Hillel and Chabad are Jewish organizations. They do not represent "the Israeli perspective."

After the release of the antisemitism report, FXB failed to acknowledge the antisemitism pervading the program. Instead, Sedky circulated a document claiming that the task force report "exhibits all six elements of anti-Palestinian racism[.]"[114] The document points to the report's use of the word "terrorism" as evidence.[115] It states: "[W]hile the report does not advocate for violence against Palestinians, it employs the language of 'terrorism' throughout …. This language has long dehumanized Palestinians and is used by Israeli occupying forces to justify violence against Palestinians as part of the ongoing genocide."[116] The document also claims the report is racist for "[e]xcluding Palestinians," even though as the document itself acknowledges, "the report is not about the treatment of Palestinians at Harvard[.]"[117]

Also around this time, Harvard was conducting an internal review of FXB that administrators claimed would "make recommendations about all the Center's programs, including the Palestine Program for Health and Human Rights."[118] However, according to FXB's director of research, the review contained "no searching questions about viewpoint diversity or anti semitism [sic]."[119] Then-director Bassett likewise reported, "[t]here were no specific issues raised about the Palestine Program."[120] In December 2025, Harvard told the Committee that the review panel "did not make recommendations that addressed programming specifically, including the Palestine Program on Health and Human Rights."[121]

Still, in December 2025—after mounting scrutiny triggered by the antisemitism report—Harvard announced some reforms to the Center, including Bassett stepping down as director and a shift in the Center's focus.[122] Additionally, the aforementioned "Settler Colonial Determinants of Health" course was not offered in the 2025-2026 academic year—although when Harvard contemplated reviewing the course in 2024, one school administrator suggested that a "settler colonialism" expert, such as Rashid Khalidi, could conduct the review.[123] In addition, Harvard had previously announced the suspension of FXB's partnership with Birzeit University, an institution with long-standing ties to terrorism.[124] Still, key personnel—including Sedky—are staying on at the Center.[125] As is clear from the antisemitism report and the center's reaction to it, widespread reform is required.

### 6. MIT: Professor Targeting Jewish Student as Example of "Mind Infection" Isn't Antisemitic Discrimination

MIT linguistics professor Michel DeGraff has made claims online and in the classroom of a "Zionist mind infection."[126] He targeted and harassed a Jewish student repeatedly, threatening to use the student as a "case study" of this "mind infection."[127] MIT then concluded that DeGraff was not targeting the Jewish student based on his identity.[128]

In November 2024, DeGraff hosted a speaker in his class who, in his words, "opened our eyes on the workings of Israeli education as settler-colonial Zionist 'mind infection' for the Nazification of Palestinians."[129] In his online post describing the class, DeGraff stated that the "mind infection" is being funded by the Israeli government through organizations such as Hillel and Chabad.[130] When a Jewish student posted online warning of the dangers of this rhetoric, DeGraff began a harassment campaign against him.[131] In an email to the entire MIT linguistics department, DeGraff said he would use the student as a "real-life case study" of "mind infection" in class.[132]

> **micheldegraff** Another symptom of "mind infection"? My People's Seminar at @MIT on language & linguistics for decolonization & liberation in Haiti, Palestine & Israel — funded by @MITmhh, banned by MIT linguistics — was slandered in @realDailyWire by @KassyAkiva who infiltrated my class undercover as a "student of the Middle East"! Why would a linguistics seminar become such a threat AND an attraction at once? This 10ish-minute video with excerpts from the seminar on 11/13/2024 debunks the Daily Wire article & a sample of linguistic & other trumperies about Palestine & Israel. I hope the Daily Wire will watch videos of the seminar when they are published by @MITocw so they can learn about the tendentious presuppositions that are often hidden in words like "Israel," "Zionism," "Judaism," "Jews," etc. Meanwhile here are some fundamental facts about Judaism vs. Zionism for genuine "students of the Middle East":
>
> 1) The religious idea "Israel" is not the same as the Zionist state "Israel." Please see the video's examples of anti-Zionist Jews & non-Jewish Zionists

MIT's Discrimination and Harassment Response Office—responding to a complaint from the Jewish student—concluded that there was not a "sufficient basis to conclude that Prof. DeGraff's decision to use [the student's] social media/email exchanges as a case study was based on [the student's] Jewish identity[.]"[133] The office further concluded that DeGraff's use of the term "mind infection" "relates to his views of the Israeli government[.]"[134]

The "mind infection" claim perpetuated by DeGraff plays on long-standing antisemitic conspiracy theories about Jewish power.[135] As stated by the World Jewish Congress, "Perhaps driving this conspiracy myth is the idea that Jews inherently do not deserve to have power, and any success they have must be due to their manipulative and conniving ways."[136] DeGraff has claimed that his mind infection claim refers to Zionists, not Jews—but, as he himself has reportedly acknowledged, 80 percent of U.S. Jews view Israel as "an important or essential part of what being Jewish means to them."[137]

In another class session, DeGraff sought to disconnect Jewish identity from Israel, reportedly claiming that connecting to the Jewish state is not an "essential part of Judaism."[138] He has also questioned online whether the Holocaust was "really truly a singular historical event" compared to "the ongoing genocide in Gaza."[139]



Source: Pew Research Center

18

### 7. Harvard Praises Professor Who Discriminated Against Jewish Students: "Your Commitment to Fair and Powerful Teaching"

After the October 7, 2023, terrorist attacks, one Harvard professor claimed that "antisemitism is a non-issue at Harvard."[140] Another described a donor's lengthy letter outlining antisemitism at the university as a "noxious pile of lies."[141] Yet another professor suggested that Jewish students who are afraid on campus should simply go home.[142] Still others felt emboldened to perpetuate antisemitism in the classroom.[143]

This approach to antisemitism at Harvard preceded October 7th.[144] For example, in June 2023, a third-party investigator hired by Harvard found that Harvard Kennedy School Professor Marshall Ganz discriminated against Jewish students while giving preferential treatment to Arab and Muslim students.[145] During his spring 2023 course, Ganz directed a group of Israeli Jewish students not to work on a project relevant to their identity.[146] As stated in the third-party investigative report, Ganz "compared the idea of 'Jewish democracy' to white supremacy, stating that designing an organizing project to promote Jewish democracy was akin to a project promoting white supremacy, and that neither would be acceptable in the [c]ourse."[147] That fall, Harvard said in a public statement that it "took action responsive to the allegation."[148]

In reality, that "action" consisted of requiring Ganz to attend sessions "regarding difficult conversations in class among students with different perspectives[,]" according to a letter sent to Ganz by then-Harvard Kennedy School Dean Douglas Elmendorf in September 2023.[149] In the letter, Dean Elmendorf repeatedly praised Ganz, lauding his "commitment to fair and powerful teaching" and his "vital" contributions to Harvard.[150] He further effectively excused Ganz's role in the discrimination, stating: "[y]our faculty colleagues and I also have great sympathy for the bind you seem to have found yourself in during this class[.]"[151] Today, Ganz remains a senior lecturer at the Kennedy School.[152]



## C. STUDENT GROUPS

**FINDING:** Student groups, most prominently Students for Justice in Palestine (SJP), have consistently acted as ringleaders for the antisemitic harassment faced by Jewish students on campus. Colleges and universities across the country have failed to meaningfully discipline students for this violence and even acceded to their antisemitic demands, thereby incentivizing further misconduct.

After October 7th, institutions of higher education gave in to student demands and failed to discipline students who were inciting antisemitism. The Committee found that SJP, the student version of FSJP, is a significant driver of antisemitism on college campuses.

SJP chapters organize violent antisemitic disturbances, host antisemitic speakers, and pressure universities to boycott Israel. Every campus that the Committee investigated while preparing this report featured an SJP chapter, or a variant of one, that served as a ringleader for antisemitic activity on campus. Unfortunately, many of these colleges and universities repeatedly failed to respond to SJP's promotion of antisemitism, allowing hostility towards Jewish students to fester.

Alongside SJP, graduate student unions have fomented antisemitism on campus under the guise of labor rights. While demonizing Israel through workshops, statements, and demands, graduate student unions have also made it very difficult for members who view the union's activities as antisemitic to opt out of paying forced dues.[153]

### 1. Haverford Appeases Antisemitic Student Group on Boycott Demands

Since October 7, 2023, Haverford College has repeatedly appeased its most vocal student agitators who foment antisemitism on campus.[154] In May 2024, Haverford Students for the Liberation of Palestine (SFLP) called on the school to not buy donuts for graduation from Federal Donuts, a donut shop that is owned by American-Israeli chef Michael Solomonov.[155]

In a post online, SFLP circulated a graphic that trafficked in the antisemitic blood libel trope by featuring a bloody hand with the caption, "Say No to Blood Donuts[.]" The post further stated, "Stop Haverford from funding Zionist businesses!"[156] In response, Haverford actively explored canceling its order and ended up serving the donuts only to staff, rather than serving them to students.[157]



On the same day that SFLP called to boycott the donuts, a Haverford employee who oversees events emailed his subordinate asking, "Can you see if we can get our money back if we cancel our order?"[158] The employee notified President Raymond's chief of staff and his assistant that the school could "cancel and get a full refund."[159] A few days later, the assistant to the chief of staff directed Haverford's catering manager to "[d]elay (but not cancel) the Federal donut order," and to order different donuts for the students. Haverford's catering manager responded, "We will plan and order the other donuts for the students!"[160] In the end, the Federal Donuts order was served only to staff, not students, at graduation—a concession to the students demanding a boycott.[161]



In another example of appeasement, in September 2024, SFLP announced online that it was changing its name from "Students for Peace" to "Students for the Liberation of Palestine."[162] The group's post called for "the complete dismantling of the apartheid settler-colonial state of Israel" and vowed to advocate for "the Palestinian people by all means necessary."[163] In response, Haverford Dean John McKnight told SFLP that Haverford was "creating opportunities for restorative conversations" or an "understanding circle" with them, and inquired whether "in the spirit of student self-governance" SFLP had "discussed other ways to take some accountability[.]"[164]



SFLP representatives responded that, "[a]fter careful consideration," they would add a "clarification" to their post stating, "'We do not intend to, and never have intended to commit or incite acts of violence against members of the Haverford community.'"[165] Later that month, the group advertised a "week of rage" against Israel.[166]

In yet another example, in March 2024 SFLP and other student groups held an event that invoked antisemitic blood libel by falsely accusing Israel of intentionally infecting people in Gaza with COVID-19. The event was initially titled "Mass Death on all Fronts: Israel's weaponization of Covid against Palestinians."[167] Amid public criticism, Haverford asked the groups to change the title while Dean McKnight told the groups, "I very much understand and appreciate that your organizations want to do more to educate the campus community about the violence and oppression in Palestine."[168] The students then changed the title to "COVID in Times of Genocide: How Israel uses COVID as a Tool for Settler Colonialism in Palestine." In an email to the school's board, President Raymond described the groups' response with this "new" title as "thoughtful and considerate."[169] She acknowledged that "the new title will remain upsetting for many," but chose to leave both the title and event effectively unchanged.[170]

### 2. Despite Hundreds of Complaints, Berkeley Fails to Discipline — and Allows Increased Funding for — Radical Student Group

Berkeley has received at least 280 complaints about the antisemitic student group Bears for Palestine (BFP) since October 7, 2023.[171] Rather than imposing discipline, the university has repeatedly allowed the group to be rewarded with increased funding.[172]

Bears for Palestine has long been a leading agitator of antisemitism at Berkeley.[173] The group continued its aggressive tactics after October 7th. Most notably, in February 2024, Bears for Palestine led a violent mob of at least 200 people to disrupt a talk by an Israeli speaker on campus.[174] Prior to the event, the group posted online aggressively urging followers to shut down the event, stating, "GENOCIDAL MURDERERS OUT OF BERKELEY."[175]

Their post depicted the speaker with red eyes and the label "MURDERER" against a red smoke-streaked backdrop.[176] At the event, the mob turned violent as activists shattered the venue's doors and windows and assaulted students.[177]

**23**

BFP did not face any consequences. Berkeley told the Committee that since October 7th "there have been no findings that BFP violated UC or UC Berkeley policy such that it would have been subject to disciplinary actions."[178] Since the February 2024 incident, BFP has called for "the end of the Zionist entity" and declared that "Zionism will fall."[179] Meanwhile, Berkeley has allowed increased funds to flow to the group through its university-recognized student government body.[180] In fiscal year 2023, the group received $2750; the following two years, the group received $6500; and in fiscal year 2026, the group received $7490.[181]

### 3. Sarah Lawrence Gives Student Leadership Award to SJP Chapter

Sarah Lawrence College's SJP chapter repeatedly circulated antisemitic posts online after October 7th. In the spring of 2024, SLC presented its SJP chapter with a Student Leadership Award, further emboldening the group to spread antisemitism on campus.

