**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Michel DeGraff,<br><br>　　　*Plaintiff*,<br><br>v.<br><br>Massachusetts Institute of Technology;<br>Tim Walberg in his official capacity as<br>the Chairman of the House Committee<br>on Education & Workforce; and<br>The House Committee on Education<br>& Workforce,<br><br>　　　*Defendants*. | Case No. 1:26-cv-11488-ADB |

**[PROPOSED] ORDER GRANTING DEFENDANT MASSACHUSETTS INSTITUTE OF TECHNOLOGY'S MOTION TO DISMISS COUNT I OF THE COMPLAINT**

The Court hereby grants Defendant Massachusetts Institute of Technology's motion to dismiss Count I of the Complaint with prejudice.

　　　　　　　　　　　　　　　　　/s/ _____
　　　　　　　　　　　　　　　　　Hon. Allison D. Burroughs
　　　　　　　　　　　　　　　　　U.S. District Judge