**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Michel DeGraff,<br><br>                *Plaintiff*<br>     v.<br><br>Massachusetts Institute of Technology;<br>Tim Walberg in his official capacity as<br>the Chairman of the House Committee<br>on Education & Workforce; and<br>The House Committee on Education<br>& Workforce,<br>                *Defendants*. | Case No. 1:26-cv-11488-ADB |

**DEFENDANTS' UNOPPOSED JOINT MOTION FOR LEAVE**
**TO FILE REPLY BRIEFS IN SUPPORT OF THEIR MOTIONS TO DISMISS**
**COUNT I OF THE COMPLAINT**

Pursuant to Local Rule 7.1(b)(3), Defendants Massachusetts Institute of Technology; Tim Walberg in his official capacity as the Chairman of the House Committee on Education and Workforce; and the House Committee on Education and Workforce (collectively, "Defendants") respectfully seek leave to submit separate 15-page reply briefs in support of their respective Motions to Dismiss Count I of Plaintiff's Complaint (ECF Nos. 36, 38). Defendants are prepared to file their proposed reply briefs by July 24, 2026. Counsel for Defendants have conferred with counsel for Plaintiff Michel DeGraff, who does not oppose Defendants' request.

Reply briefs are necessary because, in his opposition briefs (ECF Nos. 46, 47), Plaintiff raises legal and factual arguments against dismissal that were not addressed in Defendants' opening briefs and warrant focused responses. Defendants respectfully submit that reply briefs succinctly addressing these points will assist the Court in its resolution of the pending motions. Granting Defendants' motion will not cause delay in the consideration of these issues because

Defendants will file their reply briefs within 22 days of the filing of Plaintiff's opposition briefs, and no hearing on Defendants' motions has yet been scheduled.

WHEREFORE, Defendants respectfully request that the Court grant their unopposed joint motion for leave to file separate 15-page reply briefs in support of their Motions to Dismiss Count I of the Complaint by July 24, 2026.

Date: July 6, 2026

CONGRESSIONAL DEFENDANTS

 /s/ Matthew B. Berry
Matthew B. Berry
  *General Counsel*
Todd B. Tatelman
  *Deputy General Counsel*
Andy T. Wang
  *Associate General Counsel*
Alicia Garten
  *Assistant General Counsel*
OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515
(202) 225-9700
matthew.berry@mail.house.gov
todd.tatelman@mail.house.gov
andy.wang@mail.house.gov
alicia.garten@mail.house.gov

Respectfully submitted,

MASSACHUSETTS INSTITUTE
OF TECHNOLOGY

 /s/ Ishan K. Bhabha
Ishan K. Bhabha (*pro hac vice*)
Lauren J. Hartz (*pro hac vice*)
Elizabeth Henthorne (*pro hac vice*)
JENNER & BLOCK LLP
1099 New York Avenue, NW
  Suite 900
Washington, DC 20001
(202) 639-6000
ibhabha@jenner.com
lhartz@jenner.com
bhenthorne@jenner.com

Daniel J. Cloherty (BBO# 565772)
Alexandra Arnold (BBO# 706208)
CLOHERTY & STEINBERG LLP
One Financial Center
  Suite 1120
Boston, MA 02111
(617) 481-0610
dcloherty@clohertysteinberg.com
aarnold@clohertysteinberg.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of July, 2026, I caused the foregoing to be electronically filed with the clerk of the court for the U.S. District Court for the District of Massachusetts, by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Dated: July 6, 2026                          /s/ Ishan K. Bhabha

Ishan K. Bhabha (*pro hac vice*)
JENNER & BLOCK LLP
1099 New York Avenue, NW
 Suite 900
Washington, DC 20001
(202) 639-6000
ibhabha@jenner.com

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(a), I hereby certify that counsel for Defendants have conferred with counsel of record for Plaintiff about the filing of this motion. Plaintiff does not oppose the relief Defendants seek.

Dated: July 6, 2026

/s/ Ishan K. Bhabha

Ishan K. Bhabha (*pro hac vice*)
JENNER & BLOCK LLP
1099 New York Avenue, NW
 Suite 900
Washington, DC 20001
(202) 639-6000
ibhabha@jenner.com