On October 9, 2023, SLC SJP posted an image of a Hamas bulldozer tearing through Israel's security fence and describing the terrorist attack as an "uprising."[182] A post in March 2024 invoked blood libel by depicting Jewish New York Times journalist Jodi Rudoren with bloody handprints; the post further stated, "you are not welcome here."[183] In spring of 2024—just prior to receiving its award—SLC SJP called for a student strike "in line with the Palestinian Youth Movement's call for a global economic shutdown."[184] The Palestinian Youth Movement glorifies terrorism and allegedly has close ties with the Popular Front for the Liberation of Palestine, a terrorist group.[185]



That spring, the school's FSJP faculty lead nominated SJP to receive a student leadership award.[186] SLC administrators did not appear to raise any concerns about SJP receiving the award, including when asked whether they saw any "glaring red flags" about those nominated.[187] At the award ceremony, the individual presenting the award described SJP as having "engaged in empathetic and powerful activism" and as being committed to "direct action and refusal to stand idly by in the face of injustice[.]"[188]



The following fall, SJP occupied a building on SLC's campus and built an encampment outside of it.[189] There, the students hung posters that stated, "Peace is a white man's word. Liberation is our word."[190] Pamphlets circulated at the encampment featured images of Hamas leader Yahya Sinwar and an assault rifle.[191]

### 4.   Graduate Student Unions Stoke Campus Antisemitism Under the Guise of Labor Rights

Activists are weaponizing graduate student unions across the country to foment antisemitism on college campuses. Many of these unions are local chapters of national organizations such as the United Auto Workers (UAW), United Electrical Workers of America (UE), the American Association of University Professors (AAUP), and the American Federation of Teachers (AFT).[192]

For example, Cornell University's Graduate Students United (GSU) adopted a resolution in November 2025 that not only endorsed BDS but also resistance "by any means necessary."[193] In testimony before the Committee, a Cornell student said that GSU made it very difficult for members to opt-out of paying forced dues, even by means of formal religious objection.[194] The union has allegedly threatened members who refused to pay dues.[195] Although Cornell administrators initially said they would withhold funds until these threats stopped, they later gave in to GSU and restarted payments, according to the student.[196]

Meanwhile, UAW 4811, which represents thousands of academic workers across the University of California (UC) system, vowed to wage a campaign to pressure universities to adopt BDS.[197] In addition, the union hosted a four-day workshop in summer of 2024 that included training by the virulently antisemitic Palestinian Youth Movement.[198] That spring, UAW 4811 led a weeks-long strike in support of "Palestinian Solidarity Encampments" across the UC system, which were hotbeds for antisemitic hostility.[199]

Similarly, the Student Workers of Columbia (UAW 2710) has demanded that Columbia not open its Global Center in Tel Aviv, among other demands "unrelated to the terms and conditions of employment[,]" according to the university.[200] Shortly after October 7th, the union also released a statement calling on the university to divest from Israel.[201] At MIT, the graduate student union adopted a resolution demonizing Israel and calling on the Institute to "cut[] all research and financial ties with the Israeli military[.]"[202] When Jewish students sought religious accommodations to avoid paying forced union dues, they were rejected by union officials.[203]



*"When I voiced concern about celebrations of Hamas terrorism on campus, a union organizer emailed my entire department calling me an "apartheid apologist" whose words should not be dignified... As it stands today, Cornell's Jewish Ph.D. students must now beg unions engaged in antisemitic activity for permission not to fund their pro-Hamas and pro-BDS activism. When [the Cornell Graduate Student Union] and [United Electrical Workers] refused to process my objection and sent me an invasive questionnaire insisting that I 3 disclose irrelevant personal information, Cornell left me no other option but to file discrimination charges at the Equal Employment Opportunity Commission with free legal aid from the National Right to Work Legal Defense Foundation."*

—David Rubinstein, Cornell University doctoral candidate (September 9, 2025)



## D. FOREIGN FUNDING

**FINDING:** Northwestern and Georgetown's satellite campuses in Qatar are failing in critical ways to fulfill their stated goal of promoting Western values and liberal education abroad, including with respect to their commitment to Title VI principles. These campuses host faculty, students, and programming that perpetuate antisemitism without apparent consequence, in addition to struggling to uphold free speech principles.

Northwestern and Georgetown's satellite campuses in Qatar aim to promote Western values and liberal education.[204] Georgetown established its campus in Doha in 2005.[205] Testifying before the Committee in July 2025, Georgetown Interim President Robert Groves described the university's overseas campus as an effort to extend its Jesuit mission and offer a "Western higher education experience."[206] Similarly, Northwestern established its campus in Doha in 2008.[207] In a transcribed interview with the Committee in August 2025, then-Northwestern President Michael Schill said that the university established the Doha campus to "bring Western education and liberal thought to the Middle East."[208]

As part of their commitment to Western values and liberal education, both satellite campuses apply the standards of Title VI, which prohibits discrimination and harassment based on race, color, and national origin (including shared ancestry or ethnic characteristics) that would create a hostile environment.[209] Both campuses are likewise bound to comply with section 117 of the *Higher Education Act* (section 117), which promotes transparency about foreign funding in higher education. The Trump administration has taken unprecedented steps to hold universities accountable under this law; the Department of Education reported that in 2025 Qatar was the most significant foreign source of reportable gifts and contracts to U.S. universities.[210] This section of the report builds on the administration's work, shedding light on foreign funding flowing to Northwestern and Georgetown as well as both campuses' commitment to applying Title VI and spreading Western values abroad.

Specifically, the Committee found that, first, Qatari laws and customs represent a significant source of tension with Georgetown Qatar (GU-Q) and Northwestern Qatar's (NU-Q) desired promotion of Western values and education. Relatedly, the Qatar Foundation has sought to influence messaging by U.S. satellite campuses in Doha. Second, the investigation revealed that, despite objections to the contrary, financial incentives are a motivating factor for maintaining overseas satellite campuses. Third, NU-Q and GU-Q have housed faculty or fellows and student groups that foment antisemitism, undermining the universities' commitment to Title VI principles and to spreading Western values abroad. Neither NU-Q nor GU-Q have disciplined any faculty, students, or staff for antisemitism since October 7, 2023.[211] Fourth, the Committee found that after October 7th GU-Q entities that should be neutral promoted, participated in, or hosted deeply one-sided events that legitimize antisemitic rhetoric, conflicting with the campus's commitment to Title VI principles. NU-Q likewise promoted one-sided programming. Fifth, the investigation showed that after October 7th, NU-Q clashed with Northwestern's Evanston campus about public statements on the conflict and handling of faculty antisemitism, emphasizing the divergent standards of the two campuses when it comes to antisemitism and Title VI.

These findings have implications not only for U.S. campuses abroad but domestically as well. For example, Georgetown's Middle East studies centers described earlier in this report, CCAS and ACMCU, regularly collaborate with GU-Q, creating another potential pipeline of foreign influence into the nation's capital. Both Centers sponsor events with GU-Q that demonize Israel,[212] Center faculty and directors attend GU-Q conferences,[213] Qatar funds a fellowship at CCAS,[214] and the director of ACMCU recently offered a course titled "Gaza: History, Politics and Ethics" that was cross-listed at GU-Q and featured GU-Q faculty speakers.[215]

More broadly, Georgetown also offers a range of exchange programs for students in Qatar and D.C., with many students from GU-Q visiting the D.C. campus.[216] GU-Q and D.C. faculty also conduct exchanges, with faculty who visit Qatar giving lectures and mentoring junior faculty.[217] In 2024, GU-Q also established an office at Georgetown's D.C. campus that is intended to "support greater integration of the Qatar and home campuses[.]"[218] Georgetown has also created a permanent seat for a GU-Q student on its School of Foreign Services' Student Council.[219]

## 1. GU-Q, NU-Q Required to Follow Qatari Laws and Customs

Qatari laws and customs represent a key source of tension with GU-Q and NU-Q's envisioned promotion of Western values and education. Both campuses are contractually required to abide by the "applicable laws and regulations of the State of Qatar" and "respect the cultural, religious and social customs of the State of Qatar."[220] As such, the Qatar Foundation (QF) has sought to influence messaging by U.S. satellite campuses in Doha.[221]

GU-Q's campus in Qatar is focused on international affairs and diplomacy, fields of study that generally involve analysis of the governments of other nations. However, GU-Q advises visitors to "speak respectfully about the Emir, the ruling family, and the government system."[222] GU-Q also advises visitors that "[c]riticizing religions, prophets, or holy books is sensitive" and urges them to refrain from "[p]ublicizing crises happening inside Qatar" or "spreading rumors on social media, even if they're true."[223]

### Basic Guidelines for Respectful Conduct

In Qatar, certain actions that may be acceptable elsewhere are subject to local laws and customs. To help ensure a smooth and positive experience, here are a few guidelines to keep in mind:

- It's important to speak respectfully about the Emir, the ruling family, and the government system.
- Show respect to government employees and avoid any behavior that could be seen as disrespectful.
- Criticizing religions, prophets, or holy books is sensitive, so we encourage maintaining a respectful attitude toward all faiths.
- Be cautious about spreading rumors on social media, even if they're true.
- Publicizing crises happening inside Qatar is generally discouraged.
- Refrain from using foul language, hand gestures, or insults.
- Women are deeply respected in Qatar, so please be mindful of your behavior, especially in professional or public settings.
- Avoid raising your voice at women in public or work environments, and please be mindful of physical boundaries.
- Please be mindful of personal space and avoid physical contact with women or children unless it is necessary.

Similarly, Georgetown is a Jesuit university that seeks to offer "Jesuit-style higher education" at its Doha campus.[224] However, its guide for new faculty and staff on religious services in Qatar states that, "while Mosques are numerous … there is a more limited range of services available for other religious denominations."[225] The guide includes a handful of churches and does not include any synagogues. In 2023, the U.S. Department of State reported that Judaism was not a "registered religious group[]" in Qatar and that "[u]nregistered religious groups are illegal[.]"[226]



NU-Q faces its own challenges as a campus focused on journalism. Qatari law prohibits "any online activity that threaten[s] the safety of the state," criminalizes "the spread of 'false news,'" and restricts "the publication of information deemed blasphemous or defamatory to the Abrahamic faiths," according to the U.S. Department of State.[227] The former director of NU-Q's journalism program has said that one of his students was arrested over a tweet and that other students have been "turned away or threatened with detention" when reporting.[228]

Northwestern has internally recognized the "cultural challenges" that come with operating in Qatar, including "the challenges of focusing on journalism and communication in a country and region that has such different social values from Northwestern's Evanston campus, including limits on free expression."[229]

In addition to grappling with Qatari laws and customs, U.S. campuses in Qatar have faced requests from the Qatar Foundation (QF) on messaging. According to an NU-Q read-out of an October 17, 2023, meeting between QF and the deans of the QF-funded U.S. university campuses in Doha, QF requested that the communications teams at all partner universities, such as Northwestern and Georgetown, be "aligned and in touch" with the Foundation.[230] QF "requests information sharing and no surprises," the read-out states, adding that "any communications received, or proposed to be sent to Government entities must go through [QF] first for advice."[231] Also during this meeting, some partner universities raised serious concern about "how too much Pro Hamas/Anti-Israeli messaging from here will impact home campus perceptions of the Doha Campus."[232]

## 2. Financial Incentives Motivate Overseas Campuses

The question of financial motivations looms large over Northwestern and Georgetown's satellite campuses. Northwestern in particular has claimed that the relationship is not motivated by financial considerations, with the university's then-president telling the Committee in August 2025 that Northwestern would "never do this for the economic benefit of the relationship."[233]

However, Northwestern's 2024 internal assessment of its Qatar campus repeatedly emphasized financial benefits as a reason to remain in Doha despite cultural differences and other challenges.[234] The assessment described as "significant and impactful" the "range of financial benefits—from the funds to fully cover NU-Q operations to the unrestricted management fees, which benefit the University as well as the relevant schools, to the initial endowment[.]"[235]

Both Georgetown and Northwestern receive management fees through their satellite campus agreements.[236] Georgetown's fee, for example, has incrementally increased since 2019, from roughly $6.1 million to $7.6 million in 2025.[237] Northwestern annually transfers part of its management fee to its School of Communication and its School of Journalism in Evanston.[238] QF has also provided Northwestern with a $15 million endowment for five professorships at its Evanston campus.[239] In addition, Georgetown and Northwestern gain access to Qatari government grants through their partnerships.[240] Georgetown's recently renewed agreement with QF further states that "GU-Q faculty will be encouraged to seek funding for their research from the Qatari Research Development and Innovation Council[.]"[241]

The campuses are undertaking an array of other projects aligned with their host country's priorities. Indeed, at a board meeting in December 2023, GU-Q's dean emphasized that "GU-Q is … very focused on Qatar's national priorities."[242] For example, GU-Q's contract anticipates that the school's research center will undertake activities "consistent with the priorities established in Qatar's Third National Development Strategy."[243] In another example, GU-Q is creating an "Impact Lab" that would "host projects that address national and QF priorities" and that would serve as a "resource for Qatar and Qatar's government."[244] Like GU-Q, NU-Q faculty and associates receive funding from the Qatar National Research Fund, including for topics such as "Global Hope, National Promise, Local Life: Encountering Western Liberalism in Education City in Qatar."[245] These efforts also align with the Qatari government's accreditation system under which, as of June 2023, partner universities must demonstrate "impact in Qatar."[246] This impact could be shown via "research … that feeds into policy-making and outcomes in Qatar," according to Georgetown board documents.[247]

In another indication of the value of the collaboration for Qatari national interests, the Qatari government has historically been a top employer for NU-Q and GU-Q graduates.[248] Al Jazeera has also been a top employer for NU-Q graduates.[249]

### 3. NU-Q and GU-Q Faculty, Fellows, Student Groups Spread Antisemitism

Faculty, fellows, and student groups at NU-Q and GU-Q have perpetuated antisemitism and endorsed violence against Israel without consequence, conflicting with the universities' commitments to promoting Western values abroad and the principles of Title VI.[250]

For example, the director of NU-Q's Liberal Arts Program Sami Hermez claimed online in July 2025 that "Zionists have control over European policy and power. If you want to make the leap that Jews control Europe, I don't care. We can say the former without being accused of the latter. They have been able to take control because they haven't allowed anyone to name their [power] grab."[251] Days later, he retweeted a post that said, "Zionist Jews are disgusting liars."[252] When the Committee asked then-Northwestern President Michael Schill about these tweets in August 2025, he was visibly shaken, telling the Committee that he had not seen them before. "They make me sick to my stomach," he said, adding later, "I'm just having trouble recovering from this." "This is … the oldest antisemitic trope."[253]

Several other NU-Q faculty members have expressed similar antisemitic sentiments, including before being hired by the university.[254] For example, during an NU-Q board meeting in October 2024, NU-Q touted the hiring of "outstanding new faculty members" including Marc Owen Jones, who in December 2023 tweeted, "if killing civilians makes you ISIS, what does that make Israel?"[255] Owen Jones has also circulated the conspiracy theory that Israelis steal Palestinian organs, a trope that invoked the ancient antisemitic myth of blood libel.[256] More recently, he stated that "Israel is worse than Hamas."[257] At the same meeting, NU-Q commended another new "outstanding" faculty member, William Youmans, describing him as an "Al Jazeera specialist."[258] After October 7th, Youmans defended Hamas and described Israel as a "terrorist state."[259]



Another NU-Q faculty member, Khaled al Hroub, in October 2023 called for a "third intifada in the West Bank" to "sweep away the occupier."[260] These views appear to translate into the classroom: al Hroub's class titled "Palestine and Arab-Israeli Conflict" includes a day of teaching on the "Jewish lobby in the US[.]"[261] Another lesson titled, "Palestine history: Biblical myths vs. history and archaeology" appears devoted to undermining Jewish historical and archaeological claims.[262]

NU-Q student groups have likewise spread antisemitism with no consequences from the university. On the second anniversary of October 7th, NU-Q's SJP chapter posted online, "If Allah (swt) stands with the Palestinians, even 'God's chosen people' will fall."[263] On the first anniversary of the attacks, NU-Q SJP celebrated violence, stating, "One year ago, today, we woke up to news of triumph as we learned that our resistance fighters broke down their borders[.]"[264] One month after October 7th, the group posted a video featuring an NU-Q student "salut[ing] our great people … our resistance, our great heroes."[265]

GU-Q student groups have also perpetuated antisemitism without consequence. During an event shortly after the October 7th attacks, students displayed posters with statements such as "Long live the Popular Front for Liberation!" and "We stand with violence on Israelis" as well as a map of Israel with the Palestinian flag and the caption, "this land cannot accommodate two identities."[266] Similarly, GU-Q SJP posted a statement two days after October 7th using Hamas' name for the terrorist attack, describing it as "a great movement and effort in … reclaiming the land that is rightfully theirs."[267] At a later event hosted by GU-Q's SJP chapter, students drew hearts around Hamas' name, while others left notes with messages such as, "O Allah, deal with the Zionists."[268] In March 2025, the group held an event with NU-Q Professor Sami Hermez about "strategies to combat Zionism in public spaces."[269]



nuq.sjp

If Allah (swt) stands with the Palestinians, even 'God's chosen people' will fall.

♡ 32   ⟲ 1   ▽ 11

October 7, 2025



Georgetown's Qatar campus has also hosted an array of visiting fellows since October 7th who perpetuate antisemitism.[270] The visiting fellows program is a "special initiative" of GU-Q Dean Safwan Masri.[271] In February 2024, an associate dean at GU-Q offered a warm welcome to Al Jazeera Plus host and producer Sana Saeed, who taught a course titled, "U.S. News Media and the Politics of Hiding a Genocide."[272] Saaed's course whitewashed terrorism and described antisemitism in the U.S. as "manufactured hysteria." Her course description opens by stating: "On October 7, Israel began a bombardment campaign of Gaza. It followed an unprecedented mission by Palestinian resistance groups from Gaza, led by Hamas, to break Israel's siege."[273] Georgetown told the Committee that "the design and description of [the] … course demonstrated reprehensible judgment" and that the university has "implemented new procedures" under which a similar course "will never again be offered at GU-Q."[274]

Saeed is not the only visiting fellow hosted by GU-Q who has disseminated antisemitic rhetoric.[275] Another GU-Q visiting fellow, Bassam Haddad, said that "Zionists are Hamas" and described supporters of Israel as "spineless."[276] He also denied allegations of sexual violence against Israelis on October 7th.[277] While at GU-Q, Haddad offered a workshop alongside an activist who repeatedly justified the October 7th attacks and defended members of Palestinian terrorist organizations.[278] For example, she said, "Any condemnation of violence [by Hamas] is vapid if it does not begin & end with a condemnation of Israeli apartheid, settler colonialism, and occupation."[279]

### 4. GU-Q Institutionally Promotes Programming Demonizing Israel

Georgetown's Qatar campus has hosted an array of programming devoted to demonizing Israel.[280] Unlike its U.S. counterpart, GU-Q itself—rather than a club, center, or department—plays a critical role in directing and promoting this programming, lending institutional legitimacy to the events. This conflicts with GU-Q's commitment to Title VI, under which university administrators are responsible for eliminating a hostile antisemitic environment.[281]

After the October 7th attacks, GU-Q Dean Safwan Masri accused Western nations of giving Israel "a carte blanche to pursue its genocidal attacks on Gaza."[282] Masri led GU-Q in institutionally supporting events that demonize Israel, himself speaking at events such as "Israel's War on Palestinians" and "Israel's Apartheid Against Palestinians."[283] Most prominently, in September 2024 GU-Q held a "Reimagining Palestine" conference that featured an array of speakers who have fomented

antisemitism.[284] This includes an individual whom the Israeli government has described as a "senior activist" in the Popular Front for the Liberation of Palestine—a designated terrorist organization;[285] the "Apartheid-Free Policy Coordinator" at the Palestinian Boycott, Divestment and Sanctions National Committee (BNC), which helps lead the BDS movement against Israel and features terrorist groups as members;[286] an individual who has described Israel as a "deranged death cult," compared Israel to ISIS, stated "Down with Israel," and called Israelis Nazis;[287] and a former Al Jazeera director who cheered the October 7th attacks and had close ties with a prominent Muslim Brotherhood cleric who advocated for suicide bombings against Israelis.[288] Amid significant criticism, Georgetown circulated talking points to its Board of Directors that defended the line-up by stating, "[n]one of the scheduled speakers are on any known and available U.S. Government lists of concern."[289]

NU-Q has also promoted programming and resources that demonize Israel and are inconsistent with the school's commitments to Title VI principles. For example, when two programs at NU-Q held an event on "Palestine in Wartime Media Narratives" in November 2023, NU-Q touted comments by the speakers that justified the October 7th attacks on its website.[290] Similarly, two months after October 7th, NU-Q trumpeted an event held at the university that highlighted "everyday Palestinian resistance."[291] In another example, five days after October 7th, NU-Q's library director sent out a mass email titled "Palestine Struggle Reading List" that consisted of dozens of books and documentaries that vilify Israel.[292]

Similarly, in 2025, NU-Q's Graduation Committee—which included the school's assistant director for student experience—voted in favor of potential graduation speakers known for spreading antisemitic conspiracy theories and rhetoric, with Francesca Albanese as the Committee's top choice.[293] Albanese has claimed that America is "subjugated by the Jewish lobby" and said of the BBC that "the Israeli lobby is clearly inside your veins."[294] The Graduation Committee's rationale describes Albanese as an "inspiration" and "ideal candidate."[295] Other top nominees included Mohammed el-Kurd and Huda Kattan, who after October 7th repeatedly spread pro-Hamas propaganda and antisemitic conspiracy theories.[296] She has since claimed that Israel was responsible for World War I, World War II, and the September 11th attacks.[297]

## 5. NU-Q Clashes with U.S. Campus on 10/7 Statements, Faculty Antisemitism

In the wake of the October 7th attacks, Northwestern's Evanston campus faced backlash from its Qatar campus about the U.S. campus's statements on the conflict and handling of faculty antisemitism. The clash emphasizes the divergent standards of the two campuses when it comes to antisemitism and Title VI.

NU-Q faculty, students, and staff were deeply critical of Northwestern's statements in response to the attack, with some claiming that Northwestern "maintaining relations with Israeli institutions" could be viewed as "tacit support for human rights violations."[298] In November 2023, after Northwestern announced its Committee on Preventing Antisemitism and Hate, the director of NU-Q's Liberal Arts Program Sami Hermez emailed NU-Q's dean describing the announcement as "atrocious" and "backsliding from an already terrible position."[299] Similarly, when Northwestern released a statement on October 13 that described Hamas' actions as "abhorrent and horrific," NU-Q intentionally chose not to circulate the statement to their community.[300] NU-Q students were likewise highly critical of the Evanston campus' reaction to October 7th. In late April 2024, students at NU-Q circulated a graphic condemning Northwestern leadership for creating a committee to combat antisemitism and for "centering Zionist voices."[301]

In addition to messaging, NU-Q and Evanston clashed over the handling of faculty antisemitism. In an interview shortly after October 7th, NU-Q Professor Khaled al Hroub expressed doubt that Hamas had brutally killed civilians, including women and children, in the attack.[302] He defended the terrorist group, despite claiming he was not doing so, by pointing to purported objections Hamas has made to killing civilians.[303] When Northwestern's Evanston campus sought to release a statement condemning the comments, NU-Q Dean Marwan Kraidy refused to sign on.[304] "Not sure about the rape issue," he wrote, adding, "[w]e really don't want to be on the wrong side of the facts here."[305]

After Northwestern released its statement condemning al Hroub, Kraidy wrote to Northwestern's associate provost for faculty, telling him that the NU-Q community is "seething."[306] Kraidy defended al Hroub's interview as "perfectly academic" and claimed that he was "advocat[ing] for precision and verification against propaganda."[307] Kraidy also criticized the Evanston campus' October 7th statements

as "one-sided" and said that Northwestern was "ignoring the[] pain and anguish" of those at NU-Q.[308] The Evanston campus then sent Kraidy a revised statement about al Hroub's comments.[309] Northwestern's associate provost for faculty also promised to work to "regain Khaled's confidence[]" after the statement.[310]

## Schill spread misinformation and dehumanized Palestinians.



SOURCES

## HOW?



**FAILED TO RETRACT "BEHEADING" STATEMENT**

In October he shared an official statement that mentioned "beheading" on October 7 which was debunked officially by various credible sources, yet he did not take back the statement. This false news was used to beat the drums for genocide.

Northwestern | Kellogg

**Crown Family Israel Center for Innovation**

**PROMOTED ISRAELI PROJECTS DURING PALESTINIAN GENOCIDE, CENTERING ZIONIST VOICES.:**

We are deplatforming an individual, not NU-Q or QF. We support our beloved NUQ faculty members and QF for their constant solidarity.

**ATTACKING NUQ PALESTINE SUPPORTING FACULTY**

Schill was so quick to attack an NUQ faculty member, condemning him for questioning the Israeli narrative which caused them so much pain – abusing his power.

**ANTISEMITISM COMMITTEE**

At a time when Palestinians were being shot, stabbed, and killed in the US, Schill created a committee to combat antisemitism (and other hate), thus again minimizing actual hate and violence against Palestinians. All this at a time when Israel is committing genocide against Palestinians, making him an enabler of these crimes.



**CONDEMNED ONLY PALESTINIAN "BARBARIC ACTS," IGNORING ISRAELI MILITARY ATROCITIES.**

In another public official statement he condemned the Palestinian side for its "barbaric acts" a trope known to dehumanize resistance, but did not mention the atrocities committed by the Israeli military or describe them in such terms. This, too, was part of the language that made it possible to destroy Gaza and conduct a genocide.

**BANNED PALESTINIAN LIBERATION SLOGAN AND FLAGS SUPPORTING PALESTINE.**

In November 2023, Schill banned the Palestinian liberation slogan "from the River to the Sea, " thus suppressing our fellow students and taking away from their rights. Additionally, he abused his power again by calling for flags that support Palestine to be banned (never asking for Israeli associated flags to be banned).

**PROMOTED ISRAELI PROJECTS DURING PALESTINIAN GENOCIDE, CENTERING ZIONIST VOICES.:**

In January 2024 and other instances, Schill promoted the "Crown Family Israel Center for Innovation" and the "Israel Innovation Project" during this genocide against Palestinians and constantly centered Zionist voices.

is day he did not address the 34,000+ killed in Palestine or called for g away from weapon and apartheid investments made by the board of trustees.

# III. SUGGESTED BEST PRACTICES

In light of these findings, the Committee recommends the following best practices for universities:

**Adopt a robust definition of antisemitism, such as the IHRA definition.** Executive departments and agencies that enforce Title VI must consider the IHRA definition pursuant to Executive Order 13899, which was issued by the first Trump administration.[311] Universities should adopt this definition in their own adjudication of antisemitism on their campuses—not only because it is the definition used by the executive branch but also because the IHRA definition provides robust protections for Jewish students that other definitions do not.[312]

**Reform hiring policies to include an examination of applicants' online presence for antisemitic content.** Universities and colleges should survey applicants' online presence during their hiring process. If prospective administrators or faculty members are spreading antisemitism prior to employment, they are likely to continue to do so, which could produce harassment actionable under Title VI. In addition, to this end, universities should reform hiring processes to grant university administrators greater oversight over hiring decisions by search committees.

**Tailor admissions questions to inquire about applicants' openness to civil discourse and diversity of thought.** For many years, admissions offices have asked students in supplemental essays and interviews to highlight the ways in which they have engaged in activism. This type of prompt has encouraged universities to select candidates who are seeking admission not to understand the perspectives of others but to demand adherence to their own perspectives. By also questioning applicants on the ways in which they have handled disagreement with their peers or experienced a moment where they changed their mind, universities can also consider an applicant's ability to engage in civil discourse.

**Adopt policies governing protests—including masking and encampment restrictions and Time, Place, and Manner guidelines—and enforce them consistently and without faculty or student involvement.** In the wake of October 7th, some universities were

unable to shut down encampments in part because they lacked an effective policy against them. Others were unable to discipline violent protesters because they were masked and the school had no masking policy in place. Still others simply failed to enforce the policies they had on the books. Universities should learn from these failures and adopt policies governing masking, encampments, and other disruption, and consistently enforce them. Disciplinary processes for enforcing these policies should not involve panels consisting of students or faculty.[313] Relatedly, universities should also refrain from negotiating with student groups violating these policies.[314]

**Engage in counter-speech when faculty or students make antisemitic remarks that violate school policies, consistent with other types of discrimination.** Universities should not use the First Amendment as an excuse for failing to respond to antisemitic speech by faculty or students.[315] Instead, university leaders should publicly condemn antisemitic speech that violates school policies, as they would for other types of discrimination. The Department of Education has previously considered speech when assessing a hostile environment under Title VI.[316]

**Exercise significantly greater control and oversight of overseas campuses, including hiring, admissions, and programming, to ensure alignment with Title VI.** Universities should exercise greater oversight to ensure that their overseas campuses are not held to a double standard. For example, satellite campuses should not perpetuate antisemitism by sponsoring programming that demonizes Israel or condones violence against Jews. Additionally, these campuses should not condone antisemitism by students or faculty members. To this end, universities should employ individuals to ensure that hiring, admissions, and programming at their overseas satellite campuses align with Title VI. In addition, universities should continue to assess whether their overseas branches are spreading western values and liberal education abroad as intended. If not, U.S. universities should enact significant reforms or not renew their contracts for these campuses.

**Ensure that boards of trustees are engaged and intellectually diverse.** Many of the universities that failed to protect their Jewish students after October 7th are governed by unwieldy, uninvolved, or intellectually uniform boards of trustees. In some cases, boards were cut out of current events. At Haverford, for example, board members felt "a lack of communication," with one member reporting that the board is "delicately

shunned out of campus happenings."[317] In other instances, board members appeared more aligned with the groups creating a hostile environment on campus than the Jewish students who were the subject of harassment. Boards should institute policies that require active participation and meeting attendance from members. They should also seek to recruit trustees from an array of backgrounds.

**State and local governments should help combat antisemitism in higher education.** For example, state and local governments can and should cooperate with universities to ensure sufficient law enforcement is available in the case of illegal or violent disruptions such as encampments.[318] Additionally, state governments have sought transparency for students and taxpayers by mandating that public universities publicize their syllabi.[319]

 In addition to the above best practices for universities, the Committee recommends the following legislative proposals:

**Congress should pass the *Civil Rights Protection Act.*** In the 118th Congress, the Committee reported H.R. 8648, the *Civil Rights Protection Act.*[320] H.R. 8648 amended the program participation agreement under the *Higher Education Act* (HEA) to require institutions of higher education to be transparent about their procedures for investigating complaints of alleged Title VI violations. The bill also established minimum requirements for those procedures to ensure that institutions communicate regularly and clearly with complainants and are transparent about decisions made over the course of an investigation. The bill also required institutions to disseminate these procedures widely to their campuses so that students and other members of their communities know how to file a complaint and understand how complaints will be investigated. These requirements are important because neither the Title VI statute nor the Title VI regulations provide significant direction to campuses regarding how allegations of discrimination based on race, color, or national origin should be investigated.

**Congress should pass the *Defending Education Transparency and Ending Rogue Regimes Engaging in Nefarious Transactions Act* (DETERRENT).** The DETERRENT Act would make significant reforms to section 117, which currently requires institutions of higher education to disclose gifts and contracts from foreign sources above a certain

financial threshold. The DETERRENT Act's reforms include lowering the reporting threshold and requiring institutions to detail the purpose of the gifts or contracts. The legislation also closes longstanding reporting loopholes by holding institutions accountable for gifts and contracts given to "affiliated entities" of an institution, as well as defining that the term "foreign source" includes all foreign subsidiaries, affiliates, and agents. In March 2025, the House passed the DETERRENT Act in a bipartisan 241-169 vote. The Trump administration issued a Statement of Administration Policy supporting the bill. In April 2025, Senator Thom Tillis (R-NC), with the support of Senate Health, Education, Labor and Pensions Committee Chairman Bill Cassidy (R-LA), introduced companion legislation in the Senate. The Senate should pass the DETERRENT Act so that President Trump can sign it into law.

**Congress should build on DETERRENT and pass legislation to increase disclosure requirements when U.S. universities establish overseas satellite campuses.** The Committee found that satellite campuses have been subject to foreign influence in a variety of ways, including through contractual obligations to adhere to their foreign host's laws and customs and by prioritizing research aligned with the host country's strategic interests. Relatedly, the Committee found that significant financial incentives have driven the establishment of satellite campuses. These campuses may create pathways for foreign actors to exert influence over the institution's campus in the United States. For these reasons, universities with satellite campuses should be required to submit the entirety of the contracts establishing these campuses to Congress. They should also ensure that all contracts between their overseas satellite campus and other foreign entities are properly reported under section 117.

**Congress should pass legislation to require that U.S. universities make syllabi at their overseas satellite campuses publicly available.** As the Committee's investigation revealed, satellite campuses house faculty members and fellows who have exhibited blatant antisemitism. Publicizing syllabi will hold universities accountable to their commitment to implementing Title VI standards at their satellite campuses. It will also encourage accountability when it comes to foreign influence.

# IV. CONCLUSION

In 2025 alone, there were 815 antisemitic incidents worldwide.[321] Antisemitic terrorists destroyed part of a synagogue in Mississippi, firebombed an October 7th vigil in Colorado, and murdered a young couple who worked for the Israeli embassy outside the Capital Jewish Museum in Washington, D.C. This scourge has also affected institutions of higher education across the United States. Since October 7th, 83 percent of Jewish students have experienced or witnessed antisemitism.[322]

The findings in this report make clear that antisemitism in higher education is not confined to encampments at a handful of elite universities, nor did it begin or end with the events of October 7th. Instead, antisemitism in higher education is a systemic problem that affects a broad swath of America's colleges and universities. The evidence demonstrates that antisemitism on campus is driven by persistent leadership failures and radical faculty and student groups that legitimize and foment antisemitism in classrooms and on campus grounds. Meanwhile, universities with satellite campuses overseas are failing to stop antisemitism and live up to their stated goals of spreading Western values.

Faculty members spread antisemitism when they know they will not face public condemnation or professional consequences. Students engage in antisemitic conduct when they know they will not be punished. And universities that hire faculty with histories of antisemitism or enroll students committed to ideological activism rather than open dialogue risk fostering a campus culture that marginalizes Jewish students and chills open debate.

Universities that receive federal funding have a legal obligation to protect Jewish students under Title VI. When institutions fail to uphold that obligation, they not only endanger their students but undermine the principles of equal protection and nondiscrimination that federal law requires. The Education and Workforce Committee will continue its oversight and resulting legislative actions until institutions of higher education meet their responsibility to ensure that federal funds are not used to subsidize discrimination and that Jewish students are able to learn in a safe environment.

# V. ENDNOTES

[1] HRVD-CEW-RR-000000016–HRVD-CEW-RR-000000056 (on file with Comm.).

[2] HRVD-CEW-RR-000000035 (on file with Comm.).

[3] HRVD-CEW-RR-000000019 (on file with Comm.).

[4] Id.

[5] HRVD-CEW-RR-000000038 (on file with Comm.).

[6] Id.

[7] Id.

[8] HRVD-CEW-RR-000000019 (on file with Comm.).

[9] HRVD-CEW-RR-000000018 (on file with Comm.).

[10] HRVD-CEW-RR-000000019 (on file with Comm.).

[11] Id.

[12] Akshaya Ravi, *Harvard Dismisses Director of FXB Center for Health and Human Rights*, The Harvard Crimson (Dec. 10, 2025), https://www.thecrimson.com/article/2025/12/10/fxb-center-director/; Sebastian B. Connolly & Julia A. Karabolli, *Leaders of Harvard Divinity School's Religion and Public Life Program to Depart Abruptly*, The Harvard Crimson (Feb. 5, 2025), https://www.thecrimson.com/article/2025/2/5/RPL-Leader-Departs-Abruptly/; William C. Mao & Veronica H. Paulus, *Harvard Dismission Leaders of Center for Middle Eastern Studies*, The Harvard Crimson (Mar. 29, 2025), https://www.thecrimson.com/article/2025/3/29/harvard-cmes-director-departure/.

[13] Id.

[14] In addition to programs such as Religion and Public Life (RPL) at Harvard Divinity School. *Presidential Task Force on Combating Antisemitism and Anti-Israeli Bias*, Harvard University (April 29, 2025), https://www.harvard.edu/wp-content/uploads/2025/04/FINAL-Harvard-ASAIB-Report-4.29.25.pdf. The program was shepherded by Diane Moore, whose ten-page "White Paper" dictated the "methodological and analytical assumptions about religion that the RPL employs." HRVD-CEW-SEP29-00002178 (on file with Comm.).

[15] HRVD-CEW-SEP29-000005600 (on file with Comm.).

[16] Harvard University's Department of History hired Elom Tettey-Tamaklo as a teaching fellow for the fall 2025 term to teach "Coffee and Nighttime: History and Politics, 1400-2020" with Professor Cemal Kafadar. Tettey-Tamaklo also appeared to be a teaching assistant for the African and African American Studies course, "A Black History of Electronic Dance Music," with Professor George Aumoithe. HRVD-CEW-SEP29-000005605; HRVD-CEW-SEP29-000005600 (on file with Comm.).

[17] *Dialogue Across Difference*, WashU, https://dxd.washu.edu/; *Dialogue Vanderbilt*, Vanderbilt University, https://www.vanderbilt.edu/dialogue-vanderbilt/.

[18] *Academic Extremism: How a Faculty Network Fuels Campus Unrest & Antisemitic Violence*, AMCHA Initiative (Sept. 2024), https://amchainitiative.org/wp-content/uploads/2024/09/Academic-Extremism-Report_Sept2024.pdf.

[19] Id.

[20] *Boycott, Divestment, and Sanctions*, Faculty & Staff for Justice in Palestine Network, https://www.fjp-network.org/divestment.

[21] *Faculty and Staff for Justice in Palestine (FSJP)*, ADL (Sept. 10, 2025), https://www.adl.org/resources/backgrounder/faculty-and-staff-justice-palestine-fsjp.

[22] Id. *Working Definition of Antisemitism*, International Holocaust Remembrance Alliance (May 26, 2016), https://holocaustremembrance.com/resources/working-definition-antisemitism.

[23] *Faculty and Staff for Justice in Palestine (FSJP)*, ADL (Sept. 10, 2025), https://www.adl.org/resources/backgrounder/faculty-and-staff-justice-palestine-fsjp.

[24] Id.

[25] *See* Neetu Arnold, Hijacked: *The Capture of America's Middle East Studies Centers*, National Association of Scholars (Sept. 27, 2022), https://www.nas.org/reports/hijacked/full-report. See also Presidential Task Force on Combating Antisemitism and Anti-Israel Bias, Harvard University (Apr. 29, 2025), https://www.harvard.edu/wp-content/uploads/2025/04/FINAL-Harvard-ASAIB-Report-4.29.25.pdf.

[26] *Translate Hate*, American Jewish Committee, https://www.ajc.org/translatehate/settler-colonialist.

[27] Id.

[28] "CRT relies on narratives of greed, appropriation, unmerited privilege, and hidden power — themes strikingly reminiscent of familiar anti-Jewish conspiracy theories." Pamela Paresky, *Critical Race Theory and the 'Hyper-White' Jew*, Sapir (May 6, 2021), https://sapirjournal.org/social-justice/2021/critical-race-theory-and-the-hyper-white-jew/.

[29] SLC-0002190 (on file with Comm.).

[30] Id.

[31] SLC-0002022 (on file with Comm.).

[32] SLC-0002190 (on file with Comm.).

[33] SLC-0002214 (on file with Comm.).

[34] SLC-0002214 (on file with Comm.).

[35] Screenshot on file with Comm.

[36] SLC-0001618 (on file with Comm.).

[37] *Working definition of antisemitism*, International Holocaust Remembrance Alliance, https://holocaustremembrance.com/resources/working-definition-antisemitism.

[38] "American Jewish Committee (AJC)'s upcoming State of Antisemitism in America 2023 Report found that 80% of American Jews say caring about Israel is an important or essential part of what being Jewish means to them." Alexandra Herzog, *It Must Be Restated: Israel Is Central to Judaism and Jewish Identity*, American Jewish Committee (2024), https://www.ajc.org/news/it-must-be-restated-israel-is-central-to-judaism-and-jewish-identity.

[39] SLC-0001617 (on file with Comm.).

[40] Id.

[41] SLC-0001634 (on file with Comm.).

[42] Id.

[43] *Jerusalem Declaration on Antisemitism*, JDA, https://jerusalemdeclaration.org/. See also SLC-0001724 (on file with Comm.).

[44] See, e.g., *Tough Questions on the Anti-Israel BDS Movement Answered*, American Jewish Committee (Jan. 25, 2023), https://www.ajc.org/news/tough-questions-on-the-anti-israel-bds-movement-answered; Statement of 136 Jewish Organizations on Boycott, Divestment and Sanctions (BDS) Campaigns Against Israel, Jewish Virtual Library (Jul. 15, 2019), https://www.jewishvirtuallibrary.org/statement-of-jewish-organizations-on-boycott-divestment-and-sanctions-bds-campaigns-against-israel.

[45] *Anti-Semitism: State Anti-BDS Legislation*, Jewish Virtual Library, https://www.jewishvirtuallibrary.org/anti-bds-legislation.

[46] SLC-0002199 (on file with Comm.).

[47] HC_013266 (on file with Comm.); *Haverford Faculty for Justice in Palestine Statement in Support of an Academic Boycott of Israel*, Amcha Initiative, https://amchainitiative.org/wp-content/uploads/2023/11/Haverford-FJP-letter-of-support-11.26.23.pdf.

[48] HC_013266 (on file with Comm.).

[49] HC_013542 (on file with Comm.).

[50] *Chair Walberg Continues Investigation into Antisemitism at DePaul, Haverford, and Cal Poly San Luis Obispo Following May 7 Hearing*, Committee on Educ. & Workforce (Jun. 26, 2025), https://edworkforce.house.gov/news/documentsingle.aspx?DocumentID=412606.

[51] *Chair Walberg Continues Investigation into Antisemitism at DePaul, Haverford, and Cal Poly San Luis Obispo Following May 7 Hearing*, Committee on Educ. & Workforce (Jun. 26, 2025), https://edworkforce.house.gov/news/documentsingle.aspx?DocumentID=412606.

[52] Id.

[53] HC_011242 (on file with Comm.); Haverford's provost also met with Aougab, who said he came away from the meeting feeling "supported." HC_011243 (on file with Comm.). When initially confronted about the posts in November 2023 by a member of Haverford's board of managers, Haverford President Wendy Raymond suggested the tweets were "not accurately attributed." "I can find no evidence that Tarik Aougab has an X account," she wrote. HC_013293 (on file with Comm.).

[54] HC_011241 (on file with Comm.).

[55] HC_013669 (on file with Comm.).

[56] Haverford Corporation, Haverford College, https://www.haverford.edu/president/governance/haverford-corporation#framework-membership.

[57] HC_013266 (on file with Comm.).

[58] Id.

[59] Jessica Schott-Rosenfield, *Haverford Professor Barak Mendelsohn's Tweet Sparks Controversy*, The Bi-Co College News (Dec. 23, 2023), https://bicollegenews.com/2023/12/23/haverford-professor-barak-mendelsohns-tweet-sparks-controversy/.

[60] HC_013124 (on file with Comm.)

[61] Id.

[62] His mezuzah was ripped from his office door frame during winter 2025.

[63] HC_011295 (on file with Comm.).

[64] Id.

[65] See, e.g., bicofsjp (@bicofsjp), Instagram (Apr. 8, 2024), https://www.instagram.com/p/C5gkPeXuLfa/?igsh=MWFlaXBuMnU4NW1k; bicofsjp (@bicofsjp), Instagram (Dec. 31, 2024), https://www.instagram.com/p/DEQwDK7psZp/?igsh=MXBwZTZydXVkbTl0aw%3D%3D; Adam Poliak, Letter to the Editor: Avoid Unwitting Support for Designated Terrorist Groups, The Bi-College News (Apr. 7, 2025), https://bicollegenews.com/2025/04/07/letter-to-the-editor-avoid-unwitting-support-for-designated-terrorist-groups/. *See also Faculty and Staff for Justice in Palestine (FSJP)*, ADL (Sept. 10, 2025), https://www.adl.org/resources/backgrounder/faculty-and-staff-justice-palestine-fsjp.

[66] HC_011249 (on file with Comm.); HC_011256 (on file with Comm.).

[67] *Restorative Practices at Haverford College*, Haverford College, https://www.haverford.edu/restorative-practices-haverford-college/facilitators; *Haverford Faculty for Justice in Palestine Statement in Support of an Academic Boycott of Israel*, AMCHA Initiative, https://amchainitiative.org/wp-content/uploads/2023/11/Haverford-FJP-letter-of-support-11.26.23.pdf. In addition to Stauffer's expressed support for boycotting Israel, in February 2024 RP sent Haverford faculty an invitation to a teach-in by Berkeley professor Ussama Makdisi—raising additional questions about the neutrality of the effort. The email claimed, "we are simply sharing information." HC_011796 (on file with Comm.).

[68] HC_011249 (on file with Comm.).

[69] HC_011248 (on file with Comm.).

[70] Daniel Solomon, *Berkeley Is a Safe Space for Hate [Incl. Ussama Makdidi]*, Campus Watch (Mar. 17, 2024), https://www.meforum.org/campus-watch/berkeley-is-a-safe-space-for-hate-incl-ussama; Ussama Makdisi (@UssamaMakdisi), X (Feb. 5, 2024), https://x.com/UssamaMakdisi/status/1754511867891044719; Salman Abu Sitta, I Could Have Been One of Those Who Broke Through the Siege on October 7, Mondoweiss (Jan. 4, 2024), https://mondoweiss.net/2024/01/i-could-have-been-one-of-those-who-broke-through-the-siege-on-october-7/; *Leila Khaled: In Her Own Words*, ADL (Oct. 2, 2020), https://www.adl.org/resources/article/leila-khaled-her-own-words.

[71] Jackie Krentzman, *New Palestinian and Arab Studies Program to Explore a Wide Array of Topics Including Poetry, Legal Studies, Ecology, and Much More*, UC Berkeley (Mar. 31, 2025), https://diversity.berkeley.edu/news/extraordinary-stories-and-people-new-program-highlights-breadth-palestinian-and-arab-studies.

[72] *Antisemitism in Higher Education: Examining the Role of Faculty, Funding, and Ideology Before H. Comm. on Educ. & Workforce*, 119th Cong. 73 (2025).

[73] Daniel Solomon, Berkeley Is a Safe Space for Hate [Incl. Ussama Makdidi], Campus Watch (Mar. 17, 2024), https://www.meforum.org/campus-watch/berkeley-is-a-safe-space-for-hate-incl-ussama.

[74] Id.

[75] Ussama Makdisi (@UssamaMakdisi), X (Feb. 5, 2024), https://x.com/UssamaMakdisi/status/1754511867891044719.

[76] Salman Abu Sitta, I Could Have Been One of Those Who Broke Through the Siege on October 7, Mondoweiss (Jan. 4, 2024), https://mondoweiss.net/2024/01/i-could-have-been-one-of-those-who-broke-through-the-siege-on-october-7/.

[77] *Leila Khaled: In Her Own Words*, ADL (Oct. 2, 2020), https://www.adl.org/resources/article/leila-khaled-her-own-words.

[78] Document on file with Comm.

[79] Id.

[80] Aaron Bandler, *UC Berkeley Jewish Student Says She Was Choked By Pro-Palestinian Protesters Who Shut Down Israeli Lecture*, Jewish Journal (Feb. 27, 2024), https://jewishjournal.com/news/368623/jewish-student-says-she-was-choked-at-uc-berkeley-pro-palestinian-protest/.

[81] UC-EW-0009039 (on file with Comm.); *Salvador Hernandez, Pro-Palestinian Protesters Shut Down Event Organized by Pro-Israel Student Groups at UC Berkeley*, Los Angeles Times (Feb. 27, 2024), https://www.latimes.com/california/story/2024-02-27/pro-palestinian-protesters-shut-down-event-organized-by-jewish-students-at-uc-berkeley; Aaron Bandler, *UC Berkeley Jewish Students Says She Was Choked By Pro-Palestinian Protesters Who Shut Down Israeli Lecture*, Jewish Journal (Feb. 27, 2024), https://jewishjournal.com/news/368623/jewish-student-says-she-was-choked-at-uc-berkeley-pro-palestinian-protest/.

[82] UC-EW-0003274 (on file with Comm.); Aarya Mukerjee, *Free Palestine Encampment Erects Table Barrier After Violent Confrontation with Pro-Israel Counter-Protesters,* The Daily Californian (May 1, 2024), https://www.dailycal.org/news/campus/free-palestine-encampment-erects-table-barrier-after-violent-confrontation-with-pro-israel-counter-protesters/article_1cb2a930-0840-11ef-a345-df86fb84efca.html.

[83] New Palestinian and Arab Studies Program Established at UC Berkeley, UC Berkeley (Sept. 9, 2024), https://ls.berkeley.edu/news/new-palestinian-and-arab-studies-program-established-uc-berkeley. See also UCB-HEWC-00000675 (on file with Comm.). The goal of the effort, according to internal documents, is ultimately to establish a Center for Palestinian and Arab Studies. UCB-HEWC-00000671 (on file with Comm.).

[84] On May 6, 2024, an administrator informed their colleagues that then-Chancellor Christ "mentioned this morning that she wants to allocate $500k of the available realized gains to the Palestinian Studies Program[.]" UCB-HEWC-00000683 (on file with Comm.). An email sent later that same day also states, "[m]y understanding is that $500K has been offered in conversations with the protesters[.]" UCB-HEWC-00000682 (on file with Comm.). Another administrator responded that the money "is not part of the agreement." Id. However, a May 7 email from Berkeley's Executive Vice Chancellor and Provost appears to reaffirm that the funding was tied to the encampment; in it, he writes, "[a]s you likely know, having been in on the negotiations, Carol has pledged $500,000 in total campus support for the Arab & Palestinian Studies program[.]" UCB-HEWC-00000675 (on file with Comm.).

[85] UCB-HEWC-00000663 (on file with Comm.); UCB-HEWC-00000664 (on file with Comm.).

[86] UCB-HEWC-00000773 (on file with Comm.).

[87] UCB-HEWC-00000751 (on file with Comm.). *Hebrew University Distances Itself From Lecturer Who Said Palestinian Kids Face 'Death Machine' in Jerusalem,* The Algemeiner (Feb. 18, 2019), https://www.algemeiner.com/2019/02/18/hebrew-university-distances-itself-from-lecturer-who-said-palestinian-kids-face-death-machine-in-jerusalem/; Jessica Shwalb, *Princeton Announces New Class on 'Gender, Reproduction, and Genocide' in Gaza, Taught by Israel-Hating 'Feminist' Who Denies Hamas Killed Babies, Raped Women on Oct 7,* The Washington Free Beacon (Nov. 6, 2025), https://freebeacon.com/issues/princeton-announces-new-class-on-gender-reproduction-and-genocide-in-gaza-taught-by-israel-hating-feminist-who-denies-hamas-killed-babies-raped-women-on-oct-7/; "Anti-Zionism Is Not Antisemitism": Palestinian Prof. Shalhoub-Kevorkian on Hebrew Univ. Suspension, Democracy Now, (Mar. 15, 2024), https://www.democracynow.org/2024/3/15/nadera_shalhoub_kevorkian_israel_palestine_gaza.

[88] Other attendees included Ilan Pappe, Abed Takriti, Maha Nasser, Esmat Ehalaby, and Ahlam Muhtaseb. Lila Abu-Lughod, Canary Mission, https://canarymission.org/professor/Lila_Abu-Lughod; Chandni Desai, Canary Mission, https://canarymission.org/professor/Chandni_Desai; Jehad Abusalim (@JehadAbusalim), X (Dec. 31, 2024, 7:50 PM), F*** Israel, and f*** all those who support it, https://x.com/JehadAbusalim/status/1874256752465895841?s=20; Jehad Abusalim (@JehadAbusalim), X (Jul. 3, 2025, 9:21 AM), This is actually funny, https://x.com/JehadAbusalim/status/1940762721852838043?s=20; Omar Zahzah, Canary Mission, https://canarymission.org/individual/Omar_Zahzah.

[89] Palestine and Praxis: Open Letter and Call to Action, weebly, https://palestineandpraxis.weebly.com/.

[90] *See, e.g., Presidential Task Force on Combating Antisemitism and Anti-Israeli Bias,* Harvard University (Apr. 29, 2025), https://www.harvard.edu/wp-content/uploads/2025/04/FINAL-Harvard-ASAIB-Report-4.29.25.pdf.

[91] Center for Contemporary Arab Studies, *Book Talk |"Christ in the Rubble" with Rev. Dr. Munther Isaac,* YouTube (Apr. 2, 2025), https://www.youtube.com/watch?v=imnnlv-9rgk (34:17); Alwaleed Bin Talal Center for Muslim-Christian Understanding, What Was Hamas Thinking?, YouTube (Mar. 22, 2024), https://www.youtube.com/watch?v=tfv7tELW5lg&t=1s (20:40; 23:04); Center for Contemporary Arab Studies, *Book Talk | Understanding Hamas and Why That Matters,* YouTube (Dec. 3, 2024) (8:24; 15:22), https://www.youtube.com/watch?v=z7evD_RS–k. *See also Translate Hate,* American Jewish Committee, https://www.ajc.org/translatehate/Zionism-is-racism.

[92] GTWN_CEW_0002871 (on file with Comm.).

[93] This figure includes gifts that have been pledged but not collected. GTWN_CEW_0002831 (on file with Comm.); GTWN_CEW_0002833 (on file with Comm.); GTWN_CEW_0002840 (on file with Comm.); GTWN_CEW_0002842 (on file with Comm.); GTWN_CEW_0002844 (on file with Comm.); GTWN_CEW_0002846 (on file with Comm.); GTWN_CEW_0002848 (on file with Comm.); GTWN_CEW_0002850 (on file with Comm.); GTWN_CEW_0002852 (on file with Comm.); GTWN_CEW_0002856 (on file with Comm.); GTWN_CEW_0002858 (on file with Comm.); GTWN_CEW_0002860 (on file with Comm.); GTWN_CEW_0002862 (on file with Comm.); GTWN_CEW_0003275 (on file with Comm.); GTWN_CEW_0003282 (on file with Comm.). A fundraising document for the chair position states that CCAS views Palestinian studies as a "core component" of its work. GTWN_CEW_0002872 (on file with Comm.).

[94] *Summer 2024 | Faculty Reading List: Palestine*, Georgetown University (Jun. 5, 2024), https://ccas.georgetown.edu/2024/06/05/summer-2024-faculty-reading-list-palestine/.

[95] GTWN_CEW_0000607 (on file with Comm.).

[96] *Regarding BDS*, Middle East Studies Association (Mar. 22, 2022), https://mesana.org/about/resolutions.

[97] *Major Professional Academic Associations Failing to Confront Antisemitism*, New ADL Report Shows, ADL (Nov. 13, 2025), https://www.adl.org/resources/press-release/major-professional-academic-associations-failing-confront-antisemitism-new.

[98] *Id.*

[99] GTWN_CEW_0000608 (on file with Comm.).

[100] Id.

[101] *The Bridge Initiative*, Georgetown University, https://global.georgetown.edu/activities/the-bridge-initiative. See, e.g., Ayaan Hirsi Ali's Long History of Fabricating & Fear-Mongering, The Bridge Initiative (Apr. 27, 2015), https://bridge.georgetown.edu/research/ayaan-hirsi-alis-long-history-of-fabricating-fear-mongering/. *See also Combat Anti-Semitism Movement Urges Georgetown University to Act Over Article Insulting Kritalnacht Memory*, Combat Anti-Semitism Movement (Dec. 2, 2020), https://combatantisemitism.org/press-release/combat-anti-semitism-movement-urges-georgetown-university-to-act-over-article-insulting-kritallnacht-memory/.

[102] *Factsheet: Holy Land Foundation*, The Bridge Initiative (Jun. 24, 2025), https://web.archive.org/web/20250624125718/https://bridge.georgetown.edu/research/factsheet-holy-land-foundation/.

[103] GTWN_CEW_0000627 (on file with Comm.).

[104] *Letter from Mark Epley, Partner, Arnold & Porter, to the Hon. Tim Walberg, Chairman*, H. Comm. on Educ. & Workforce (Feb. 27, 2026) (on file with Comm.).

[105] *Presidential Task Force on Combating Antisemitism and Anti-Israeli Bias*, Harvard University (Apr. 29, 2025), https://www.harvard.edu/wp-content/uploads/2025/04/FINAL-Harvard-ASAIB-Report-4.29.25.pdf.

[106] Id.

[107] HRVD-CEW-SEP29-00002687 (on file with Comm.).

[108] *Presidential Task Force on Combating Antisemitism and Anti-Israeli Bias*, Harvard University (Apr. 29, 2025), https://www.harvard.edu/wp-content/uploads/2025/04/FINAL-Harvard-ASAIB-Report-4.29.25.pdf. FXB has held many events devoted to perpetuating charges of settler colonialism against Israel, including one in September 2025 with author Ta-Nehisi Coates. Coates received a $35,000 speaking fee along with $7,500 for "a 5 star hotel and travel" from Harvard for his appearance. HRVD-CEW-SEP29-00002418 (on file with Comm.); *The Message: A Book Talk with Author and Journalist Ta-Nehisi Coates*, Harvard University, https://fxb.harvard.edu/blog/calendar_event/the-message-a-book-talk-with-author-and-journalist-ta-nehisi-coates/.

[109] Id.

[110] On file with Committee. One of these individuals is affiliated with al Haq, which has been tied to designated terrorist group the Popular Front for the Liberation of Palestine. Al-Haq, NGO Monitor (Feb. 10, 2025), https://ngo-monitor.org/ngos/al_haq/. FXB's executive director claimed in an email that the organization's ties to terrorism have "never been substantiated." HRVD-CEW-SEP29-00002678. She also described al Haq as "one of the most respected human rights organizations in the Arab world." HRVD-CEW-SEP29-00002677 (on file with Comm.).

[111] HRVD-CEW-SEP29-00002732 (on file with Comm.).

[112] HRVD-CEW-SEP29-00002762 (on file with Comm.).

[113] HRVD-CEW-SEP29-00002762 (on file with Comm.); She later amended this list to include a handful of guest speakers at Harvard Business School, Harvard Kennedy School, and Harvard Law School. HRVD-CEW-SEP29-00002768 (on file with Comm.).

[114] HRVD-CEW-SEP29-00002687 (on file with Comm.).

[115] Id.

[116] Id.

[117] Id.

[118] HRVD-CEW-SEP29-00005123 (on file with Comm.).

[119] HRVD-CEW-SEP29-00004090 (on file with Comm.).

[120] Id.

121 Letter from Daniel F. Donovan, King & Spalding LLP, to the Hon. Tim Walberg, Chairman, H. Comm. on Educ. & Workforce (Dec. 19, 2025) (on file with Comm.). Reviewers recommended that "as an interfaculty initiative, the Center should strengthen its ties with other parts of the University[.]" They also recommended "establishing a scientific advisory board composed of faculty, top researchers, and translational experts with existing connections to the University[,]" and recommended that "the Center should expand its comparative academic work in order to generate more broadly applicable insights." Id.

122 Andrea Baccarelli, *FXB Center Update,* Harvard T.H. Chan School of Public Health (Dec. 9, 2025), https://hsph.harvard.edu/dean/news/fxb-center-update/.

123 HRVD-CEW-SEP29-00000685 (on file with Comm.); Daniel F. Donovan, Letter from Daniel F. Donovan, King & Spalding LLP, to the Hon. Tim Walberg, Chairman, H. Comm. on Educ. & Workforce (Nov. 7, 2025) (on file with Comm.). Rashid Khalidi is a Columbia professor who has repeatedly defended terrorist violence. *Rashid Khalidi*, Canary Mission, https://canarymission.org/professor/Rashid_Khalidi.

124 Kassy Akiva, Harvard To Host Summer Program at Palestinian University Dominated by Hamas, Daily Wire (Jan. 10, 2024), https://www.dailywire.com/news/harvard-to-host-summer-program-at-palestinian-university-dominated-by-hamas; Dhruv T. Patel & Grace E. Yoon, Harvard Suspends Research Partnership with Birzeit University in the West Bank, The Harvard Crimson (Mar. 27, 2025), https://www.thecrimson.com/article/2025/3/27/harvard-suspends-birzeit-partnership/.

125 Daniel F. Donovan, Letter from Daniel F. Donovan, King & Spalding LLP, to the Hon. Tim Walberg, Chairman, H. Comm. on Educ. & Workforce (Jan. 30, 2026) (on file with Comm.).

126 Kassy Akiva, 'Mind Infection': The MIT Linguistics Professor Who Begged to Teach an Anti-Israel Seminar, Daily Wire, Nov. 18, 2024, https://www.dailywire.com/news/mind-infection-meet-the-mit-linguistics-professor-who-begged-to-teach-an-anti-israel-seminar.

127 Sussman v. Massachusetts Institute of Technology, 1:25-cv-11826, (D. Mass. 2025).

128 Id.

129 Will Sussman (@realWillSussman), X (Nov. 9, 2024, 9:33 AM), https://x.com/realWillSussman/status/1855257298421088393?s=20.

130 Michel DeGraff (@micheldegraff), Instagram (Nov. 8, 2024), https://www.instagram.com/p/DCImRlytu5j/.

131 Sussman v. Massachusetts Institute of Technology, 1:25-cv-11826, (D. Mass. 2025).

132 Kassy Akiva, 'Mind Infection': The MIT Linguistics Professor Who Begged to Teach an Anti-Israel Seminar, Daily Wire (Nov. 18, 2024), https://www.dailywire.com/news/mind-infection-meet-the-mit-linguistics-professor-who-begged-to-teach-an-anti-israel-seminar.

133 Sussman v. Massachusetts Institute of Technology, 1:25-cv-11826, (D. Mass. 2025).

134 Id.

135 Translate Hate, American Jewish Committee, https://www.ajc.org/translatehate/control.

136 The Myth that Jews Control the World, World Jewish Congress, https://www.worldjewishcongress.org/en/conspiracy-myths/the-myth-that-jews-control-the-world.

137 Michel DeGraff, I Teach Linguistics at MIT. Here's How a Pro-Israel Lawsuit Uses Language to Silence Critics, Middle East Eye (Jan. 19, 2026), https://www.middleeasteye.net/big-story/teach-linguistics-mit-zionist-lawsuit-shows-language-silence-israel-critics; Kassy Akiva, 'Mind Infection': The MIT Linguistics Professor Who Begged to Teach an Anti-Israel Seminar, Daily Wire (Nov. 18, 2024), https://www.dailywire.com/news/mind-infection-meet-the-mit-linguistics-professor-who-begged-to-teach-an-anti-israel-seminar.

138 Kassy Akiva, 'Mind Infection': The MIT Linguistics Professor Who Begged to Teach an Anti-Israel Seminar, Daily Wire (Nov. 18, 2024), https://www.dailywire.com/news/mind-infection-meet-the-mit-linguistics-professor-who-begged-to-teach-an-anti-israel-seminar.

139 Id.

140 HRVD-CEW-FEB16-00009156 (on file with Comm.); HRVD-CEW-FEB16-00009157 (on file with Comm.).

141 HRVD-CEW-FEB16-00019122 (on file with Comm.).

142 HRVD-CEW-FEB16-00009171 (on file with Comm.).

143 See, e.g., Presidential Task Force on Combating Antisemitism and Anti-Israeli Bias, Harvard University (Apr. 29, 2025), https://www.harvard.edu/wp-content/uploads/2025/04/FINAL-Harvard-ASAIB-Report-4.29.25.pdf.

144 See, e.g., Michael Feldberg, Anti-Semitism in the U.S.: Harvard's Jewish Problem, Jewish Virtual Library, https://www.jewishvirtuallibrary.org/harvard-s-jewish-problem.

145 HRVD-CEW-JAN9-00001509 (on file with Comm.).

[146] HRVD-CEW-JAN9-00001525 (on file with Comm.).

[147] HRVD-CEW-JAN9-00001517 (on file with Comm.).

[148] Email from Doug Elmendorf, Dean of the Harv. Kennedy Sch. (Nov. 1, 2023) (on file with the Comm. as HRVD-CEW-FEB16-00050128). See also Aaron Bandler, Brandeis Center Says Harvard Celebrated Prof Who "Marginalized" Jewish Israeli Students, Jewish Journal, (Nov. 7, 2023), https://jewishjournal.com/news/united-states/364830/brandeis-center-says-harvard-celebrated-prof-who-marginalized-jewish-israeli-students/.

[149] Letter from Doug Elmendorf, Dean of the Harv. Kennedy Sch., to Marshall Ganz (Sept. 11, 2023) (on file with the Comm. as HRVD-CEW-FEB16-00001275).

[150] Id.

[151] Id.

[152] Marshall Ganz, Harvard Kennedy School, https://www.hks.harvard.edu/faculty/marshall-ganz.

[153] See, e.g., Jewish MIT Graduate Students Slam BDS-Linked Union with Federal Discrimination Charges, National Right to Work Legal Defense Foundation, https://www.nrtw.org/news/jewish-mit-students-eeoc-03212024/.

[154] Haverford donors appear to have responded to the school's failures after October 7th. As of October 2024, at least 15 major donors had paused their giving, totaling at least $15 to $20 million dollars. HC_011606 (on file with Comm.).

[155] Haverford Student for the Liberation of Palestine (@haverford_sflp), Instagram (May 8, 2024), Stop Haverford from funding Zionist businesses, https://www.instagram.com/p/C6ux-WENek4/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA==.

[156] Id.

[157] HC_011185 (on file with Comm.).

[158] HC_011144 (on file with Comm.).

[159] Id.

[160] HC_011185 (on file with Comm.).

[161] HC_011120 (on file with Comm.).

[162] Haverford Students for the Liberation of Palestine (@haverford_sflp), Instagram (Sept. 4, 2024), https://www.instagram.com/p/C_g81JROTUe/?hl=en&img_index=1.

[163] Id.

[164] HC_000560 (on file with Comm.); HC_000562 (on file with Comm.).

[165] HC_000560 (on file with Comm.).

[166] Haverford Students for the Liberation of Palestine (@haverford_sflp), Instagram (Sept. 30, 2024), 365 days, https://www.instagram.com/p/DAhwq4hO86n/?hl=en.

[167] Letter to the Haverford Community, Political Science at Haverford College (Apr. 1, 2024), https://pols.sites.haverford.edu/studentvoices/letter-to-the-haverford-community/.

[168] HC_011350 (on file with Comm.).

[169] HC_000315 (on file with Comm.).

[170] HC_000315 (on file with Comm.); HC_011605 (on file with Comm.).

[171] UC-EW-19805 (on file with Comm.).

[172] Berkeley told the Committee that it does not provide direct funding to BFP. However, Berkeley recognizes the official student entity that does provide these funds and allows this entity to collect a fee from all undergraduate students. See Fee Definitions, UC Berkeley Office of the Registrar, https://registrar.berkeley.edu/tuition-fees/fee-definitions/. In addition, BFP itself is a registered student organization recognized by Berkeley. See Letter from Amanda M. Santella, Partner, O'Melveny & Myers LLP, to the Hon. Tim Walberg, Chairman, H. Comm. on Educ. & Workforce (Jan. 5, 2026) (on file with Comm.).

[173] See, e.g., Amir Grunhaus, A Berkeley Student Group celebrates Anti-Semitic Violence, JNS (May 25, 2022), https://www.jns.org/a-berkeley-student-group-celebrates-anti-semitic-violence/.

[174] Salvador Hernandez, Pro-Palestinian Protesters Shut Down Event Organized by Pro-Israel Student Groups at UC Berkeley, Los Angeles Times (Feb. 27, 2024), https://www.latimes.com/california/story/2024-02-27/pro-palestinian-protesters-shut-down-event-organized-by-jewish-students-at-uc-berkeley.

[175] BFP at UC Berkeley (@bearsforpalestine), Instagram (Feb. 25, 2024), Campus Wide Call to Action, https://www.instagram.com/p/C3ytamHJylg/.

[176] Id.

[177] Violent Mob Forces Jewish Students to Evacuate through Tunnel at UC Berkeley Event, i24 News (Feb. 28, 2024), https://www.i24news.tv/en/news/international/americas/1709131133-violent-mob-forces-jewish-students-to-evacuate-through-tunnel-at-uc-berkeley-event.

[178] Letter from Amanda M. Santella, Partner, O'Melveny & Myers LLP, to the Hon. Tim Walberg, Chairman, H. Comm. on Educ. & Workforce (Jan. 5, 2026) (on file with Comm.).

[179] BFP at UC Berkeley (@bearsforpalestine), Instagram (Oct. 10, 2025), https://www.instagram.com/p/DPpmYsQDjM/?img_index=1&igsh=MXB1cW95YmkwNWs2aA%3D%3D; BFP at UC Berkeley (@bearsforpalestine), Instagram (Oct. 23, 2025), Labbayki Ya Ghaza, https://www.instagram.com/p/DQKfT6QEuha/?igsh=MWswOGMybHJ0dHN3OQ%3D%3D.

[180] See Letter from Amanda M. Santella, Partner, O'Melveny & Myers LLP, to the Hon. Tim Walberg, Chairman, H. Comm. on Educ. & Workforce (Jan. 5, 2026) (on file with Comm.).

[181] Berkeley told the Committee that, "UC Berkeley does not provide direct funding to RSOs. Instead, RSOs may obtain funding through various other sources, such as collecting membership dues, applying for grants, securing sponsorships or partnerships, organizing fundraising campaigns, and applying for student activity fee funds distributed by the Associated Students of the University of California ("ASUC"). The ASUC, which is recognized by UC and UC Berkeley as the official student government organization, operates as a non-profit, unincorporated association authorized to perform specific student affairs functions." Id.

[182] Sarah Lawrence College Students for Justice in Palestine (@slc.sjp), Instagram (Oct. 9, 2023), https://www.instagram.com/p/CyLi_9grBFH/?hl=en.

[183] Sarah Lawrence College Students for Justice in Palestine (@slc.sjp), Instagram (Mar. 26, 2024), https://www.instagram.com/p/C4–PHzOv1P/?img_index=1.

[184] Sarah Lawrence College Students for Justice in Palestine (@slc.sjp), Instagram (Apr. 2, 2024), April 15th we call on all SLC students to strike, https://www.instagram.com/p/C5Rz_rHMEV0/?hl=en.

[185] Palestinian Youth Movement (PYM), NGO Monitor (Aug. 11, 2025), https://ngo-monitor.org/ngos/palestinian-youth-movement/.

[186] SLC-0000286 (on file with Comm.).

[187] SLC-0000272 (on file with Comm.).

[188] SLC-0000295 (on file with Comm.).

[189] Dion J. Pierre, Students for Justice in Palestine Occupies Building at Sarah Lawrence College, The Algemeiner (Nov. 22, 2024), https://www.algemeiner.com/2024/11/22/students-justice-palestine-occupies-building-sarah-lawrence-college/.

[190] Stu Smith (@thestustudio), X (Nov. 22, 2024, 2:49 PM), https://x.com/thestustustudio/status/1860047993329926301?s=46.

[191] Unity of Fields (@unityoffields), X (Nov. 26, 2024, 2:39 EST), https://x.com/unityoffields/status/1861494985192784126.

[192] Curtis Brodner, As Auto Membership Fades, UAW Turns to an Unlikely Ally: Academics, Columbia Journalism School (Dec. 1, 2023) https://columbianewsservice.com/2023/12/01/as-auto-membership-fades-uaw-turns-to-an-unlikely-ally-academics/#:~:text=The%20union%20is%20also%20having,by%20an%20ex%2Dteaching%20assistant.

[193] Luke Tress, Cornell grad student union approves BDS resolution backing resistance 'by any means', Times Of Israel (Nov. 25, 2025), https://www.timesofisrael.com/cornell-grad-student-union-approves-bds-resolution-backing-resistance-by-any-means/.

[194] Unmasking Union Antisemitism: Hearing Before the Subcomm. On Health, Employment, Labor, and Pensions of the H. Comm on Education and Workforce, 119th Cong. (2025) (statement of David Rubenstein, Ph.D. Candidate, Department of History, Cornell University), https://www.congress.gov/119/meeting/house/118573/witnesses/HHRG-119-ED02-Wstate-RubinsteinD-20250909.pdf.

[195] Id.

[196] Id.

[197] Israeli Postdoc Sues UC Berkeley Union for 'Anti-Semitic' Discrimination, Fairness Center (Jan. 27, 2025), https://www.fairnesscenter.org/cases/yaniv-v-uaw-4811/; Unmasking Union Antisemitism: Hearing Before the Subcomm. On Health, Employment, Labor, and Pensions of the H. Comm on Education and Workforce, 119th Cong. (2025) (statement of Karin Yaniv, Postdoctoral Fellow, University of California at Berkeley, https://www.congress.gov/119/meeting/house/118573/documents/HHRG-119-ED02-20250909-SD003.pdf.

[198] UAW 4811 (@uaw_4811), Through four days of classes, conversations, and workshops, members learned about the critical tasks ahead of us: winning strong contracts, helping hundreds of thousands of new workers form unions, and continuing to fight for justice in Palestine, X (June 25, 2024), https://x.com/uaw_4811/status/1805792014333886543.

[199] University of California workers ordered to end strike over Palestine protest response, The Guardian (June 11, 2024), https://www.theguardian.com/us-news/article/2024/jun/11/university-of-california-strike-palestine; UAW Local 4811's Illegal Strike for Anti-Israel Encampments at the University of California, Hamilton Lincoln Law Institute, https://hlli.org/uaw-4811-strike/.

[200] Amy Hungerford, An Update on SWC Negotiations, Columbia | Student Benefits (Feb. 4, 2026), https://studentbenefits.columbia.edu/news/update-swc-negotiations-1.

[201] Sarah Huddleston, SWC-UAW publishes statement of solidarity, calls for acknowledgement of 'pain, fear, and grief of Palestinians', Columbia Spectator (Oct. 19, 2023), https://www.columbiaspectator.com/news/2023/10/19/swc-uaw-publishes-statement-of-solidarity-calls-for-acknowledgement-of-pain-fear-and-grief-of-palestinians/.

[202] Resolution affirming the need for a permanent ceasefire in Gaza and ceasing MIT labor support for Israeli military objectives, Graduate Student Union at the Massachusetts Institute of Technology (United Electric Local 256) (Apr. 19, 2024), https://drive.google.com/file/d/1WQKbAG_5Wk79UerflYB7HXUbAKysgB-I/view.

[203] Jewish MIT Graduate Students Slam BDS-Linked Union with Federal Discrimination Charges, National Right To Work Legal Defense Foundation (Mar. 21, 2024), https://www.nrtw.org/news/jewish-mit-students-eeoc-03212024/.

[204] See, e.g., Security and Globalization: Remarks at the US State Department, Georgetown University, https://president.georgetown.edu/speeches-archive/security-and-globalization/; Mission & Values, Georgetown University Qatar, https://www.qatar.georgetown.edu/about/mission-values/; Aamir Jamil, During Congressional Testimony, Groves Strikes a Middle Ground on Questions of Antisemitism, Qatari Influence, The Hoya (Jul. 15, 2025), https://thehoya.com/news/news-top/during-congressional-testimony-groves-strikes-a-middle-ground-on-questions-of-antisemitism-qatari-influence/; Interview of: Michael Harry Schill Before the H. Comm. on Educ. & Workforce, 119th Cong. 99 (2025), https://edworkforce.house.gov/uploadedfiles/edworkforce_final_transcript_aug_5_2025_redacted.pdf.

[205] About Georgetown University in Qatar, Georgetown University Qatar (2026), https://www.qatar.georgetown.edu/about/.

[206] Dr. Robert M. Groves, House Committee on Education and Workforce Testimony, Messages to Georgetown Community, https://president.georgetown.edu/messages/committee-on-education-and-workforce-testimony-july-2025/#section-6-1.

[207] Alan Cubbage, Northwestern Extends Agreement for Programs in Qatar, Northwestern Now (Feb. 22, 2016), https://news.northwestern.edu/stories/2016/02/qatar-extension-agreement-2028#:~:text=Northwestern%20University%20in%20Qatar%20was,continue%20this%20important%20academic%20enterprise.%E2%80%9D.

[208] Interview of: Michael Harry Schill Before the H. Comm. on Educ. & Workforce, 119th Cong. (2025), https://edworkforce.house.gov/uploadedfiles/edworkforce_final_transcript_aug_5_2025_redacted.pdf.

[209] Specifically, Georgetown told the Committee that "[t]he [Georgetown Qatar] campus operates under the same anti-harassment and nondiscrimination policies as the D.C. main campus[] […] Georgetown's published interpretive guidance explicitly notes that these policies apply to antisemitism. These policies are consistent with, and in certain respects go beyond, Title VI of the Civil Rights Act. Letter from Mark Epley, Partner, Arnold & Porter, to the Hon. Tim Walberg, Chairman, H. Comm. on Educ. & Workforce (Nov. 21, 2025) (on file with Comm.). Similarly, Northwestern told the Committee that its Student Handbook and Faculty Handbook apply at Northwestern Qatar; both feature policies reflecting Title VI. E-mail from Erol Gulay, Counsel, Debevoise & Plimpton, to H. Comm. on Educ. & Workforce (Dec. 2, 2025, 5:21 PM) (on file with Comm.). In early 2025, Northwestern also adopted the IHRA definition of antisemitism, which provides robust protections against antisemitism. Progress Report On Northwestern University Efforts to Combat Antisemitism, Northwestern University, https://www.northwestern.edu/leadership-notes/statements/2025/progress-report-on-northwestern-university-efforts-to-combat-antisemitism.html.

[210] Press Release, U.S. Department of Education, U.S. Department of Education Releases Latest Foreign Funding Disclosures from Federally-Funded American Universities (Feb. 11, 2026), https://www.ed.gov/about/news/press-release/us-department-of-education-releases-latest-foreign-funding-disclosures-federally-funded-american-universities.

[211] Letter from David A. O'Neil, Partner, Debevoise & Plimpton LLP, to the Hon. Tim Walberg, Chairman, H. Comm. on Educ & Workforce (Feb. 27, 2026); Letter from Mark Epley, Partner, Arnold & Porter, to the Hon. Tim Walberg, Chairman, H. Comm. on Educ. & Workforce (Feb. 27, 2026) (on file with Comm.).

[212] 2025 Gaza Lecture Series, Georgetown University, https://acmcu.georgetown.edu/news/2025-gaza-lecture-series/.

[213] Reimagining Palestine, Georgetown University Qatar, https://hiwaraat.qatar.georgetown.edu/reimagining-palestine/program/.

[214] GTWN_CEW_0000632 (on file with Comm.).

[215] Alwaleed Bin Talal Center for Muslim-Christian Understanding, Gaza: History, Politics, and Ethics | Course Intro, YouTube (Aug. 21, 2024), https://www.youtube.com/watch?v=-6Y8p9eFm5E.

[216] Exchange within Georgetown, Georgetown University, https://sfs.georgetown.edu/academics/global-experience/undergraduate/exchange-programs/#short-term-exchange-programs. 39 GU-Q students visited in 2022-2023, 64 in 2023-2024, and 57 in fall 2024. GTWN_CEW_0000402 (on file with Comm.).

[217] GTWN_CEW_0000037 (on file with Comm.); GTWN_CEW_0000038 (on file with Comm.); GTWN_CEW_0000592 (on file with Comm.).

[218] GTWN_CEW_0000406 (on file with Comm.).

[219] GTWN_CEW_0000593 (on file with Comm.).

[220] NWU-CEW-00000843 (on file with Comm.); GTWN_CEW_0000495 (on file with Comm.). Georgetown's contract further states that these terms must be included in GU-Q handbooks for faculty and staff. Id.

[221] NWU-CEW_00042308 (on file with Comm.).

[222] GTWN_CEW_0002381 (on file with Comm.).

[223] Id.

[224] Aamir Jamil, During Congressional Testimony, Groves Strikes a Middle Ground on Questions of Antisemitism, Qatari Influence, The Hoya (Jul. 15, 2025), https://thehoya.com/news/news-top/during-congressional-testimony-groves-strikes-a-middle-ground-on-questions-of-antisemitism-qatari-influence/.

[225] GTWN_CEW_0002411 (on file with Comm.).

[226] 2023 Report on International Religious Freedom: Qatar, U.S. Department of State (2023) https://www.state.gov/reports/2023-report-on-international-religious-freedom/qatar/.

[227] 2024 Country Reports on Human Rights Practices: Qatar, U.S. Department of State (2024) https://www.state.gov/reports/2024-country-reports-on-human-rights-practices/qatar.

[228] Marina Adami, Strict Media Laws, No Public Data, Sources at Risk: What It's Like To Be a Journalist in Qatar, Reuters Institute (Nov. 18, 2022), https://reutersinstitute.politics.ox.ac.uk/news/strict-media-laws-no-public-data-sources-risk-what-its-be-journalist-qatar.

[229] NWU-CEW_00035808 (on file with Comm.); NWU-CEW_00035809 (on file with Comm.).

[230] NWU-CEW_00042308 (on file with Comm.).

[231] Id.

[232] Id.

[233] Interview of: Michael Harry Schill Before the H. Comm. on Educ. & Workforce, 119th Cong. (2025), https://edworkforce.house.gov/uploadedfiles/edworkforce_final_transcript_aug_5_2025_redacted.pdf.

[234] NWU-CEW_00035808 (on file with Comm.).

[235] The assessment described Northwestern's global presence and educational mission as additional advantages. Disadvantages included an insufficient impact on the region, administrative resources, and cultural challenges. NWU-CEW_00035815 (on file with Comm.); NWU-CEW_00035816 (on file with Comm.).

[236] GTWN_CEW_0000152 (on file with Comm.); GTWN_CEW_0000475 (on file with Comm.); NWU-CEW_00035808 (on file with Comm.).

[237] Letter from Mark Epley, Partner, Arnold & Porter, to the Hon. Tim Walberg, Chairman, H. Comm. on Educ. & Workforce (Dec. 19, 2025) (on file with Comm.).

[238] Northwestern's management fee "supports operations and quasi-endowments in [the School of Communication] and Medill as well as University administrative and programmatic budgets." NWU-CEW_00035814 (on file with Comm.). As stated elsewhere, "both schools have established quasi-endowments from these annual funds with annual payouts supporting their general operations on the Evanston campus." NWU-CEW_00037674 (on file with Comm.). Northwestern's management fee "has ranged from $4.6M in FY 2019 to $5.2M in FY 2022." Id.

[239] NWU-CEW_00035814 (on file with Comm.).

[240] Neetu Arnold, Outsourced to Qatar, A Case Study of Northwestern University-Qatar, National Association of Scholars (Sept. 12, 2022), https://www.nas.org/reports/outsourced-to-qatar/full-report. For example, in October 2021, GU-Q and the Qatar National Research Fund signed an agreement that "aims to promote learning and research activities by engaging undergraduates under the mentorship of faculty members on research projects related to Qatar's national needs," according to a GU-Q financial document. GTWN_CEW_0000157 (on file with Comm.). GU-Q also received funding from QNRF through the national priorities research program. Id.

[241] GTWN_CEW_0000457 (on file with Comm.). See also GTWN_CEW_0000291 (on file with Comm.).

[242] GTWN_CEW_0000029. "Georgetown's foundational values—as well as Qatar's national priorities—inform the university's public engagement, formation of strategic partnerships, and community-building efforts and initiatives." GTWN_CEW_00000403 (on file with Comm.).

[243] GTWN_CEW_00000456 (on file with Comm.).

[244] GTWN_CEW_0000009 (on file with Comm.).

[245] NWU-CEW_00035634 (on file with Comm.).

[246] GTWN_CEW_0000040 (on file with Comm.).

[247] Id.

[248] GTWN_CEW_0000190 (on file with Comm.); NWU-CEW_00035808 (on file with Comm.); NWU-CEW_00035812 (on file with the Comm.).

[249] Id. See also NWU-CEW_00035821 (on file with Comm.); NWU-CEW_00035822 (on file with Comm.); NWU-CEW_00035823 (on file with Comm.).

[250] Letter from David A. O'Neil, Partner, Debevoise & Plimpton LLP, to the Hon. Tim Walberg, Chairman, H. Comm. on Educ & Workforce (Feb. 27, 2026); Letter from Mark Epley, Partner, Arnold & Porter, to the Hon. Tim Walberg, Chairman, H. Comm. on Educ. & Workforce (Feb. 27, 2026) (on file with Comm.).

[251] Screenshot on file with Committee. Hermez has also tweeted or reposted statements including, "Israel is a terrorist country and it doesn't have the right to exist[,]" "Next time you are accused of being antisemitic, the only right response is to say 'thank you.'[,]" and "If Israel is attacked militarily, the shout of joy around the world will be so loud, it will register as a global earthquake." Screenshots on file with Comm. See also Sami Hermez, Canary Mission, https://canarymission.org/professor/Sami_Hermez.

[252] Screenshot on file with Committee.

[253] Interview of: Michael Harry Schill Before the H. Comm. on Educ. & Workforce, 119th Cong. 99 (2025), https://edworkforce.house.gov/uploadedfiles/edworkforce_final_transcript_aug_5_2025_redacted.pdf.

[254] See also Haya Al-Noaimi (@halnoaimi), X (Oct. 7, 2023), Nor must the fetter break, https://x.com/halnoaimi/status/1710735254212726858?s=20.

[255] NWU-CEW_00036015 (on file with Comm.); Adam Sellers (@YisraelChaiAdam), X (Jan. 7, 2025, 9:48 AM), https://x.com/YisraelChaiAdam/status/1876641997160911177.

[256] Marc Owen Jones (@marcowenjones), X (Dec. 26, 2023, 4:33 PM), It's being reported that dead Palestinians are having their organs stolen, https://x.com/marcowenjones/status/1739761429878562826.

[257] Marc Owen Jones (@marcowenjones), X (May 22, 2025, 3:07 PM), Even Grok can be convinced that Israel is worse than Hamas, https://x.com/marcowenjones/status/1925629663977623568.

[258] NWU-CEW_00036015 (on file with Comm.).

[259] William Youmans, Canary Mission, https://canarymission.org/professor/William_Youmans.

260 Screenshot on file with Committee.

[261] NWU-CEW_00037065 (on file with Comm.).

[262] NWU-CEW_00037059 (on file with Comm.); NWU-CEW_00037060 (on file with Comm.). Northwestern's U.S. campus has collaborated in the past with its Qatar campus to "re-define [Middle East and North Africa] studies." NU-Q Gather Top Scholars from U.S. and Qatar Campuses to Re-define MENA Studies, Northwestern University in Qatar (Sept. 17, 2012), https://www.qatar.northwestern.edu/news/articles/2012/09-redefine-mena-studies.html.

[263] Screenshot on file with Committee. Another statement read, "Palestinians have the right to defend themselves. May all their struggles lead to liberation." Id.

[264] Screenshot on file with Committee. See SJP-NUQ (@nuq.sjp), One Year Since October 7th, Instagram (Oct. 7, 2024), https://www.instagram.com/p/DA0if7lNbOl/?utm_source=ig_web_copy_link&igsh=NTc4MTIwNjQ2YQ==.

[265] Screenshots on file with Committee. See SJP-NUQ (@nuq.sjp), Instagram (Nov. 5, 2023), https://www.instagram.com/p/CzQgF2KubMyJ9MWyysLW6Y8Q6owlwj_lu6ZC7Q0/.

[266] Screenshots on file with Committee. See GTWN_CEW_0000114; Georgetown Al-Liwan Club (@guq_alliwan), Solidarity for Palestine: Hoyas United, Instagram (Oct. 23, 2023), https://www.instagram.com/p/Cyvn5zuNMR2/; Georgetown Al-Liwan Club (@guq_alliwan), Hoyas United for Palestine, Instagram (Oct. 23, 2023), https://www.instagram.com/guq_alliwan/p/CyvozQ9ttGN/?hl=am-et. In addition, weeks after October 7th, GU-Q greenlit a student exhibit titled, "Decolonization: Not Just a Theory," which lent support for "armed resistance in Africa in solidarity with Palestine." GTWN_CEW_0003045 (on file with Comm.).

[267] Screenshot on file with Committee. See SJP – GU-Q (@guqsjp), Students for Justice in Palestine at Georgetown University in Qatar Statement in Solidarity, Instagram (Oct. 9, 2023), https://www.instagram.com/p/CyKyzr_Nhsa/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA==

[268] Screenshot on file with the Committee. See SJP – GU-Q (@guqsjp), Students for Justice in Palestine at Georgetown University in Qatar Statement in Solidarity, Instagram (Nov. 2, 2023), https://www.instagram.com/p/CzJ93xitp46/?img_index=2&igsh=OTZyNml5dTdxbzhn

[269] Screenshot on file with the Committee. See SJP – GU-Q (@guqsjp), Israeli Apartheid Week 23-26 March 2025, Instagram (Mar. 22, 2025), https://www.instagram.com/p/DHg7VaWipLR/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA==

[280] Palestine Events, Georgetown University Qatar, https://www.qatar.georgetown.edu/news-events/palestine-events/. See also Writing Palestine, Georgetown University Qatar (Mar. 26, 2025), https://www.qatar.georgetown.edu/event/writing-palestine/; Jadaliyya, Gaza 101 | Gaza in Context: A Collaborative Teach-In Series, YouTube (Oct. 20, 2023), https://www.youtube.com/watch?v=aAKWgcpeYNo.

[281] See Andrea Martin, From Ambiguity to Accountability: The Case for a Legal Definition of Antisemitism in Academia, 18 Pepp. L. Rev. 19 (2025). GU-Q is required by contract to consult with the Qatar Foundation during the review and selection of its dean and associate deans. GTWN_CEW_0000464 (on file with Comm.).

[282] Arsalan Altaf, 'Inclusive, legitimate leadership way forward for Palestine', The Peninsula (Dec. 11, 2023), https://thepeninsulaqatar.com/article/11/12/2023/inclusive-legitimate-leadership-way-forward-for-palestine.

[283] Palestine Series Focuses on the Dynamics of Gaza as the Epicenter of the Conflict, Georgetown University Qatar (Jan. 10, 2024), https://www.qatar.georgetown.edu/georgetown-qatars-palestine-series-focuses-on-the-dynamics-of-gaza-as-the-epicenter-of-the-conflict/; Public Talk with Israel and Palestine Director at Human Rights Watch, Georgetown University Qatar (Mar. 15, 2023), https://web.archive.org/web/20240422092459/https://www.qatar.georgetown.edu/georgetown-hosts-public-talk-with-israel-and-palestine-director-at-human-rights-watch/.

[284] Reimagining Palestine, Georgetown University Qatar, https://guq.qatar.georgetown.edu/event/reimagining-palestine/.

[285] Hugh Naylor, Shawan Jabarin is an Activist to Some, a Terrorist to Others, The National (Dec. 12, 2011), https://www.thenationalnews.com/world/mena/shawan-jabarin-is-an-activist-to-some-a-terrorist-to-others-1.443032.

[286] Saleh Hijazi, Al-Shabaka, https://al-shabaka.org/authors/saleh-hijazi/. Members of the BNC include the Council of National and Islamic Forces in Palestine, a group that includes designated terrorist organizations including Hamas. Armin Rosen, Liel Leibovitz, BDS Umbrella Group Linked to Palestinian Terrorist Organizations, Tablet (Jun. 1, 2018), https://www.tabletmag.com/sections/news/articles/bds-umbrella-group-linked-to-palestinian-terrorist-organizations; Palestinian BDS National Committee, BDS, https://bdsmovement.net/BNC.

[287] Jehad Abusalim (@JehadAbusalim), X (Jun. 12, 2025, 8:47 PM), Israel is the greatest threat to world security, stability, and prosperity, https://x.com/JehadAbusalim/status/1933325214391140519; Jehad Abusalim (@JehadAbusalim), X (Jun. 8, 2025, 1:26 PM), Do you understand now why "ISIS" never attacked Israel, https://x.com/JehadAbusalim/status/1931764859756007429; Jehad Abusalim (@JehadAbusalim), X (May 19, 2025, 3:29 PM), Down with Israel, https://x.com/JehadAbusalim/status/1924547867026317484; Jehad Abusalim (@JehadAbusalim), X (Dec. 26, 2024, 1:44 PM), Stop killing our children you nazi pieces of s***, https://x.com/JehadAbusalim/status/1872352737368985756; Jehad Abusalim (@JehadAbusalim), X (Dec. 31, 2024, 7:50 PM), F*** Israel, and f*** all those who support it, https://x.com/JehadAbusalim/status/1874256752465895841.

[288] Foreign Infiltration: Georgetown, Qatar, and the Muslim Brotherhood, Institute for the Study of Global Antisemitism and Policy (2025), https://isgap.org/wp-content/uploads/2025/06/FTM-GEORGETOWN-REPORT-2025-05-23-1.pdf; Natalie Ecanow, David Adesnik, Georgetown's Qatari Branch to Host Former Al Jazeera Executive Who Praised October 7 Massacre, FDD (Sept. 17, 2024), https://www.fdd.org/analysis/2024/09/17/georgetowns-qatari-branch-to-host-former-al-jazeera-executive-who-praised-october-7-massacre/.

[289] GTWN_CEW_0002761 (on file with Comm.).

[290] "This [war] is not something that started on October 7th; it started with decades and decades of Israeli occupation of the Palestinians, [and] Western mainstream media narratives rarely depict the realities of occupation." The Palestinian Story in the Shadows: The Media's role in Covering the War in Gaza, Northwestern University in Qatar(Nov. 18, 2023), https://www.qatar.northwestern.edu/news/articles/2023/11-palestine-in-wartime.html.

[291] Author Debuts New Book on Everyday Palestinian Resistance, Northwestern University in Qatar (Dec. 13, 2023), https://www.qatar.northwestern.edu/news/articles/2023/12-suzanne-hammad.html.

[292] NWU-CEW_00039498; NWU-CEW_00039499 (on file with Comm.).

[293] NWU-CEW_00042706; NWU-CEW_00042707 (on file with Comm.).

[294] Francesca Albanese in Her Own Words, ADL (Oct. 27, 2024), https://www.adl.org/resources/article/francesca-albanese-her-own-words.

[295] NWU-CEW_00042706 (on file with Comm.).

[296] Huda Kattan, Stop Antisemitism (Apr. 19, 2024), https://stopantisemitism.org/as-week/huda-kattan/.

[297] NWU-CEW_00042706 (on file with Comm.); TikTok Removes Video by Huda Beauty Boss Over Anti-Israel Conspiracy Theories, BBC (Jul. 30, 2025), https://www.bbc.com/news/articles/c93d7qlp974o.

[298] NWU-CEW_00041545 (on file with Comm.).

[299] NWU-CEW_00041923 (on file with Comm.).

[300] NWU-CEW_00041643 (on file with Comm.); Michael Schill, Our Northwestern Values, Northwestern (Oct. 13, 2023), https://www.northwestern.edu/leadership-notes/2023/our-northwestern-values.html.

[301] NWU-CEW_00041576 (on file with Comm.).

[302] "On Hamas's side, I can tell you of three major statements. One with the military leader of Hamas – this mysterious unknown leader. He said day one, "Don't kill any child, any women. Don't even hurt a tree." These are from the Islamic tradition in conducting war; you are not allowed to hurt women, children, even trees. And he said this publicly, on the record. So if these are the instructions to his men, what happened exactly? Are these figures civilians? How many really civilians or really soldiers? All of these figures are coming from one source only; we don't have any cross-examination of these figures." NWU-CEW_00041664 (on file with Comm.). See also Stefano Kotsonis, Meghna Chakrabarti, Hamas: A History Lesson, wbur (Oct. 16, 2023), https://www.wbur.org/onpoint/2023/10/16/hamas-a-history-lesson.

[303] NWU-CEW_00041679 (on file with Comm.).

[304] NWU-CEW_00041663 (on file with Comm.); NWU-CEW_00041674 (on file with Comm.); NWU-CEW_00041682 (on file with Comm.).

[305] NWU-CEW_00041968 (on file with Comm.).

[306] NWU-CEW_00041998 (on file with Comm.).

[307] NWU-CEW_00041744 (on file with Comm.).

[308] NWU-CEW_00041999 (on file with Comm.).

[309] Jacob Wendler, Northwestern Revises Statement after Condemning Prof. Khaled AL-Hroub's Comments on Hamas, The Daily Northwestern (Oct. 18, 2023), https://dailynorthwestern.com/2023/10/18/campus/northwestern-condemns-prof-khaled-al-hroub-comments-on-hamas/; NWU-CEW_00041750 (on file with Comm.).

[310] NWU-CEW_00042102 (on file with Comm.).

[311] Exec. Order No. 13899, 84 Fed. Reg. 68779 (Dec. 11, 2019).

[312] Andrea Martin, From Ambiguity to Accountability: The Case for a Legal Definition of Antisemitism in Academia, 18 Pepp. L. Rev. 19 (2025).

[313] See, e.g., Settlement Agreement, Brandeis Center (Dec. 10, 2025), https://brandeiscenter.com/wp-content/uploads/2025/12/Pomona-Settlement-12-10-2025.pdf.

[314] Agreement on Deering Meadow, Northwestern University (Apr. 18, 2025), https://web.archive.org/web/20250418164354/https://www.northwestern.edu/leadership-notes/2024/agreement-on-deering-meadow.pdf.

[315] "Even when speech is protected by the First Amendment, that speech can contribute to the hostile environment on campus. Under Title VI, schools remain obligated to address and remedy the hostile environment, even when it is created in whole or in part by First Amendment protected speech. The only difference is that, in such instances, the school is not able to limit the speech or punish the speaker." Alyza D. Lewin, President, Brandeis Center et al., Email to Hon. Catherine E. Lhamon et al. (Apr. 17, 2024), https://brandeiscenter.com/wp-content/uploads/2024/05/Title-VI-Complaint-Pomona-College-2.pdf.

[316] Andrea Martin, From Ambiguity to Accountability: The Case for a Legal Definition of Antisemitism in Academia, 18 Pepp. L. Rev. 19 (2025); See also Beth Gellman-Beer, Director, Philadelphia Office, Office of Civil Rights, Email to Dr. Nicole Hurd, President, Lafayette College (June 21, 2024), https://ocrcas.ed.gov/sites/default/files/ocr-letters-and-agreements/03242029-a.pdf.

[317] HC_011410 (on file with Comm.).

[318] See, e.g., H. Comm. on Educ & Workforce, Walberg Releases Documents Alleging Evanston Mayor Endangered Jewish Students' Safety to "Shore Up…Progressive Credentials" (Jan. 29, 2026), https://edworkforce.house.gov/news/documentsingle.aspx?DocumentID=413052; Executive Office of the Governor Ron Desantis, Governor Desantis Ensures Order on Florida's University and College Campuses (May 8, 2024), https://www.flgov.com/eog/news/press/2024/governor-desantis-ensures-order-floridas-university-and-college-campuses.

[319] Samuel J. Abrams, Sunlight Isn't the Enemy: Why Faculty Should Welcome Syllabus Transparency, AEI (Nov. 12, 2025), https://www.aei.org/society-and-culture/sunlight-isnt-the-enemy-why-faculty-should-welcome-syllabus-transparency/.

[320] H.R. 8648, the Civil Rights Protection Act.

[321] Zev Stub, 20 Jews Murdered, 815 Severe Antisemitic Attacks Took Place Worldwide in 2025, The Times of Israel (Jan. 28, 2026), https://www.timesofisrael.com/report-finds-815-severe-antisemitic-attacks-took-place-in-2025-20-jews-murdered/.

[322] Hillel International, 83% of Jewish College Students Have Experienced or Witnessed Antisemitism Firsthand Since Oct. 7 Attack, Survey Finds, Hillel International (Jan. 30, 2025), https://www.hillel.org/83-of-jewish-college-students-have-experienced-or-witnessed-antisemitism-firsthand-since-oct-7-attack-survey-finds/.

